*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Florence E. Mason, POA Clifton Mason ) Case No. 24−11304−amc
                 )
                 )
    Florence Mason, POA Clifton Mason ) Chapter: 13
                 )
    Debtor(s). ) Civil Case Number. 24−2512 AND 24−2515 AND

U.S. Court Of Appeals, Third Circuit 24-2504 & 24-2505

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

- ☐ Certificate of appeal from order entered by the Honorable Ashely M. Chan
Notice of appeal filing fee ☐ paid    ☐ not paid

- ☐ Designation of Record on Appeal Filed
- ☐ Designation of Record on Appeal Not Filed

- ☐ Supplemental certificate of appeal

- ☐ Motion for leave to appeal filed
- ☐ Answer to motion filed

- ☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan  Report and recommendation entered by the Honorable Ashely M. Chan
- ☑ Other Notice to the Court of Debtor Being Forced Under Duress to Proceed in Multiple Cases Inviolation of the Protection of the Automatic Stay.

Kindly acknowledge receipt on the copy of the letter provided.

Date: August 20, 2024                          For The Court

                                                         Timothy B. McGrath
                                                         Clerk of Court

_____

Received Above material or record tile this day: _____
Civil Action No. _____            Signature: _____
Miscellaneous No. _____           Date: _____
Assigned to Judge _____