**PlnDue, FeeDueINST, FeeDue, DISMISSED**

# U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Philadelphia)
### Bankruptcy Petition #: 24−11304−amc

*Assigned to:* Chief Judge Ashely M. Chan
Chapter 13
Voluntary
Asset

*Date filed:* 04/17/2024
*Debtor dismissed:* 07/17/2024
*Deadline for filing claims (govt.):* 10/15/2024

*Debtor disposition:* Dismissed for Other Reason

**Debtor**
**Florence E. Mason,POA Clifton Mason**
523 E. Chestnut Street
Coatesville, PA 19320
CHESTER−PA
SSN / ITIN: xxx−xx−8564

represented by **Florence E. Mason,POA Clifton Mason**
PRO SE

**Debtor**
**Florence Mason,POA Clifton Mason**
MAILING ADDRESS
1306 W. Rockland Street
2nd Floor
Philadelphia, PA 19141
PHILADELPHIA−PA
SSN / ITIN: xxx−xx−8564

represented by **Florence Mason,POA Clifton Mason**
PRO SE

**Trustee**
**SCOTT F. WATERMAN [Chapter 13]**
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606
(610) 779−1313

**U.S. Trustee**
**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
(215) 597−4411

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 04/17/2024 | | 1 | Chapter 13 Voluntary Petition for Individual. Receipt Number 0, Fee Amount $0.00 Filed by Florence E. Mason,POA Clifton Mason. Government Proof of Claim Deadline: 10/15/2024.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1 Due 5/1/2024. Means Test Calculation Form 122C−2 − *If Applicable* − Due: 5/1/2024. Chapter 13 Plan due by 5/1/2024. Schedules AB−J due 5/1/2024. Statement of Financial Affairs due 5/1/2024. |

| | | | |
|---|---|---|---|
| | | | Summary of Assets and Liabilities due 5/1/2024. Incomplete Filings due by 5/1/2024. (W., Christine) (Entered: 04/17/2024) |
| 04/17/2024 | | 2 | Matrix List of Creditors Filed. Number of pages filed: 2, Filed by Florence E. Mason,POA Clifton Mason . (W., Christine) (Entered: 04/17/2024) |
| 04/17/2024 | | 3 | Statement of Social Security Number Received. Filed by Florence E. Mason,POA Clifton Mason . (W., Christine) (Entered: 04/17/2024) |
| 04/17/2024 | | 4 | Certificate of Credit Counseling Filed by Florence E. Mason,POA Clifton Mason . (W., Christine) (Entered: 04/17/2024) |
| 04/17/2024 | | 5 | Pro Se Statement Filed by Florence E. Mason,POA Clifton Mason . (W., Christine) (Entered: 04/17/2024) |
| 04/17/2024 | | 6 | Application to Pay Filing Fee in Installments Filed by Florence E. Mason,POA Clifton Mason Represented by Self(Counsel). (W., Christine) (Entered: 04/17/2024) |
| 04/17/2024 | | 7 | Declaration and Signature of Non−Attorney Bankruptcy Petition Preparer − Form 119. Filed by Florence E. Mason,POA Clifton Mason . (W., Christine) (Entered: 04/17/2024) |
| 04/17/2024 | | 8 | Disclosure of Compensation of Bankruptcy Preparer in the amount of 0.00 Debtor Florence E. Mason,POA Clifton Mason Filed by Florence E. Mason,POA Clifton Mason . (W., Christine) (Entered: 04/17/2024) |
| 04/17/2024 | | 9 | Order Entered the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr.P.1007, It is hereby ORDERED that this case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed are not filed by deadlines listed. ***Any request for an extension of time must be filed prior to the expiration of the deadlines listed***. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1 Due 5/1/2024. Means Test Calculation Form 122C−2 − *If Applicable* − Due: 5/1/2024. Chapter 13 Plan due by 5/1/2024. Schedules AB−J due 5/1/2024. Statement of Financial Affairs due 5/1/2024. Summary of Assets and Liabilities due 5/1/2024. (W., Christine) (Entered: 04/17/2024) |
| 04/17/2024 | | 10 | Initial Statement About an Eviction Judgment Filed by Florence E. Mason,POA Clifton Mason . (W., Christine) (Entered: 04/18/2024) |
| 04/17/2024 | | 11 | Statement About Payment of Eviction Judgment Filed by Florence E. Mason,POA Clifton Mason . (W., Christine) (Entered: 04/18/2024) |
| 04/18/2024 | | 12 | Certified Copy of Docket Report and notice to parties of filing of Initial Statement About an Eviction Judgment. Initial Statement of Eviction Judgment (Form 101A) filed by Debtor Florence E. Mason,POA Clifton Mason (related document(s)10). Clerks Office Follow−Up Due: 5/20/2024. (W., Christine) (Entered: 04/18/2024) |
| 04/18/2024 | | 13 | Courts Certificate of Mailing Re: Certified Copy of Docket Report. The following Party(s) have been notified: Debtor − via Regular mail through the BNC. Pennymac Loan Servicer,LLC − via Regular mail through the BNC. (related document(s)12). (W., Christine) (Entered: 04/18/2024) |
| 04/18/2024 | | | Name of Trustee assigned to case: SCOTT F. WATERMAN [Chapter 13]. (W., Christine) (Entered: 04/18/2024) |

| | | | |
|---|---|---|---|
| 04/18/2024 | | 14 | Order Granting Application To Pay Filing Fees In Installments. (Related Doc # 6). First Installment Payment $78.25 due by 5/3/2024. Second Installment Payment $78.25 due by 6/12/2024. Third Installment Payment $78.24 due by 7/2/2024. Final Installment Payment $78.26 due by 8/12/2024. (W., Christine) (Entered: 04/18/2024) |
| 04/19/2024 | | 15 | Notice of Appearance and Request for Notice by JILL MANUEL−COUGHLIN Filed by JILL MANUEL−COUGHLIN on behalf of PENNYMAC LOAN SERVICES, LLC. (MANUEL−COUGHLIN, JILL) (Entered: 04/19/2024) |
| 04/19/2024 | | 16 | BNC Certificate of Mailing − Order Requiring Documents. Number of Notices Mailed: (related document(s) (Related Doc # 9)). No. of Notices: 1. Notice Date 04/19/2024. (Admin.) (Entered: 04/20/2024) |
| 04/20/2024 | | 17 | BNC Certificate of Mailing − Certified Copy of Docket Report. Number of Notices Mailed: (related document(s) (Related Doc # 12)). No. of Notices: 1. Notice Date 04/20/2024. (Admin.) (Entered: 04/21/2024) |
| 04/20/2024 | | 18 | BNC Certificate of Mailing −Court's Certificate of Mailing or Service. Number of Notices Mailed: (related document(s) (Related Doc # 13)). No. of Notices: 2. Notice Date 04/20/2024. (Admin.) (Entered: 04/21/2024) |
| 04/20/2024 | | 19 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 12)). No. of Notices: 1. Notice Date 04/20/2024. (Admin.) (Entered: 04/21/2024) |
| 04/20/2024 | | 20 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 14)). No. of Notices: 1. Notice Date 04/20/2024. (Admin.) (Entered: 04/21/2024) |
| 05/08/2024 | | 21 | Motion to Extend time to File schedules and Statements, Expedited Motion For Violation of the Automatic Stay Filed by Florence E. Mason,POA Clifton Mason Represented by Self(Counsel). (W., Christine) (Entered: 05/08/2024) |
| 05/08/2024 | | 22 | Motion to Expedite Hearing (related documents Motion to Extend Time, Motion for Sanctions for Violation of the Automatic Stay) Filed by Florence E. Mason,POA Clifton Mason Represented by Self(Counsel) (related document(s)21) (Attachments: # 1 Proposed Order) (W., Christine) (Entered: 05/08/2024) |
| 05/08/2024 | | 24 | Order Granting Extension of Time to File Required Documents (related document(s)21). Chapter 13 Plan due by 5/22/2024. Schedules AB−J due 5/22/2024. Statement of Financial Affairs due 5/22/2024. Summary of Assets and Liabilities due 5/22/2024. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1 due 5/22/2024. Means Test Calculation Form 122C−2 (if applicable) due 5/22/2024. (Barbetta, John) (Entered: 05/09/2024) |
| 05/09/2024 | | 23 | Notice of Hearing to Show Cause why this case should not be dismissed for failure to pay the first installment payment in the amount of $78.25 Hearing scheduled 5/22/2024 at 10:00 AM at Philadelphia Telephone Hearing. (C., Jacqueline) (Entered: 05/09/2024) |
| 05/11/2024 | | 25 | BNC Certificate of Mailing − Hearing to Show Cause. Number of Notices Mailed: (related document(s) (Related Doc # 23)). No. of Notices: 1. Notice Date 05/11/2024. (Admin.) (Entered: 05/12/2024) |

| | | | |
|---|---|---|---|
| 05/11/2024 | | 26 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 24)). No. of Notices: 1. Notice Date 05/11/2024. (Admin.) (Entered: 05/12/2024) |
| 05/13/2024 | | 27 | Order Denying (22) Motion for an Expedited Hearing on (21) Motion For Sanctions For Violation of the Automatic Stay filed by Debtor Florence E. Mason, POA Clifton Mason. It is Ordered that the expedited request is denied, and a hearing on the Motion For Sanctions is scheduled in the ordinary course on 6/5/2024 at 10:00 AM in Nix Bldg Courtroom #4. (Barbetta, John) (Entered: 05/13/2024) |
| 05/15/2024 | | 28 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 27). No. of Notices: 11. Notice Date 05/15/2024. (Admin.) (Entered: 05/16/2024) |
| 05/20/2024 | | 29 | Notice of Appearance and Request for Notice by MICHAEL P. TRAINOR Filed by MICHAEL P. TRAINOR on behalf of PENNYMAC LOAN SERVICES, LLC. (TRAINOR, MICHAEL) (Entered: 05/20/2024) |
| 05/20/2024 | | 30 | Notice of Appearance and Request for Notice *of Robert T. Lieber, Jr.* Filed by MICHAEL P. TRAINOR on behalf of PENNYMAC LOAN SERVICES, LLC. (TRAINOR, MICHAEL) (Entered: 05/20/2024) |
| 05/22/2024 | | 31 | Response to Motion to Expedite Hearing filed by Debtor Florence E. Mason,POA Clifton Mason Filed by PENNYMAC LOAN SERVICES, LLC (related document(s)22). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F) (TRAINOR, MICHAEL) (Entered: 05/22/2024) |
| 05/22/2024 | | 32 | Hearing Continued on 23 Hearing to Show Cause. Hearing scheduled 06/05/2024 at 09:30 AM at Courtroom #4. (B., Pamela) (Entered: 05/23/2024) |
| 05/24/2024 | | 33 | Demand Motion to Extend time to File Schedules and Statements and Other Required Documents Filed by Florence E. Mason,POA Clifton Mason Represented by Self(Counsel). (W., Christine) (Entered: 05/24/2024) |
| 05/24/2024 | | 34 | Response to Motion to Extend / Shorten Time filed by Debtor Florence E. Mason,POA Clifton Mason, Motion for Sanctions for Violation of the Automatic Stay, Response filed by Creditor PENNYMAC LOAN SERVICES, LLC Filed by PENNYMAC LOAN SERVICES, LLC (related document(s)21, 31). (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit A) (MANUEL−COUGHLIN, JILL) (Entered: 05/24/2024) |
| 05/28/2024 | | 35 | Motion for Relief from Stay *523 E Chestnut St, Coatesville, PA 19320*. Fee Amount $199.00,, in addition to Motion for Relief from Co−Debtor Stay *Tyral Mason and Clifton Mason* Filed by PENNYMAC LOAN SERVICES, LLC Represented by JILL MANUEL−COUGHLIN (Counsel). Objections due by 6/12/2024. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L # 13 Proposed Order # 14 Service List) (MANUEL−COUGHLIN, JILL) (Entered: 05/28/2024) |
| 05/28/2024 | | | Receipt of Motion for Relief From Stay( 24−11304−amc) [motion,mrlfsty] ( 199.00) Filing Fee. Receipt number A25750136. Fee Amount $ 199.00. (re: Doc# 35) (U.S. Treasury) (Entered: 05/28/2024) |

| | | | |
|---|---|---|---|
| 05/28/2024 | | 36 | Notice of (related document(s): 35 Motion for Relief from Stay *523 E Chestnut St, Coatesville, PA 19320*. Fee Amount $199.00,) Filed by PENNYMAC LOAN SERVICES, LLC. Hearing scheduled 6/26/2024 at 10:00 AM at Philadelphia Telephone Hearing. (MANUEL−COUGHLIN, JILL) (Entered: 05/28/2024) |
| 05/28/2024 | | | Receipt of First Installment Payment. Receipt Number 20000571, Fee Amount $80.00. (C., Jacqueline) (Entered: 05/29/2024) |
| 05/29/2024 | | 37 | Order granting 33 Motion to Extend Time to File Required Documents. Chapter 13 Plan due by 6/5/2024. Schedules AB−J due 6/5/2024. Statement of Financial Affairs due 6/5/2024. Summary of Assets and Liabilities due 6/5/2024. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1 due 6/5/2024. Means Test Calculation Form 122C−2 (if applicable) due 6/5/2024. No further extensions will be granted. (Barbetta, John) (Entered: 05/29/2024) |
| 05/31/2024 | | 38 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 37)). No. of Notices: 1. Notice Date 05/31/2024. (Admin.) (Entered: 06/01/2024) |
| 06/05/2024 | | 39 | Hearing on 23 Hearing to Show Cause Cancelled. Reason for Cancellation: filing fee pd to date. (B., Pamela) (Entered: 06/05/2024) |
| 06/05/2024 | | 40 | Hearing Held on 21 Motion to Extend / Shorten Time,Motion for Sanctions for Violation of the Automatic Stay Filed by Florence E. Mason,POA Clifton Mason. Order entered denying motion for sanctions. (B., Pamela) (Entered: 06/05/2024) |
| 06/06/2024 | | 41 | Hearing Continued on 35 Motion for Relief From Stay,Motion for Relief from Co−Debtor Stay Filed by PENNYMAC LOAN SERVICES, LLC. Hearing scheduled 07/10/2024 at 11:00 AM at Philadelphia Telephone Hearing. Debtor's answer/response to motion is due 6/28/24. (B., Pamela) (Entered: 06/06/2024) |
| 06/06/2024 | | 42 | Disclosure of Compensation of Attorney for Debtor in the amount of 0.00 *(partial form)*, Notice to Individual Consumer Debtor. Filed by Debtor Florence E. Mason,POA Clifton Mason. (Barbetta, John) (Entered: 06/06/2024) |
| 06/06/2024 | | 43 | Notice of Change of Address for Court Notices & Filings Only. Filed by Debtor Florence E. Mason,POA Clifton Mason. (Barbetta, John) (Entered: 06/06/2024) |
| 06/06/2024 | | 44 | Order Denying Motion For Sanctions (related document(s)21). It is hereby Ordered that the Motion is denied for the reasons stated on the record. (Barbetta, John) (Entered: 06/07/2024) |
| 06/06/2024 | | 45 | Notice of Appeal to District Court. Fee Amount $298.00 FEE NOT PAID. Filed by Florence E. Mason,POA Clifton Mason. (related document(s)27, 44). Appellant Designation due by 6/20/2024. Transmission of record on appeal to District Court due date: 7/5/2024. (Barbetta, John) (Entered: 06/07/2024) |
| 06/06/2024 | | 46 | Notice of Appeal to District Court. Fee Amount $298.00 FEE NOT PAID. Filed by Florence E. Mason,POA Clifton Mason. (related document(s)37). Appellant Designation due by 6/20/2024. Transmission of record on |

| | | | |
|---|---|---|---|
| | | | appeal to District Court due date: 7/5/2024. (Barbetta, John) (Entered: 06/07/2024) |
| 06/07/2024 | | 47 | Status Hearing Set 43 Notice of Change of Address for Court Notices & Filings Only. Filed by Debtor Florence E. Mason,POA Clifton Mason. Hearing scheduled 7/10/2024 at 11:00 AM at Philadelphia Telephone Hearing. (W., Christine) (Entered: 06/07/2024) |
| 06/07/2024 | | 48 | Courts Certificate of Mailing in Re: Status Hearing Set on Notice of Change of Address for Court Notices & Filings Only. (related document(s)47). 3 Notices Mailed. See BNC mailing at document #59. (W., Christine) (Entered: 06/07/2024) |
| 06/07/2024 | | 49 | Courts Certificate of Service Re: Notice of Appeal filed by Debtor Florence E. Mason,POA Clifton Mason. The following Party(s) have been notified: Case Judge − via email; Case Trustee − via CM/ECF; Debtor − via Regular mail through the BNC; Office of the U.S. Trustee − via CM/ECF; U.S. District Court − via email; creditor PENNYMAC LOAN SERVICES, LLC; counsel ROBERT THOMAS LIEBER, JR; counsel JILL MANUEL−COUGHLIN; counsel MICHAEL P. TRAINOR; Chester County Sheriff Department; Court of Common Pleas Chester County Justice Center; Powers Kirn, LLC; Blank Rome LLP − via Regular mail through the BNC (related document(s)45). (Barbetta, John) (Entered: 06/07/2024) |
| 06/07/2024 | | 50 | Clerks Notice of Fees Due. Notice of Fee Due $298.00 Re: Notice of Appeal filed by Debtor Florence E. Mason,POA Clifton Mason (related document(s)45). Fee due by 6/14/2024. (Barbetta, John) (Entered: 06/07/2024) |
| 06/07/2024 | | 51 | Courts Certificate of Service Re: Notice of Appeal filed by Debtor Florence E. Mason,POA Clifton Mason. The following Party(s) have been notified: Case Judge − via email; Case Trustee − via CM/ECF; Debtor − via Regular mail through the BNC; Office of the U.S. Trustee − via CM/ECF; U.S. District Court − via email; creditor PENNYMAC LOAN SERVICES, LLC; counsel ROBERT THOMAS LIEBER, JR; counsel JILL MANUEL−COUGHLIN; counsel MICHAEL P. TRAINOR; Chester County Sheriff Department; Court of Common Pleas Chester County Justice Center; Powers Kirn, LLC; Blank Rome LLP − via Regular mail through the BNC (related document(s)46). (Barbetta, John) (Entered: 06/07/2024) |
| 06/07/2024 | | 52 | Clerks Notice of Fees Due. Notice of Fee Due $298.00 Re: Notice of Appeal filed by Debtor Florence E. Mason,POA Clifton Mason (related document(s)46). Fee due by 6/14/2024. (Barbetta, John) (Entered: 06/07/2024) |
| 06/09/2024 | | 53 | BNC Certificate of Mailing − Hearing Set. Number of Notices Mailed: (related document(s) (Related Doc # 47)). No. of Notices: 2. Notice Date 06/09/2024. (Admin.) (Entered: 06/10/2024) |
| 06/09/2024 | | 54 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 50)). No. of Notices: 2. Notice Date 06/09/2024. (Admin.) (Entered: 06/10/2024) |
| 06/09/2024 | | 55 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 52)). No. of Notices: 2. Notice Date 06/09/2024. (Admin.) (Entered: 06/10/2024) |

| 06/09/2024 | | 56 | BNC Certificate of Mailing −Court's Certificate of Mailing or Service. Number of Notices Mailed: (related document(s) (Related Doc # 49)). No. of Notices: 9. Notice Date 06/09/2024. (Admin.) (Entered: 06/10/2024) |
| 06/09/2024 | | 57 | BNC Certificate of Mailing −Court's Certificate of Mailing or Service. Number of Notices Mailed: (related document(s) (Related Doc # 51)). No. of Notices: 9. Notice Date 06/09/2024. (Admin.) (Entered: 06/10/2024) |
| 06/09/2024 | | 58 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 44)). No. of Notices: 14. Notice Date 06/09/2024. (Admin.) (Entered: 06/10/2024) |
| 06/09/2024 | | 59 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 48)). No. of Notices: 4. Notice Date 06/09/2024. (Admin.) (Entered: 06/10/2024) |
| 06/10/2024 | | 60 | Transmission of Notice of Appeal to District Court (related document(s)45). (Barbetta, John) (Entered: 06/10/2024) |
| 06/10/2024 | | 61 | Transmission of Notice of Appeal to District Court (related document(s)46). (Barbetta, John) (Entered: 06/10/2024) |
| 06/10/2024 | | 62 | Notice of Docketing Record on Appeal to District Court. Case Number: 24−cv−2512 assigned to Judge Paul Diamond. (related document(s)45). (Barbetta, John) (Entered: 06/10/2024) |
| 06/10/2024 | | 63 | Notice of Docketing Record on Appeal to District Court. Case Number: 24−cv−2515 assigned to Judge Paul Diamond. (related document(s)46). (Barbetta, John) (Entered: 06/10/2024) |
| 06/18/2024 | | 64 | Debtor Education Financial Management Course Certificate Filed for Debtor. Filed by (Bhatt, Jai) (Entered: 06/18/2024) |
| 06/25/2024 | | 65 | Schedule A/B,Schedule C, Schedule D − Creditors Who Hold Claims Secured by Property, Schedule E/F: Creditors Who Have Unsecured Claims, Schedule G − Executory Contracts and Unexpired Leases, Schedule H − Your Codebtors Filed by Florence Mason,POA Clifton Mason . (W., Christine) (Entered: 06/26/2024) |
| 06/25/2024 | | 66 | Application to Proceed in Bankruptcy Court Without Prepaying Fees or Costs Filed by Florence Mason,POA Clifton Mason Represented by Self(Counsel). (Attachments: # 1 Additional Statement, Certificate and Affidavit of Service). No Proposed Order. related document(s) 45 (W., Christine) (Entered: 06/26/2024) |
| 06/25/2024 | | 67 | Issues to be Addressed on Appeal, Verification, Certificate and Affidavit of Service. Filed by Florence Mason,POA Clifton Mason (related document(s)45). (Attachments: # 1 Exhibit A and B)(W., Christine) (Entered: 06/26/2024) |
| 06/25/2024 | | 68 | Application to Proceed in Bankruptcy Court Without Prepaying Fees or Costs Filed by Florence Mason,POA Clifton Mason Represented by Self(Counsel). (Attachments: # 1 Second Notice of Appeal IFP Request and Verification, Certificate and Affidavit of Service), No Proposed Order. related document(s) 46 (W., Christine) (Entered: 06/26/2024) |
| 06/25/2024 | | 69 | Second Appeal Issues to be Addressed, Verification, Certificate and Affidavit of Service. Filed by Florence Mason,POA Clifton Mason |

| | | | |
|---|---|---|---|
| | | | (related document(s)46). (Attachments: # 1 Exhibit A and B)(W., Christine) (Entered: 06/26/2024) |
| 06/25/2024 | | 70 | Proof of Service of Demand for Extension of Time and Emergency Demand for Sanctions ETC.. Correction of Certificate of Service and Affidavit and Demand for Judicial Notice Pursuant to Rule 201. Filed by Florence Mason,POA Clifton Mason (related document(s)21). (W., Christine) (Entered: 06/26/2024) |
| 06/25/2024 | | 71 | Correction of Proof of Service of Two Notice of Appeals currently in Bankruptcy Case, Verification, Certificate and Affidavit of Service. Filed by Florence Mason,POA Clifton Mason (related document(s)46, 45). (W., Christine) (Entered: 06/26/2024) |
| 06/27/2024 | | 72 | Notice of Hearing to Show Cause why this case should not be dismissed for failure to pay the second installment payment in the amount of $78.25 Hearing scheduled 7/17/2024 at 10:00 AM at Philadelphia Telephone Hearing. (C., Jacqueline) (Entered: 06/27/2024) |
| 06/29/2024 | | 73 | BNC Certificate of Mailing − Hearing to Show Cause. Number of Notices Mailed: (related document(s) (Related Doc # 72)). No. of Notices: 2. Notice Date 06/29/2024. (Admin.) (Entered: 06/30/2024) |
| 07/01/2024 | | 74 | Hearing Set 66 Application to Proceed in Bankruptcy Court Without Prepaying Fees or Costs. 68 Application to Proceed in Bankruptcy Court Without Prepaying Fees or Costs Filed by Florence Mason,POA Clifton Mason Represented by Self(Counsel).. Hearing scheduled 7/24/2024 at 11:00 AM at Philadelphia Telephone Hearing. (W., Christine) (Entered: 07/01/2024) |
| 07/01/2024 | | 75 | Courts Certificate of Mailing in Re: Two Application to Proceed in Bankruptcy Court Without Prepaying Fees or Costs. (related document(s)74). (W., Christine) (Entered: 07/01/2024) |
| 07/03/2024 | | 76 | BNC Certificate of Mailing − Hearing Set. Number of Notices Mailed: (related document(s) (Related Doc # 74)). No. of Notices: 2. Notice Date 07/03/2024. (Admin.) (Entered: 07/04/2024) |
| 07/03/2024 | | 77 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 75)). No. of Notices: 3. Notice Date 07/03/2024. (Admin.) (Entered: 07/04/2024) |
| 07/05/2024 | | 78 | Transmission of Notice of Appeal to District Court. Case Number: 24−cv−2512 assigned to Judge Paul Diamond. (related document(s)45). (Attachments: # 1 Transmission) (W., Christine) (Entered: 07/05/2024) |
| 07/05/2024 | | 79 | Transmission of Notice of Appeal to District Court. Case Number: 24−cv−2515 assigned to Judge Paul Diamond. (related document(s)46). (Attachments: # 1 Transmission) (W., Christine) (Entered: 07/05/2024) |
| 07/05/2024 | | 80 | District Court Acknowledgment of Receiving Electronic Transmission of Notice of Appeal . Case Number: 24−cv−2512 assigned to Judge Paul Diamond. (related document(s)78). (W., Christine) (Entered: 07/09/2024) |
| 07/05/2024 | | 81 | District Court Acknowledgment of Receiving Electronic Transmission of Notice of Appeal . Case Number: 24−cv−2515 assigned to Judge Paul Diamond. (related document(s)79). (W., Christine) (Entered: 07/09/2024) |

| | | | |
|---|---|---|---|
| 07/10/2024 | | 82 | Motion to Dismiss Case. Delay, Feasibility, Bad Faith Filed by SCOTT F. WATERMAN [Chapter 13] Represented by SCOTT F. WATERMAN [Chapter 13] (Counsel). (Attachments: # 1 Proposed Order) (WATERMAN [Chapter 13], SCOTT) (Entered: 07/10/2024) |
| 07/10/2024 | | 83 | Notice of (related document(s): 82 Motion to Dismiss Case. Delay, Feasibility, Bad Faith ) *Notice of Motion, Response Deadline and Hearing Date* Filed by SCOTT F. WATERMAN [Chapter 13]. Hearing scheduled 8/21/2024 at 10:00 AM at Courtroom #4. (Attachments: # 1 Service List) (WATERMAN [Chapter 13], SCOTT) (Entered: 07/10/2024) |
| 07/10/2024 | | 84 | Hearing Held on 35 Motion for Relief From Stay,Motion for Relief from Co−Debtor Stay Filed by PENNYMAC LOAN SERVICES, LLC. Order entered granting relief. (B., Pamela) (Entered: 07/11/2024) |
| 07/10/2024 | | 85 | Status Hearing Continued on 43 Notice (Praecipe) of Change of Address Filed by Florence E. Mason,POA Clifton Mason. Hearing scheduled 07/24/2024 at 11:00 AM at Philadelphia Telephone Hearing. (B., Pamela) (Entered: 07/11/2024) |
| 07/11/2024 | | 86 | Order granting 35 Motion for Relief from Stay *re: 523 E. Chestnut Street, Coatesville PA 19320*, Relief from Co−Debtor Stay filed by Pennymac Loan Services, LLC. (Barbetta, John) (Entered: 07/11/2024) |
| 07/12/2024 | | 87 | Courts Certificate of Mailing of Order Granting Motion for Relief from Stay re: 523 E. Chestnut Street, Coatesville PA 19320, Relief from Co−Debtor Stay.(related document(s)86). (W., Christine) (Entered: 07/12/2024) |
| 07/13/2024 | | 88 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 86)). No. of Notices: 6. Notice Date 07/13/2024. (Admin.) (Entered: 07/14/2024) |
| 07/14/2024 | | 89 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 87)). No. of Notices: 4. Notice Date 07/14/2024. (Admin.) (Entered: 07/15/2024) |
| 07/15/2024 | | 90 | Effective Immediately Debtor exercises its right to Dismiss the Case Immediately Pursuant to 11 U.S.1c. 1307(b) and LBR 3015−1 (q)(1) for the Improbability of Effectuating the Proper Execution of the Bankruptcy Process due to Creditors Fraud, Fraud upon the Courts and Favoritism of the Philadelphia Office of the Clerks− Case is Dismissed for the Intentional Mistreatment and Judicial and and Official Biasness Against The Debtor and its Authorized Representative Through the Manifestation of Injustice. Filed by Florence Mason,POA Clifton Mason . (W., Christine) (Entered: 07/15/2024) |
| 07/15/2024 | | 91 | Automatic Demand to Disqualify Judge. Filed by Florence Mason,POA Clifton Mason Represented by Self(Counsel). (W., Christine) (Entered: 07/15/2024) |
| 07/15/2024 | | 94 | Notice of Appeal and Statement of Election and Designation of Records on Appeal to District Court. Receipt Number 0, Fee Amount $0.00 Filed by Florence Mason,POA Clifton Mason (related document(s)86). Appellant Designation due by 7/29/2024. Transmission of record on appeal to District Court Due Date:8/12/2024. (W., Christine) Additional attachment(s) added on 7/19/2024 (W., Christine). (Entered: 07/17/2024) |

| 07/15/2024 | | 96 | Demand for Waiver of Fees on Appeal in this Above Captioned Matter Constitutionally Exempt. Filed by Florence Mason,POA Clifton Mason Represented by Self(Counsel). (W., Christine) (Entered: 07/17/2024) |
|---|---|---|---|
| 07/15/2024 | | 99 | Copy of Final Order By District Court Judge Paul Diamond,Re: Appeal on Civil Action Number: 24−cv−2515, Dismissed. related document(s)46(W., Christine) (Entered: 07/18/2024) |
| 07/17/2024 | | 92 | Order Dismissing Case. (W., Christine) (Entered: 07/17/2024) |
| 07/17/2024 | | 93 | Hearing Set 91 Automatic Demand to Disqualify Judge. Filed by Florence Mason,POA Clifton Mason Represented by Self(Counsel).. Hearing scheduled 8/14/2024 at 10:00 AM at Courtroom #4. (W., Christine) (Entered: 07/17/2024) |
| 07/17/2024 | | 95 | Courts Certificate of Service Re: Notice of Appeal filed by Debtor Florence Mason,POA Clifton Mason. The following Party(s) have been notified:Case Judge − via email,Case Trustee − via CM/ECF, Debtor − via Regular mail through the BNC Office of the U.S. Trustee − via CM/ECF, U.S. District Court − via email Florence E. Mason,POA Clifton Mason Debtor Appellant; Tyral Mason Non−Filing Co−Debtor;Clifton Mason Non−Filing Co−Debtor; Jill Manuel−Coughlin, Counsel for Pennymac Loan Services;Robert Thomas Lieber,Jr. Counsel for Pennymac Loan Services; Michael P. Trainer Counsel for Pennymac Loan Services;Chester County Sheriff Department Creditor;Court of Common Pleas Creditor; − via Regular mail through the BNC (related document(s)94). (W., Christine) (Entered: 07/17/2024) |
| 07/17/2024 | | 97 | Transmission of Notice of Appeal to District Court. (related document(s)94). (W., Christine) (Entered: 07/17/2024) |
| 07/17/2024 | | 98 | Notice of Docketing Record on Appeal to District Court. Case Number: 24−cv−3120 Assigned to Judge Paul Diamond. (related document(s)94). (W., Christine) (Entered: 07/18/2024) |
| 07/18/2024 | | 100 | Application to Proceed in Bankruptcy Court without Prepaying Fees or Costs and Final Appeal Against Arbitrary and Capricious Lifting of Auto.Stay. Filed by Florence Mason,POA Clifton Mason Represented by Self(Counsel). (W., Christine) (Entered: 07/19/2024) |
| 07/18/2024 | | 101 | Additional Statement of this Authorized Representative as Debtor as the Minor Account(s) Affidavit of not Being Required to Pay Filing Fees in this Proceedings & Demand Full Articulation of Facts and Conclusion of Laws as to Show these Petitioner(s) Liable if so Denied. Filed by Florence Mason,POA Clifton Mason (related document(s)100). (W., Christine) (Entered: 07/19/2024) |
| 07/18/2024 | | 102 | Notice to the Office of the Clerks a Correction of Proof of Service of Two Notice of Appeals currently in Bankruptcy Case and Debtor Inadvertently forgot to add Exhibit A. Filed by Florence Mason,POA Clifton Mason (related document(s)71). (W., Christine) (Entered: 07/19/2024) |
| 07/18/2024 | | 103 | (Addendum) Notice of Appeal and Statement of Election and Designation of Records on Appeal to District Court. Filed by Florence Mason,POA Clifton Mason (related document(s)94). This appeal is now showing debtors signatures. (W., Christine) (Entered: 07/19/2024) |
| 07/18/2024 | | 104 | |

| | | | |
|---|---|---|---|
| | | | Copy of Final Order By District Court Judge Paul S. Diamond, Re: Appeal on Civil Action Number: 24−2512, Dismissed. related document(s) 45 (W., Christine) (Entered: 07/19/2024) |
| 07/19/2024 | | 105 | Transmission of (Addendum) Notice of Appeal and Statement of Election and Designation of Records on Appeal to District Court. Filed by Florence Mason,POA Clifton Mason as this appeal is now showing debtors signatures to District Court (related document(s)103). (W., Christine) (Entered: 07/19/2024) |
| 07/19/2024 | | 106 | BNC Certificate of Mailing − Hearing Set. Number of Notices Mailed: (related document(s) (Related Doc # 93)). No. of Notices: 3. Notice Date 07/19/2024. (Admin.) (Entered: 07/20/2024) |
| 07/19/2024 | | 107 | BNC Certificate of Mailing −Court's Certificate of Mailing or Service. Number of Notices Mailed: (related document(s) (Related Doc # 95)). No. of Notices: 3. Notice Date 07/19/2024. (Admin.) (Entered: 07/20/2024) |
| 07/19/2024 | | 108 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 92)). No. of Notices: 15. Notice Date 07/19/2024. (Admin.) (Entered: 07/20/2024) |
| 07/19/2024 | | 109 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 95)). No. of Notices: 5. Notice Date 07/19/2024. (Admin.) (Entered: 07/20/2024) |
| 07/19/2024 | | 112 | Notice of Docketing(Addendum) Notice of Appeal and Statement of Election and Designation of Records on Appeal to District Court. Case Number: 24−cv−3120 Assigned to Judge Paul Diamond.(related document(s)105, 103).(W., Christine) (Entered: 07/22/2024) |
| 07/20/2024 | | 110 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 99)). No. of Notices: 3. Notice Date 07/20/2024. (Admin.) (Entered: 07/21/2024) |
| 07/21/2024 | | 111 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 104)). No. of Notices: 3. Notice Date 07/21/2024. (Admin.) (Entered: 07/22/2024) |
| 07/24/2024 | | 113 | Hearing Held on 66 Generic Motion Filed by Florence Mason,POA Clifton Mason. Motion is moot. (B., Pamela) (Entered: 07/25/2024) |
| 07/24/2024 | | 114 | Hearing Held on 68 Generic Motion Filed by Florence Mason,POA Clifton Mason. Motion is moot. (B., Pamela) (Entered: 07/25/2024) |
| 07/24/2024 | | 115 | Hearing Held on 43 Notice (Praecipe) of Change of Address Filed by Florence E. Mason,POA Clifton Mason. Moot. Case dismissed. (B., Pamela) (Entered: 07/25/2024) |
| 07/30/2024 | | 116 | Chapter 13 Trustee's Final Report and Account, Dismissed. Filed by SCOTT F. WATERMAN [Chapter 13]. (WATERMAN [Chapter 13], SCOTT) (Entered: 07/30/2024) |
| 08/12/2024 | | 117 | Transmission of Appeal to District Court. Civil Case Number: 24−cv−3120 Assigned to Judge Paul Diamond. (related document(s)94). (W., Christine) (Entered: 08/12/2024) |

| 08/12/2024 | | 118 | District Court Acknowledgment of Receiving Electronic Transmission of Notice of Appeal. Case Number: 24−cv−3120 assigned to Judge Paul Diamond. (related document(s)117). (W., Christine) (Entered: 08/12/2024) |
|---|---|---|---|
| 08/14/2024 | | 119 | Hearing Held on 91 Generic Motion Filed by Florence Mason,POA Clifton Mason. Motion moot. Case voluntarily dismissed. (B., Pamela) (Entered: 08/19/2024) |
| 08/19/2024 | | 120 | Copy of Notice of Appeal from District Court(Civil Action #24−2512) to Third Circuit Court of Appeals # 24−2504) Filed by Florence Mason,POA Clifton Mason (related document(s)45). (W., Christine) (Entered: 08/20/2024) |
| 08/19/2024 | | 121 | Copy of Notice of Appeal from District Court(Civil Action #24−2515) to Third Circuit Court of Appeals # 24−2505)Filed by Florence Mason,POA Clifton Mason (related document(s)46). (W., Christine) (Entered: 08/20/2024) |
| 08/19/2024 | | 122 | Copy of Notice of Appeals. Filed by Florence Mason,POA Clifton Mason (related document(s)46, 45). (W., Christine) (Entered: 08/20/2024) |
| 08/19/2024 | | 123 | Notice to the Court of Debtor Being Forced Under Duress to Proceed in Multiple Cases Inviolation of the Protection of the Automatic Stay. Filed by Florence Mason,POA Clifton Mason (related document(s)46, 45). (W., Christine) (Entered: 08/20/2024) |
| 08/20/2024 | | 124 | Transmission of Copy of Appeals and Notice to the Court of Debtor Being Forced Under Duress to Proceed in Multiple Cases Inviolation of the Protection of the Automatic Stay to District Court and Third Circuit Court of Appeals (related document(s)121, 122, 123, 120). (W., Christine) (Entered: 08/20/2024) |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Official Form 417A (12/23)

In re              :     Chapter 13

Florence E. Mason, POA
Clifton Mason         :

                    :     Case No. 24-11304-AMC

      Debtor    :

_____ :

**FILED**

**JUN - 6 2024**

[Caption as in Form 416A, 416B, or 416D, as appropriate]

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): :Florence -Elizabeth :Mason
   _____

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   - ☐ Plaintiff
   - ☐ Defendant
   - ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - ☑ Debtor
   - ☐ Creditor
   - ☐ Trustee
   - ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   DENYING DEBTOR'S DEMAND FOR SANCTIONS FOR VIOLATION OF THE PROTECTION OF THE AUTOMATIC STAY & Refusing to Make it an Emergency Hearing when court has knowledge of FRAUD UPON THE COURTS BY DISQUALIFIED ATTORNEYS OF RECORDS

2. State the date on which the judgment—or the appealable order or decree—was entered:
   June 5th, 2024

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: :Florence -Elizabeth :Mason    Attorney: Propria Persona Sui Juris
                                      Attorney-in-Fact

2. Party: PENNYMAC LOAN SERVICES LLC,    Attorney: UNKNOWN
         UNITED STATES BANKRUPTCY TRUSTEE ET AL;    DISQUALIFIED IMPROPER ATTORNEY(S) HAS TRESPASSED UPON THIS CASE

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

/s/::*Florence – Elizabeth : Mason*                                Date: 06/06/2024
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
Propria Personal Sui Juris
Mailing Address: 523 East Chestnut Street
Coatesville, Pennsylvania State
Near [19320-9999], in the Republic

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                    :     **Chapter 13**

  **Florence E. Mason, POA**          :
  **Clifton Mason**
               **Debtor.**   :     **Case No. 24-11304-AMC**

---

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Expedite the

hearing on the Motion for Sanctions for Violation of the Automatic Stay  (Doc.

# 22, ("the Motion"), it is hereby **ORDERED** that:

1. The request for an expedited hearing is **DENIED.**

2. The hearing is scheduled in the ordinary course on June 5, 2024 at
   10:00 a.m. in Courtoom #4 in the Robert N.C. Nix Federal Building,
   900 Market Street, Philadelphia, PA 19107.


Dated: May 13, 2024                    _____
                                       HONORABLE ASHELY M. CHAN
                                       United States Bankruptcy Judge

# V E R I F I C A T I O N

I, :Florence -Elizabeth :Mason, do hereby verify that the Statements made in the foregoing: **DENYING DEBTOR'S DEMAND FOR SANCTIONS FOR VIOLATION OF THE PROTECTION OF THE AUTOMATIC STAY & REFUSING TO MAKE IT AN EMERGENCY HEARING WHEN COURT HAS KNOWLEDGE OF FRAUD UPON THE COURTS BY IDSQUALIFIED ATTORNEYS OF RECORDS:** are true & Correct to the best of my abilities, and firsthand knowledge and belief as I understand it to be. I understand that false statements [Should also pertain to the FRIVOLOUS Complaining & their Attorney as well] herein are made subject to the penalties of under Title 18 U.S.C. sect(s). 4901- 4904 relating to unsworn statements to Authorities.

Dated this __06th__ day of __June_____, in the Year of Our Lord, 2024.

Respectfully,

/s/: :Florence - Elisabeth :Mason,_____

: Florence -Elizabeth :Mason. **POA**
& Authorized Representative in Propria Persona Sui Juris

## CERTIFICATE & AFFIDAVIT OF SERVICE

I, _:Florence -Elzabeth :Mason_, hereby certify that a true and correct copy of this: **DENYING DEBTOR'S DEMAND FOR SANCTIONS FOR VIOLATION OF THE PROTECTION OF THE AUTOMATIC STAY & REFUSING TO MAKE IT AN EMERGENCY HEARING WHEN COURT HAS KNOWLEDGE OF FRAUD UPON THE COURTS BY IDSQUALIFIED ATTORNEYS OF RECORDS;** in referenced case was sent to the following recipients by the  following methods of service by certified return receipt on or before *June 17th. 2024*; and electronically or within the courthouse on or before *June  7th, 2024*;
cc:

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX., SR. FEDERAL COURTHOUSE
900 MARKET STREET, SUITE 400
PHILADELPHIA, PA. 19107
ATTN: OFFICE OF THE CLERKS & JUDGE'S CHAMBERS

CHESTER COUNTY SHERIFF DEPARTMENT
201 MARKET STREET, STE. 1201
W. CHESTER, PA. 19382-0991
ATTN: DEPARTMENT OF REAL ESTATE BECKY
SOLICTOR MATT POLAHA, SUPERVISOR DEBRA HUNTER,
MCMAIN LAW FIRM & SHERIF KEVIN DYKES

COURT OF COMMON PLEAS
CHESTER COUNTY CHESTER COUNTY JUSTICE CENTER
201 W. MARKET STREET P.O. BOX 2740
WEST CHESTER, PA. 19380-0989
ATTN: OFFICE OF THE CLERKS [CIVIL DIV,]
& JUDGE SARAH BLACK'S CHAMBERS

POWERS KIRN, LLC
EIGHT NESHAMINY INTERPLEX, SUITE 215
TREVOSE, PA. 19053
ATTN: HARRY B. REESE, ESQUIRE, AND
KARINA VELTER, ESQUIRE, AND
THE MANAGING ATTORNEY JILL COUGHLIN

BLANK ROME LLP
ONE LOGAN SQUARE
130 N. 18TH STREET
PHILADELPHIA. PA. 19103
ATTN: MICHAEL P. TRAINOR AND
ROBERT T. LIEBER JR.

PENNYMAC LOAN SERVICES, LLC
P.O. BOX 514387
LOS ANGELES, CA. 90051-4387
        AND
6101 CONCOR DRIVE
MOORPARK, CA. 93201

Respectfully Submitted,

U.C.C. 1-308 WITHOUT PREJUDICE; ALL RIGHTS

17

RESTORED & RESERVED NEVER WAIVED;

/s/: *Florence E. Mason,*_____

: **Florence -Elizabeth Mason.**

In Propria Persona Sui Juris

Official Form 417A (12/23)

In re                                    :       Chapter 13
                                         :
Florence E. Mason, POA                   :
Clifton Mason                            :       Case No. 24-11304-AMC
                                         :
       Debtor                            :
_____         :

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

FILED
JUN - 6 2024
TIMOTHY McGRATH, CLERK
BY ____ DEP. CLERK

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   :Florence -Elizabeth :Mason, on behalf of DEBTOR FLORENCE E. MASON

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☑ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

### Part 2:  Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   US BANKRUPTCY TRUSTEE FABRICATION OF THE RECORDS, UNFAIR TREATMENT
   BY THE COURTS, AND VIOLATION OF UNTIMELY NOTICE TO FILE SCHEDULES *Prejudicial to Debtor's Substantial Rights.*

2. State the date on which the judgment—or the appealable order or decree—was entered:
   June 5th, 2024

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: :Florence -Elizabeth :Mason    Attorney: Propria Persona Sui Juris
                                                   Attorney-in-Fact

2. Party: PENNYMAC LOAN SERVICES LLC,    Attorney: UNKNOWN
          UNITED STATES BANKRUPTCY TRUSTEE ET AL;    DISQUALIFIED IMPROPER ATTORNEY(S) HAS TRESPASSED UPON THIS CASE

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

/s/::*Florence - Elizabeth :Mason*

Date: 06/06/2024

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
Propria Personal Sui Juris
Mailing Address: 523 East Chestnut Street
Coatesville, Pennsylvania State
Near [19320-9999], in the Republic

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

PHILADELPHIA PA 190

29 MAY 2024PM 1OL

UNITED STATES POSTAGE

$ 000.640

PITNEY BOWES

02 1P
0000945340
MAILED FROM ZIP CODE 19107

MAY 29 2024

OFFICE OF THE CLERK
UNITED STATES BANKRUPTCY COURT
900 MARKET STREET, SUITE 400
PHILADELPHIA, PA 19107-4299

OFFICIAL BUSINESS

**Florence E. Mason**
523 E. Chestnut Street
Coatesville, PA 19320

19320-321323

*Form OL243 (3/23)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                )
    Florence E. Mason, POA Clifton Mason        )          Case No. 24−11304−amc
                                                )
    Debtor(s).                                  )          Chapter: 13
                                                )
                                                )

## **ORDER**

    **AND NOW,** upon consideration of the Debtor(s)' Motion for Extension of Time to File the required documents, it is hereby

    **ORDERED** that the motion is **GRANTED** and the debtor(s) may file their documents on or before
___June 5, 2024___ . No further extensions will be granted.

DATE:  May 29, 2024 _____

Ashely M. Chan
Judge, United States Bankruptcy Court

# V E R I F I C A T I O N

I, :Florence -Elizabeth :Mason, do hereby verify that the Statements made in the foregoing: **NOTICE OF APPEAL OF THE US TRUSTEE FABRICATION OF THE FACTUAL RECORDS, UNFAIR TREATMENT BY THE COURT AND VIOLATION OF TIMELY NOTICE TO FILE SCHUDLES PREJUDICIAL TO DEBTORS SUBSTANTIAL RIGHTS :** are true & Correct to the best of my abilities, and firsthand knowledge and belief as I understand it to be. I understand that false statements [Should also pertain to the FRIVOLOUS Complaining & their Attorney as well] herein are made subject to the penalties of under Title 18 U.S.C. sect(s). 4901- 4904 relating to unsworn statements to Authorities.

Dated this _06th_ day of _June_____, in the Year of Our Lord, 2024.

Respectfully,

/s/: *Florence - Elisabeth :Mason,*_____
: Florence -Elizabeth :Mason. **POA**
& Authorized Representative in Propria Persona Sui Juris

## CERTIFICATE & AFFIDAVIT OF SERVICE

I, _:Florence -Elzabeth :Mason_, hereby certify that a true and correct copy of this: **NOTICE OF APPEAL OF THE US TRUSTEE FABRICATION  OF THE FACTUAL RECORDS, UNFAIR TREATMENT BY THE COURT AND VIOLATION OF TIMELY NOTICE TO FILE SCHUDLES PREJUDICIAL TO DEBTORS SUBSTANTIAL RIGHTS ;** in referenced case was sent to the following recipients by the following methods of service by certified return receipt on or before *June 17th. 2024*; and electronically or within the courthouse on or before *June  7th, 2024*;
cc:

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX., SR. FEDERAL COURTHOUSE
900 MARKET STREET, SUITE 400
PHILADELPHIA, PA. 19107
ATTN: OFFICE OF THE CLERKS & JUDGE'S CHAMBERS

CHESTER COUNTY SHERIFF DEPARTMENT
201 MARKET STREET, STE. 1201
W. CHESTER, PA. 19382-0991
ATTN: DEPARTMENT OF REAL ESTATE BECKY
SOLICTOR MATT POLAHA, SUPERVISOR DEBRA HUNTER,
MCMAIN LAW FIRM & SHERIF KEVIN DYKES

COURT OF COMMON PLEAS
CHESTER COUNTY CHESTER COUNTY JUSTICE CENTER
201 W. MARKET STREET P.O. BOX 2740
WEST CHESTER, PA. 19380-0989
ATTN: OFFICE OF THE CLERKS [CIVIL DIV,]
& JUDGE SARAH BLACK'S CHAMBERS

POWERS KIRN, LLC
EIGHT NESHAMINY INTERPLEX, SUITE 215
TREVOSE, PA. 19053
ATTN: HARRY B. REESE, ESQUIRE, AND
KARINA VELTER, ESQUIRE, AND
THE MANAGING ATTORNEY JILL COUGHLIN

BLANK ROME LLP
ONE LOGAN SQUARE
130 N. 18TH STREET
PHILADELPHIA. PA. 19103
ATTN: MICHAEL P. TRAINOR AND
ROBERT T. LIEBER JR.

PENNYMAC LOAN SERVICES, LLC
P.O. BOX 514387
LOS ANGELES, CA. 90051-4387
        AND
6101 CONCOR DRIVE
MOORPARK, CA. 93201

Respectfully Submitted,

U.C.C. 1-308 WITHOUT PREJUDICE; ALL RIGHTS

24

RESTORED & RESERVED NEVER WAIVED;

/s/: *Florence E. Mason,*_____

: Florence -Elizabeth Mason.

In Propria Persona Sui Juris

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :        Chapter  13

FLORENCE E. MASON POA               :        Case No.: 24-11304-AMC
CLIFTON MASON                       :        Dist. Ct. Case No. #er: 24-cv-2512
                                    :
            Debtor,                 :        **NOTICE OF APPEAL FROM**
                                    :        **DIST. CT TO THIRD CIRCUIT**
                                    :

TO OFFICE OF THE CLERKS:

Attached here to is the recent filing in the District Court Notice of Appeal that
is currently going up to the Third Circuit Court of Appeals as filed on August
12th, 2024. Case number _24-cv-2512_ in the District Court Eastern District of
Pennsylvania. Please make this filing a permanent part of the record in this
above case number.

Filed:

- Notice of Appeal Statement of Election
- Application to Proceed in District Court Informa Pauperis; and
- Additional Statement for Waiver of Fees

Sincerely,


/s/: Florence E. Mason POA
Clifton Mason



REC'D AUG 1 2 2024

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PEENSYLVANIA

Third Cir. Case No. _____

C.A. Case No. _24-cv-2512_____

BKY Case No. _24-11304_____

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):  FLORENCE E. MASON, POA CLIFTON MASON

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal: **Debtor**

   For appeals in an adversary proceeding.
   - ☐ Plaintiff
   - ☒ Defendant
   - ☒ Other (describe) __Appellant____
   Victim of Judicial Abuse & Bias
   Court's Secret Discrimination
   against alleged "Pro Se Litigant(s)"

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - ☒ Debtor
   - ☐ Creditor
   - ☐ Trustee
   - ☐ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   Prejudicially dismissing and remanding appeal due to Government Inaction. Appellant was not receiving any timely mailing by BK Court until after a Schedule Event.

2. State the date on which the judgment—or the appealable order or decree—was entered:
   July 11th, 2024

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: FLORENCE E. MASON, POA CLIFTON MASON  Attorney: Propria Persona Sui Juris
   mailing Address:  523 E. Chestnut street,
   Coatesville, PA  19320
   (267) 423-7654

2. Party: _Unknown_____  Attorney: _____
   _____
   _____
   _____

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

*District Court of Appeal Trials*

If a ~~Bankruptcy Appellate Panel~~ is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the ~~United States District Court~~. If an appellant filing this notice wishes to have the appeal heard by the ~~United States District Court~~, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

     ❑   Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/: *Florence E. Mason*          Date: ___08/07/2024___

Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
:Florence -Elizabeth :Mason, agent, attorney-in-fact
Propria Persona Sui Juris
mailing  523 E. Chestnut street,
address: Coatesville, PA. 19320

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

# EXHIBIT "A"

## TRUE & CORRECT COPY OF ORDER BEING APPEALED



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|                              |   |                        |
|------------------------------|---|------------------------|
|                              | : |                        |
|                              | : |                        |
|                              | : |                        |
|                              | : | Civ. No. 24-2512       |
| IN RE: FLORENCE E. MASON     | : | Bky. No. 24-11304      |
|                              | : |                        |
|                              | : |                        |
|                              | : |                        |

## ORDER

**AND NOW**, this 18th day of July 2024, upon consideration of the notice from the Bankruptcy Court (Doc. No. 4), it appearing to this Court that the Appellant in the above captioned case has not complied with Rule 8009 of the Rules of Bankruptcy Procedure and has failed to file with the Bankruptcy Court a designation of contents for inclusion in the record on appeal and statement of issues to be presented on the appeal, it is hereby **ORDERED** that this appeal is **DISMISSED**, and the matter is **REMANDED** to the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

**AND IT IS SO ORDERED**

/s/ Paul S. Diamond
_____

Paul S. Diamond, J.



SUN-90/5a493-21 pub506 24-12450
BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411

005283  5283 1 AB 0.588  19320  8 7  10200-1-5579

Florence E Mason, POA Clifton Mason
523 E. Chestnut Street
Coatesville, PA 19320-3213

005283

30208005288022

REC'D AUG 1 2 2024

F E AO 239  (10/09) Application to Proceed in United States District Court Without Prepaying Fees or Costs (Long Form)

# IN THE UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

FLORENCE E. MASON, POA
CLIFTON MASON
_____ )
*Plaintiff/Petitioner*              )
PENNYMAC LOAN SERVICES LLC, CHESTER )
COUNTY SHERIFF OFFICE, SHERIFF KEVIN DYKES, )
POWERS,    *Defendant/Respondent*  KIRN LLC, ET. AL.)

Third Cir. No. _____
C.A. No. 24-2512
BKY NO. 24-11304

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

| Affidavit in Support of the Application | Instructions |
|---|---|
| Being Constitutionally Exempt <br> I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

Without Prejudice U.C.C. 1-308,
All Rights Reserved:

Signed: *Florence E. Mason*     Date: **08/07/2024**

For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the <u>monthly</u> rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Children | You | Children |
| Employment | $ 0.00 | $ 7,675.00 | $ 0.00 | $ 7,675.00 |
| Self-employment | $ 0.00 | $ 1,363.76 | $ 0.00 | $ 1,363.76 |
| Income from real property *(such as rental income)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Page 2

PAE AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disability *(such as social security, insurance payments)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance *(such as welfare)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total monthly income:** | $ 0.00 | $ 9,038.76 | $ 0.00 | $ 9,038.76 |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Petitioner is Constitutionally Exempt from self incrimination under the 5th Amendment | | | $ 0.00 |
| Petitioner is Constitutionally Exempt from self incrimination under the 5th Amendment | | | $ 0.00 |

3.    List your children's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Petitioner exercise her right to Privacy under the 5th& 9th of the PA Const. | | | $ 7,675.00 |
| Petitioner exercise her right to Privacy under the 5th& 9th of the PA Const. | | | $ 1,363.76 |
| Petitioner exercise her right to Privacy under the 5th& 9th of the PA Const. | | | $ 0.00 |

Petitioner Exercises her right to Privacy under the 5th
Amend. to not be Forced & Coerced to Witness against
one self.

4.    How much cash do you and your children have? $
      Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your children has |
|---|---|---|---|
| Petitioner exercise her right to Privacy under the 5th& 9th of the PA Const. | | $ | $ 0.00 |
| Under the law there is no Necessary Public Interest | | $ for the Court to collect such | $ 0.00 |
| Personal and Private information for which she/they are Exempt under the PA Const. | | $ | $ 0.00 |

And Protected under Federal Law.
If you are a prisoner. you must attach a statement certified by the appropriate institutional officer showing all receipts. expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts. perhaps because you have been in multiple institutions. attach one certified statement of each account.

F E AO 239  (10/09) Application to Proceed in Bankruptcy Court Without Prepaying Fees or Costs (Long Form)

5.      List the assets, and their values, which you own or your children owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your children | |
|---|---|
| H me *(Value)* | Petitioner exercises her right to Privacy under the 5th & 9th Amend of the PA Constitution | $ Protected from Witnessing against one self. |
| O her real estate *(Value)* | Petitioner exercises her right to Privacy under the 5th & 9th Amend. of the PA Constitution | $ Protected from Witnessing against one self. |
| M otor vehicle #1 *(Value)* | Petitioner exercises her right to Privacy under the 5th & 9th Amendment to the PA Constitution | $ Protected from Witnessing against one self. |
| Make and year | Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | Protected from Witnessing against one self; under the 5th Amendment. No Necessary Public Interest in obtaining info. |
| Model: | Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | |
| M otor vehicle #2 *(Value)* | Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | $ Protected from Witnessing against one self. |
| Make and year | Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | Protected from Witnessing against one self; under the 5th Amendment. No Necessary Public Interest in obtaining info. |
| Model: | Petitioner exercises her right to Privacy under the 5th & 9th Amendment of the PA Constitution | |
| O her assets *(Value)* | Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | $ Protected from Witnessing against one self. |
| O her assets *(Value)* | Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | $ Protected from Witnessing against one self. |

6.      State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your family money | Amount owed to you | Amount owed to your Children |
|---|---|---|
| Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | $ 0.00 | $ 0.00 |
| Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | $ 0.00 | $ 0.00 |
| Petitoner exercises her right to Privacy under the 5th & 9th Amend. to the PA Constitution | $ 0.00 | $ 0.00 |

7.      State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Crystal Mason | daughter | 30 |
| T.M Autisic Adult | son | 27 |
| C.M. Autisic Adult | son | 26 |
| Sherriah Mason  unemployed | daughter | 24 |
| Vincent T. Mason, Jr.,    unemployed | son | 33 |
| Jada Richards    unemployed | daughter-in-law | 26 |
| Florence E. Mason | self | 54 |

Page 4
PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.    Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse.  Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Children |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included?  ☒ Yes   ☐ No<br>Is property insurance included?  ☒ Yes   ☐ No | $ 0.00 | $ 1,577.23 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 0.00 | $ 453.00 |
| Home maintenance *(repairs and upkeep)* | $ 0.00 | $ 2,500.00 |
| Food | $ 0.00 | $ 1,326.00 |
| Clothing | $ 0.00 | $ 484.79 |
| Laundry and dry-cleaning | $ 0.00 | $ 200.00 |
| Medical and dental expenses | $ 0.00 | $ 375.00 |
| Transportation *(not including motor vehicle payments)* | $ 0.00 | $ 1,022.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.00 | $ 998.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ 0.00 | $ 0.00 |
|     Life: | $ 0.00 | $ 291.00 |
|     Health: | $ 0.00 | $ 375.80 |
|     Motor vehicle: | $ 0.00 | $ 602.00 |
|     Other: | $ 0.00 | $ 0.00 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ includ. | $ includ. |
| Installment payments | | |
|     Motor vehicle: | $ 0.00 | $ 0.00 |
|     Credit card *(name):* | $ 0.00 | $ 0.00 |
|     Department store *(name):* | $ 0.00 | $ 0.00 |
|     Other: | $ 0.00 | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ 0.00 |

Page 5

AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 |
| **Total monthly expenses:** | $ 0.00 | $ 10,204.82 |

9  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? Possible Forced Relocation due to alleged Creditors Lies & Falification of Info.

[X] Yes   [ ] No    If yes, describe on an attached sheet.  & Ability to Unduly Influence the Courts

10  Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? [ ] Yes  [X] No

If yes, how much?  $  0.00

If yes, state the attorney's name, address, and telephone number:
N/A

11  Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?  [ ] Yes  [X] No

If yes, how much?  $  0.00

If yes, state the person's name, address, and telephone number:

N/A

12  Provide any other information that will help explain why you cannot pay the costs of these proceedings.

Petitioner exercises her rights to privacy under PA's Constitution 5th and 9th Amendments. There is not lawful Public Interest reason that would authorize said Court to collect such information; not even under the coercive powers of

13  Identify the city and state of your legal residence. the Court by law. Such compellation is Pro-
Coatesville, PA.                    hibited by PA Const. Art. I section 11 which
                                    states: All Courts shall be open; and every

Your daytime phone number:   (267) 423-7654

Your age:  54    Your years of schooling:  14+

Last four digits of your social-security number:   Exercise right to privacy for the Threat of
wrongful access to my personal data and its misuse and identity theft.

man for injury done him in his lands, goods, person or reputation shall have remedy by due course of law, and RIGHT, AND JUSTICE administered WITHOUT SALE, DENIAL OR DELAY. Suist may be brought against the Commonwealth in such manner, in such courts and in such cases as the Legislature may by law direct. And such contentions is egoed in Snerer vs. Cullen, No.71-1558., 71-1558, 481 F. 2d 945.The See and Reisman decision, also reflects the obious concern that there BE NO SANCTIONS OR PENALTY imposed upon one because of his (her) exercise of constitutional rights. Which renders said Petitioner Exempt from submission & admittance to such reporting.

IN THE UNITED DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA **REC'D AUG 1 2 2024**

| | |
|---|---|
| FLORENCE E. MASON, POA., | Third Cir. Case No. _____ |
| CLIFTON MASON, | C.A. No. #er: 24-cv-2512 |
|         Appellant(s), | BKY No. #er: 24-11304 |
| vs. | |

| | |
|---|---|
| PENNYMAC LOAN SERVICES LLC,, | ILLEGAL FORECLOSURE |
| CHESTER COUNTY SHERIFF OFFICE | CONTRAVENING THE CARES ACT |
| SHERIFF KEVIN DYKES, POWER KIRNS, LLC | VIOLATION OF THE PROTECTION |
| CHAPTER 13 TRUSTEE SCOTT E. WATERMAN, | OF THE AUTOMATIC STAY |
| AND JUDGE ASHLEY M. CHAN, ET. AL., | |

**ADDITIONAL STATEMENT OF THIS AUTHORIZED REPRESENTATIVE AS DEBTOR AS THE MINOR ACCOUNT(S)'AFFIDAVIT OF NOT BEING REQUIRED TO PAY FILING FEES IN THIS PROCEEDINGS & DEMAND FULL ARTICULATION OF FACTS AND CONCLUSION OF LAW AS TO SHOW THESE PETITIONER(S) LIABLE IF SO DENIED:**

    **AND NOW COMES,** Petitioner, Florence –Elizabeth :Mason, in her Proper Persona, as Sui Juris and *Accommodating/Necessary Party & relator of information And facts* & _Beneficial Equitable Title Holder_, pursuant to U.C.C. Y3-415 and living-*soul, attestant, free woman upon the free soil of the "Free Will" of the Republic of Pennsylvania: before this Eastern District Bankruptcy Court, and District Court, and Authorized Representative in accords with* Rule 102 and 131 *of the Pennsylvania Code of Civil Procedures, and one of the inherited constituents of, "We the People and Beneficiary" over the UNREVEALED & INTENTIONALLY UNDISCLOSED Minor Accounts, as POA CLIFTON MASON, any and all derivatives thereof Unlawful INCOMPETENT forced placed sureties and grantor(s)*/ COERCED TRANSMITTING UTILITITES by *DECEPTION* for the illicit Incorporated STATE OF PENNSYLVANIA aka PA. All Rights Restored and Reserved, Never Waived," *not "Pro Se"* entering said court by "*Special Appearance*" *under Duress* not by **General.** Non-Confirming Victim(s) of Prejudice and Governmental Biasness & Excitement & *Unlawful WINDFALL(S)*; move the Court, *in an effort to* Prevent further ongoing & continued *Manifestation of Injustice* with the above styled mentioned proceedings, in Plain *manipulated/manufactured error(s)* of the Court; against these Affiant Victim(s) & Aggrieved Parties, and they aver as follows:

    Being untrained and unschooled in law, and unfamiliar with the local rules of "*Civil*

**or attorney**, an individual in the exercise of accountability of "*liberally construe* pursuant to "*Kerner Doctrine Haines vs. Kerner*," 404 U.S. 519, 30 L. ED. 2d 653, 92 S Ct. 584 (1972); Petitioner for and on the behalf of DEBTOR moves this Court and put this Court on Notice that said Petitioner has timely and properly filing their Demand for Additional Statements to be included with their Informa Pauperis filing to be considered by this Court in support of their request.

## I. ADDITIONAL STATEMENT & AFFIDAVIT OF EXEMPTION TO FILING FEES

Ensuring that individuals may proceed IFP is a critical access-to-justice issue, as court costs can and have quickly ballooned into hundreds or thousands of dollars – having a prohibitive expense for lower-income and/or bankrupt individuals. Congress *in 28 U.S.C.§1930(f)(2)* expressly permitted the Waiver of Bankruptcy related filing fees for Debtors--- and in §1930(f)(3) provides that "[t]his subsection does not restrict the district court or the bankruptcy court from WAIVING, in accordance with Judicial Conference policy, fees prescribed under this section for other debtors and creditors (Added Pub. L. 95–598, title II, §246(a), Nov. 6, 1978, 92 Stat. 2671; amended Pub. L. 98–353, title I, §111(a), (b), July 10, 1984, 98 Stat. 342; Pub. L. 99–500, §101(b) [title IV, §407(b)], Oct. 18, 1986, 100 Stat. 1783–39, 1783–64, and Pub. L. 99–591, §101(b) [title IV, §407(b)], Oct. 30, 1986, 100 Stat. 3341–39, 3341–64; Pub. L. 99–554, title I, §§117, 144(f), Oct. 27, 1986, 100 Stat. 3095, 3097; Pub. L. 101–162, title IV, §406(a), Nov. 21, 1989, 103 Stat. 1016; Pub. L. 102–140, title I, §111 (a), Oct. 28, 1991, 105 Stat. 795; Pub. L. 103–121, title I, §111(a)(1), (b)(1), Oct. 27, 1993, 107 Stat. 1164; Pub. L. 104–91, title I, §101(a), Jan. 6, 1996, 110 Stat. 11, amended Pub. L. 104–99, title II, §211, Jan. 26, 1996, 110 Stat. 37; Pub. L. 104–208, div. A, title I, §101(a) [title I, §109(a)], Sept. 30, 1996, 110 Stat. 3009, 3009–18; Pub. L. 106–113, div. B, §1000(a)(1) [title I, §113], Nov. 29, 1999, 113 Stat. 1535, 1501A–20; Pub. L. 106–518, title I, §§103–105, Nov. 13, 2000, 114 Stat. 2411, 2412; Pub. L. 109–8, title III, §325(a), title IV, §418, Apr. 20, 2005, 119 Stat. 98, 108; Pub. L. 109–13, div. A, title VI, §6058(a), May 11, 2005, 119 Stat. 297; Pub. L. 109–171, title X, §10101(a), Feb. 8, 2006, 120 Stat. 184; Pub. L. 110–161, div. B, title II, §213(a), Dec. 26, 2007, 121 Stat. 1914; Pub. L. 112–121, §3(a), May 25, 2012, 126 Stat. 348.

Sections: Previous 1923 1924 1925 1926 1927 1928 1929 **1930** 1931 1961 1962 1963 1964 2001 2002 Next *Last modified: October 26, 2015;* and in the State of Pennsylvania IFP proceedings is codified in Rule of Civil procedure

240. *Rule 240 - In Forma Pauperis (a)* This rule shall apply to all civil actions and proceedings except actions pursuant to the Protection from Abuse Act and Protection of Victims of Sexual Violence or Intimidation Act. *(b) A party who is without financial*

*Pa. R. Civ. P. 240(f)* states that anyone proceeding IFP "**_shall not be required_**" to pay any "**_cost or fee_**" to the court, nor "**_post bond or other security for costs_**" as a condition for "**__commencing an action or proceeding or taking an appeal__**; and *title 28 U.S.C. §1915(a)*.

Petitioner on behalf of the aforementioned Debtor & Accommodating Party pursuant U.C.C. Y3-415; and State Rules 102 and 131 puts this Court on Notice that this Petitioner is of the belief pursuant to law that she with or without the ability to pay the alleged filing fees, are exempt and not required to pay under the color of law to tender such bonds or payments under this court, and these Petitioner moves this Court for facts and conclusion of law that requires and place demands upon them otherwise.

Petitioner, :Florence -Elizabeth :Mason, moves this Court to take Judicial Notice of *Hale vs. Henkel*, U.S. 43; which says, "The requirement is continually **INDEBTED TO "THE PEOPLE**," *AND SINCE* "**_WE THE PEOPLE_**," **IS CONTINUES EXISTENCE, THE CONTINUED DEBT IS OWED TO THE "PEOPLE" IS DISCHARGED "ONLY" AS IT CONTINUES NOT TO VIOLATE "THE PEOPLE RIGHTS"** *for when Government* **FAILS IN ITS DUTY TO PROVIDE PROTECTION-DISCHARGE IS DEBT TO "THE PEOPLE" ITS IS AN "__ABANDONMENT__" [OR INJURY] OR ANY AND ALL POWER, AUTHORITY OF "SOVEREIGNTY"** which it possessed."

Therefore, these aforementioned Petitioner(s) in this above instant matter **_owes NOTHING_** to this court for **_Redress of their grievances_** in accords with the Constitutions and other state Statutory laws; or owes any INDEBTNESS to produce a bond on any Judgments lawful or unlawful when the laws and the Constitution both Federal & state clearly states that everyone has a right to the courts for redress of grievances and the courts **_be Ye' Open Const. Art. I sect. II_**, **WITHOUT SALE, DENIAL, OR DELAY**; and in such mandate, there is nothing in it or any other laws or Constitution(s) says, by way of paying court costs or fees.

Therefore, this Petitioner is not indebted to this state Court's alleged debt obligations, and for the Court demand, assertion, command, under coercive powers that forces such thievery is UNCONSTITUTIONALLY SOUND, for this Court cannot hold the Office of the court and the Wheels of so-called Justice as a '**_resume of hostage_**' from this or any other litigant similarly situated, by bounds or fees in order for them to legally and lawfully exercise a Constitutional and/or Statutory Right to obtain protection from this Court. In recognizing these facts, it is this Respondent/Petitioner(s)' unalienable Right, to receive unconditional protection of their rights for the protection of his or their Right to property, by this and all other courts within the Country to be heard of his/her their *Grievances* **FREE OF CHARGE OR INDEBTNESS**. See also *Public Policy 73-10*; "**All debts Public and Private are paid for**". [cited in relevant part]; for this Petitioner.

Petitioner(s) are not financially competent to render or under a Maintary Court of this land such unlawful compellation and bills of attainder. As liken to *Curley vs. U.S.*, 130 F. 1, 8, 64 C. C. A. 369, "**Government Does not exist in a personal sense, for the purpose of acquiring protecting and Enjoying property. It EXITS primarily for the protection of the "PEOPLE" AND PROTECTING THEM IN THEIR RIGHTS**".

The Fifth and Fourteenth Amendments to the Constitution guarantee these Petitioner(s) the right to due process of law to prevent the unlawful Deprivation of their collective properties by unlawful means or any other means. **NOWHERE**, does the Constitutions of these united States of the Republic or otherwise, stipulates paying a fee for the exercise of those rights. The United States Supreme Court in *Hale vs. Henkel*, 201 U.S. 43, and *Down vs. Bidwell*, 182 U.S.244; reiterated that the government of the United States is under obligation to protect the rights of the people. **NOWHERE**, does these cases suggest charging a fee to the "***People***" in exchange for the obligation. The Declaration of Independence, the birth certificate of our nation, stated so eloquently, "We hold these Truths to be self-evident, that all Men are created equal, that they are endowed by their Creator with certain unalienable rights, that among these are Life, Liberty, and the Pursuit of Happiness that to secure these Rights, Government are instituted among Men" deriving their just powers of the consent of the governed". The "***governed***" have not consented to being charged fees for the exercise of their unalienable rights which is guaranteed by the Constitutions. Anything else is **UNCIVILIZED** and in direct and absolute conflict with the Supreme Law of the land.

    ***It has No merits, It is VOID upon its face, and is in Conflict with the Supreme Law of this land, No effect and force of law, and is not grounded in any facts, conclusion or founded in law. PENNSYLVANIA CONSTITUTION ARTICLE I § 11 say:*** "Courts to be open; suits against the Commonwealth. ALL COURTS SHALL BE OPEN; and every man for an Injury done him in **HIS LAND, GOODS, PERSON OR REPUTATION SHALL HAVE REMEDY BY DUE COURSE OF LAW**, and right and justice administered **WITHOUT SALE, DENIAL OR DELAY**, suits may be brought against the Commonwealth in such manner, in such courts and in such cases as the Legislature maybe law direct.

    **WHEREFORE, AS A MATTER OF LAW,** these Respondent(s)/Petitioner(s) moves this Court to grant their Informa Pauperis Status pursuant to the laws as cited herein; and in this instant matter before this Court, without Bound or Cost, for it is not now, nor was it ever the intent of the **FOUNDING FATHERS** of this *once Great Nation* for this or any other **Court to CHARGE the "*People*"** fees for the exercise of their unalienable rights, which included due process under the law and access to Courts. The Supreme Court has weighed in on this issue and agrees. Petitioner(s) are exercising their unalienable rights to due process under the law and equal access to courts of this land, ***cannot be CHARGED FEES or Bonds*** as a condition of exercising their rights, or demanding protection of those rights from any Court of this land. And failure of this Court to grant such demand would be ***LAWLESS VIOLENCE*** & **A TRAVESTY OF**

JUSTICE; therefore to this ABANDONMENT of the Office of this Court for failing to give the
Case 2:24-cv-02015-DDC  Document 21  Filed 08/09/2024  Page 16 of 17 Main
Document    Page 16 of 17
protection afforded to these Petitioner(s) collectively & individually, by law. Therefore,
placing this Court in Conflict of the Supreme Court and Law of this Land....

This Affiant Victim(s) and Witnesses to Criminal Activities further **sayeth
Naught**.

Dated this __07th__ day of __August___, in the Year of Our Lord, 2024;

Respectfully Submitted;

/s/: *Florence – Elizabeth :Mason,*_____

:Florence -Elizabeth Mason. **Power of Attorney**
FOR CLIFTON MASON, In Propria Persona Sui Juris

# V E R I F I C A T I O N

I, :Florence -Elizabeth :Mason, do hereby verify that the Statements made
in the foregoing: **ADDITIONAL STATEMENT OF THIS AUTHORIZED REPRESENTAT
IVE AS DEBTOR AS THE MINOR ACCOUNT(S)'AFFIDAVIT OF NOT BEING REQUIRED
TO PAY FILING FEES IN THIS PROCEEDINGS & DEMAND FULL ARTICULATION OF
FACTS AND CONCLUSION OF LAW AS TO SHOW THESE PETITIONER(S) LIABLE IF
SO DENIED**: true & correct to the best of my abilities, and firsthand knowledge and belief
as I understand it to be. I understand that false statements [Should also pertain to the
**UNQUALIFIED** CREDITOR & their DISQUALIFIED Attorney(s) of multiple court records as well]
herein are made subject to the penalties of under Title 18 U.S.C. sect(s). 4901- 4904 relating
to unsworn statements to Authorities.

Dated this __07th__ day of __August___, in the Year of Our Lord, 2024.

Respectfully,

/s/: *Florence – Elisabeth :Mason,*_____

: Florence -Elizabeth :Mason. **POA** & Authorized
Representative in Propria Persona Sui Juris

41

POWERS HERON, LLC
EIGHT NESHAMINY INTERPLEX, SUITE 215
TREVOSE, PA. 19053
ATTN: HARRY B. REESE, ESQUIRE, AND
KARINA VELTER, ESQUIRE, AND
THE MANAGING ATTORNEY JILL COUGHLIN

BLANK ROME LLP
ONE LOGAN SQUARE
130 N. 18TH STREET
PHILADELPHIA. PA. 19103
ATTN: MICHAEL P. TRAINOR AND
ROBERT T. LIEBER JR.

PENNYMAC LOAN SERVICES, LLC
P.O. BOX 514387
LOS ANGELES, CA. 90051-4387
        AND
6101 CONCOR DRIVE
MOORPARK, CA. 93201

Respectfully Submitted,

U.C.C. 1-308; Without Prejudice All Rights

Restored & Reserved, Never Waived

/s/: :*Florence E. Mason,*

: **Florence -Elizabeth Mason.**
In Propria Persona Sui Juris

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                          :    Chapter  13

FLORENCE E. MASON POA           :    Case No.: 24-11304-AMC
CLIFTON MASON                   :    Dist. Ct. Case No. #er: 24-cv-2515
                                :
        Debtor,                 :    **NOTICE OF APPEAL FROM**
                                :    **DIST. CT TO THIRD CIRCUIT**
                                :

TO OFFICE OF THE CLERKS:

Attached here to is the recent filing in the District Court Notice of Appeal that
is currently going up to the Third Circuit Court of Appeals as filed on August
12th, 2024. Case number _24-cv-2515_ in the District Court Eastern District of
Pennsylvania. Please make this filing a permanent part of the record in this
above case number.

Filed:

- Notice of Appeal Statement of Election
- Application to Proceed in District Court Informa Pauperis; and
- Additional Statement for Waiver of Fees

Sincerely,


/s/: Florence E. Mason POA
Clifton Mason

AUG 1 9 2024

TIMOTHY MCCARTHY, C...

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PEENSYLVANIA

REC'D AUG 1 2 2024

Third Cir. Case No._____
C.A. Case No. _24-cv-2515____
BKY Case No. _24-11304____

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1.  Name(s) of appellant(s):  FLORENCE E. MASON, POA CLIFTON MASON
    _____

2.  Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this
    appeal:  Debtor

    For appeals in an adversary proceeding.
    ❏ Plaintiff
    ❏ Defendant
    ☒ Other (describe) __Appellant____
    Victim of Judicial Abuse & Bias
    Court's Secret Discrimination
    against alleged "Pro Se Litigant(s)"

    For appeals in a bankruptcy case and not in an
    adversary proceeding.
    ☒ Debtor
    ❏ Creditor
    ❏ Trustee
    ❏ Other (describe) _____

### Part 2:  Identify the subject of this appeal

1.  Describe the judgment—or the appealable order or decree—from which the appeal is taken:
    Prejudicially dismissing and remanding appeal due to Government Inaction. Appellant was
    not receiving any timely mailing by BK Court until after a Schedule Event.
2.  State the date on which the judgment—or the appealable order or decree—was entered:
    July 11th, 2024

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is
taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if
necessary):
FLORENCE E. MASON, POA
1.  Party: CLIFTON MASON  Attorney:  Propria Persona Sui Juris
    mailing Address:  523 E. Chestnut street,
    Coatesville, PA  19320
    (267) 423-7654

2.  Party: Unknown_____  Attorney: _____
    _____
    _____
    _____

Official Form 417A        Notice of Appeal and Statement of Election        page 1

# EXHIBIT "A"

## TRUE & CORRECT COPY OF ORDER BEING APPEALED



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|   |   |
|---|---|
| In Re: Florence E. Mason | C.A. NO. 24-cv-2515 |
|  | BKY. NO. 24-11304 |

## ORDER

AND NOW, this 1st day of July 2024, upon consideration of the notice from the Bankruptcy Court (Doc. No. 5), it appearing to this Court that the Appellant in the above captioned case has not complied with Rule 8009 of the Rules of Bankruptcy Procedure and has failed to file with the Bankruptcy Court a designation of contents for inclusion in the record on appeal and statement of issues to be presented on the appeal, it is hereby **ORDERED** that this appeal is **DISMISSED**, and the matter is **REMANDED** to the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

BY THE COURT

Hon. Paul S. Diamond,
United States District Judge



SAT-30107 0313-2 pdf900 24-11304
BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411

004697  4697 1 AB 0.588  19320  6 2  10199-1-4946

Florence E. Mason, POA Clifton Mason
523 E. Chestnut Street
Coatesville, PA 19320-3213

004697      30107004701016

REC'D AUG 1 2 2024

PPE AO 239  (10/09) Application to Proceed in United States District Court Without Prepaying Fees or Costs (Long Form)

# IN THE UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

FLORENCE E. MASON, POA
CLIFTON MASON
_____ )
        *Plaintiff/Petitioner*        )
                                      )    Third Cir. No. _____
PENNYMAC LOAN SERVICES LLC, CHESTER )
COUNTY SHERRIFF OFFICE, SHERIFF KEVIN DYKES, )    C.A. No. 24-2515
POWERS,     *Defendant/Respondent*   KIRN LLC, ET. AL.) BKY NO. 24-11304

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

| Affidavit in Support of the Application | Instructions |
|---|---|
| Being Constitutionally Exempt<br>I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. Without Prejudice U.C.C. 1-308. All Rights Reserved: | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

Signed: *Florence E. Mason*      Date: 08/07/2024

1.    For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the <u>monthly</u> rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Children | You | Children |
| Employment | $ 0.00 | $ 7,675.00 | $ 0.00 | $ 7,675.00 |
| Self-employment | $ 0.00 | $ 1,363.76 | $ 0.00 | $ 1,363.76 |
| Income from real property *(such as rental income)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Page 3

PAE AO 239  (10/09) Application to Proceed in Bankruptcy Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your children owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your children | |
| --- | --- |
| Home *(Value)* | Petitioner exercises her right to Privacy under the 5th & 9th Amend of the PA Constitution | $ Protected from Witnessing against one self. |
| Other real estate *(Value)* | Petitioner exercises her right to Privacy under the 5th & 9th Amend. of the PA Constitution | $ Protected from Witnessing against one self. |
| Motor vehicle #1 *(Value)* | Petitioner exercises her right to Privacy under the 5th & 9th Amendment to the PA Constitution | $ Protected from Witnessing against one self. |
| Make and year | Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | Protected from Witnessing against one self; under the 5th Amendment. No Necessary Public Interest in obtaining info. |
| Model: | Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | |
| Motor vehicle #2 *(Value)* | Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | $ Protected from Witnessing against one self. |
| Make and year | Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | Protected from Witnessing against one self; under the 5th Amendment. No Necessary Public Interest in obtaining info. |
| Model: | Petitioner exercises her right to Privacy under the 5th & 9th Amendment of the PA Constitution | |
| Other assets *(Value)* | Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | $ Protected from Witnessing against one self. |
| Other assets *(Value)* | Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | $ Protected from Witnessing against one self. |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your family money | Amount owed to you | Amount owed to your Children |
| --- | --- | --- |
| Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | $ 0.00 | $ 0.00 |
| Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | $ 0.00 | $ 0.00 |
| Petitoner excercises her right to Privacy under the 5th & 9th Amend. to the PA Constitution | $ 0.00 | $ 0.00 |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
| --- | --- | --- |
| Crystal Mason | daughter | 30 |
| T.M Autisic Adult | son | 27 |
| C.M. Autisic Adult | son | 26 |
| Sherriah Mason  unemployed | daughter | 24 |
| Vincent T. Mason, Jr.,     unemployed | son | 33 |
| Jada Richards    unemployed | daughter-in-law | 26 |
| Florence E. Mason | self | 54 |

PAE AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.  Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse.  Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Children |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included?  ☒ Yes  ☐ No<br>Is property insurance included?  ☒ Yes  ☐ No | $ 0.00 | $ 1,577.23 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 0.00 | $ 453.00 |
| Home maintenance *(repairs and upkeep)* | $ 0.00 | $ 2,500.00 |
| Food | $ 0.00 | $ 1,326.00 |
| Clothing | $ 0.00 | $ 484.79 |
| Laundry and dry-cleaning | $ 0.00 | $ 200.00 |
| Medical and dental expenses | $ 0.00 | $ 375.00 |
| Transportation *(not including motor vehicle payments)* | $ 0.00 | $ 1,022.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.00 | $ 998.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* |  |  |
| Homeowner's or renter's: | $ 0.00 | $ 0.00 |
| Life: | $ 0.00 | $ 291.00 |
| Health: | $ 0.00 | $ 375.80 |
| Motor vehicle: | $ 0.00 | $ 602.00 |
| Other: | $ 0.00 | $ 0.00 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ includ. | $ includ. |
| Installment payments |  |  |
| Motor vehicle: | $ 0.00 | $ 0.00 |
| Credit card *(name)*: | $ 0.00 | $ 0.00 |
| Department store *(name)*: | $ 0.00 | $ 0.00 |
| Other: | $ 0.00 | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ 0.00 |

PAE AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0.00 | $ 0.00 |
|---|---|---|
| Other *(specify)*: | $ 0.00 | $ 0.00 |
| **Total monthly expenses:** | $ 0.00 | $10,204.82 |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? Possible Forced Relocation due to alleged Creditors Lies & Falification of Info.

    [X] Yes    [ ] No    If yes, describe on an attached sheet.  & Ability to Unduly Influence the Courts

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? [ ] Yes  [X] No

    If yes, how much?  $ 0.00
    If yes, state the attorney's name, address, and telephone number:
    N/A

11. Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?    [ ] Yes  [X] No

    If yes, how much?  $ 0.00
    If yes, state the person's name, address, and telephone number:
    N/A

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    Petitioner exercises her rights to privacy under PA's Constitution 5th and 9th Amendments. There is not lawful Public Interest reason that would authorize said Court to collect such information; not even under the coercive powers of

13. Identify the city and state of your legal residence. the Court by law. Such compellation is Pro-
    Coatesville, PA.                         hibited by PA Const. Art. I section 11 which
                                             states: All Courts shall be open; and every

    Your daytime phone number:   (267) 423-7654

    Your age:  54      Your years of schooling:    14+

    Last four digits of your social-security number:  Exercise right to privacy for the Threat of
    wrongful access to my personal data and its misuse and identity theft.

    man for injury done him in his lands, goods, person or reputation shall have remedy by due course of law, and RIGHT, AND JUSTICE administered WITHOUT SALE, DENIAL OR DELAY. Suist may be brought against the Commonwealth in such manner, in such courts and in such cases as the Legislature may by law direct. And such contentions is egoed in Snerer vs. Cullen, No.71-1558., 71-1558, 481 F. 2d 945.The See and Reisman decision, also reflects the obious concern that there BE NO SANCTIONS OR PENALTY imposed upon one because of his (her) exercise of constitutional rights. Which renders said Petitioner Exempt from submission & admittance to such reporting.

IN THE UNITED DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REC'D AUG 1 2 2024

| | |
|---|---|
| FLORENCE E. MASON, POA., | Third Cir. Case No. _____ |
| CLIFTON MASON, | C.A. No. #er: 24-cv-2515 |
|              Appellant(s), | BKY No. #er: 24-11304 |
| vs. | |

| | |
|---|---|
| PENNYMAC LOAN SERVICES LLC,, | ILLEGAL FORECLOSURE |
| CHESTER COUNTY SHERIFF OFFICE | CONTRAVENING THE CARES ACT |
| SHERIFF KEVIN DYKES, POWER KIRNS, LLC | VIOLATION OF THE PROTECTION |
| CHAPTER 13 TRUSTEE SCOTT E. WATERMAN, | OF THE AUTOMATIC STAY |
| AND JUDGE ASHLEY M. CHAN, ET. AL., | |

**ADDITIONAL STATEMENT OF THIS AUTHORIZED REPRESENTATIVE AS DEBTOR AS THE MINOR ACCOUNT(S)'AFFIDAVIT OF NOT BEING REQUIRED TO PAY FILING FEES IN THIS PROCEEDINGS & DEMAND FULL ARTICULATION OF FACTS AND CONCLUSION OF LAW AS TO SHOW THESE PETITIONER(S) LIABLE IF SO DENIED:**

    **AND NOW COMES,** Petitioner, Florence –Elizabeth :Mason, **in her Proper Persona, as Sui Juris and *Accommodating/Necessary Party & relator of information And facts* & *Beneficial Equitable Title Holder*, pursuant to U.C.C. Y3-415 and living-*soul, attestant, free woman upon the free soil of the "Free Will" of the Republic of Pennsylvania: before this Eastern District Bankruptcy Court, and District Court, and Authorized Representative in accords with Rule 102 and 131 of the Pennsylvania Code of Civil Procedures*, and one of the inherited constituents of, "We the People and Beneficiary" over the UNREVEALED & INTENTIONALLY UNDISCLOSED Minor Accounts, as POA CLIFTON MASON, any and all derivatives thereof Unlawful INCOMPETENT forced placed sureties and grantor(s)/ COERCED TRANSMITTING UTILITITES by DECEPTION for the illicit Incorporated STATE OF PENNSYLVANIA aka PA. All Rights Restored and Reserved, Never Waived," not "Pro Se" entering said court by "Special Appearance" under Duress not by General.** Non-Confirming Victim(s) of Prejudice and Governmental Biasness & Excitement & ***Unlawful WINDFALL(S)***; move the Court, *in an effort to* Prevent further ongoing & continued ***Manifestation of Injustice*** with the above styled mentioned proceedings, in Plain ***manipulated/manufactured error(s)*** of the Court; against these Affiant Victim(s) & Aggrieved Parties, and they aver as follows:

    Being untrained and unschooled in law, and unfamiliar with the local rules of "***Civil***

*Procedures*"; not self-represented and not represented by any "*licensed counsel or attorney*," an individual in the exercise of accountability of "*liberally construe* pursuant to "*Kerner Doctrine Haines vs. Kerner*," 404 U.S. 519, 30 L. ED. 2d 653, 92 S⁻ Ct. 584 (1972); Petitioner for and on the behalf of DEBTOR moves this Court and put this Court on Notice that said Petitioner has timely and properly filing their Demand for Additional Statements to be included with their Informa Pauperis filing to be considered by this Court in support of their request.

## I.    ADDITIONAL STATEMENT & AFFIDAVIT OF EXEMPTION TO FILING FEES

Ensuring that individuals may proceed IFP is a critical access-to-justice issue, as court costs can and have quickly ballooned into hundreds or thousands of dollars – having a prohibitive expense for lower-income and/or bankrupt individuals. Congress *in 28 U.S.C.§1930(f)(2)* expressly permitted the Waiver of Bankruptcy related filing fees for Debtors--- and in §1930(f)(3) provides that "[t]his subsection does not restrict the district court or the bankruptcy court from WAIVING, in accordance with Judicial Conference policy, fees prescribed under this section for other debtors and creditors (Added Pub. L. 95–598, title II, §246(a), Nov. 6, 1978, 92 Stat. 2671; amended Pub. L. 98–353, title I, §111(a), (b), July 10, 1984, 98 Stat. 342; Pub. L. 99–500, §101(b) [title IV, §407(b)], Oct. 18, 1986, 100 Stat. 1783–39, 1783–64, and Pub. L. 99–591, §101(b) [title IV, §407(b)], Oct. 30, 1986, 100 Stat. 3341–39, 3341–64; Pub. L. 99–554, title I, §§117, 144(f), Oct. 27, 1986, 100 Stat. 3095, 3097; Pub. L. 101–162, title IV, §406(a), Nov. 21, 1989, 103 Stat. 1016; Pub. L. 102–140, title I, §111 (a), Oct. 28, 1991, 105 Stat. 795; Pub. L. 103–121, title I, §111(a)(1), (b)(1), Oct. 27, 1993, 107 Stat. 1164; Pub. L. 104–91, title I, §101(a), Jan. 6, 1996, 110 Stat. 11, amended Pub. L. 104–99, title II, §211, Jan. 26, 1996, 110 Stat. 37; Pub. L. 104–208, div. A, title I, §101(a) [title I, §109(a)], Sept. 30, 1996, 110 Stat. 3009, 3009–18; Pub. L. 106–113,  div. B, §1000(a)(1) [title I, §113], Nov. 29, 1999, 113 Stat. 1535, 1501A–20; Pub. L. 106–518, title I, §§103–105, Nov. 13, 2000, 114 Stat. 2411, 2412; Pub. L. 109–8, title   III, §325(a), title IV, §418, Apr. 20, 2005, 119 Stat. 98, 108; Pub. L. 109–13, div. A, title VI, §6058(a), May 11, 2005, 119 Stat. 297; Pub. L. 109–171, title X, §10101(a), Feb. 8, 2006, 120 Stat. 184; Pub. L. 110–161, div. B, title II, §213(a), Dec. 26, 2007, 121 Stat. 1914; Pub. L. 112–121, §3(a), May 25, 2012, 126 Stat. 348.

Sections: Previous  1923  1924  1925  1926  1927  1928  1929  1930  1931  1961  1962  1963  1964  2001  2002  Next *Last modified: October 26, 2015;* and in the State of Pennsylvania IFP proceedings is codified in Rule of Civil procedure

240. *Rule 240 - In Forma Pauperis (a)* This rule shall apply to all civil actions and proceedings except actions pursuant to the Protection from Abuse Act and Protection of Victims of Sexual Violence or Intimidation Act. *(b) A party who is without financial*

resources to pay the costs of litigation is entitled to proceed in forma pauperis. *Pa. R. Civ. P. 240(f)* states that anyone proceeding IFP "**_shall not be required_**" to pay any "**_cost or fee_**" to the court, nor "**_post bond or other security for costs_**" as a condition for "**commencing an action or proceeding or taking an appeal**; and *title 28 U.S.C. §1915(a).*

Petitioner on behalf of the aforementioned Debtor & Accommodating Party pursuant U.C.C. Y3-415; and State Rules 102 and 131 puts this Court on Notice that this Petitioner is of the belief pursuant to law that she with or without the ability to pay the alleged filing fees, are exempt and not required to pay under the color of law to tender such bonds or payments under this court, and these Petitioner moves this Court for facts and conclusion of law that requires and place demands upon them otherwise.

Petitioner, :Florence -Elizabeth :Mason, moves this Court to take Judicial Notice of *Hale vs. Henkel*, U.S. 43; which says,"The requirement is continually **INDEBTED TO "THE PEOPLE,"** *AND SINCE* "*WE THE PEOPLE*," **IS CONTINUES EXISTENCE, THE CONTINUED DEBT IS OWED TO THE "PEOPLE" IS DISCHARGED "ONLY" AS IT CONTINUES NOT TO VIOLATE "THE PEOPLE RIGHTS"** *for when Government* **FAILS IN ITS DUTY TO PROVIDE PROTECTION-DISCHARGE IS DEBT TO "THE PEOPLE" ITS IS AN "ABANDONMENT" [OR INJURY] OR ANY AND ALL POWER, AUTHORITY OF "SOVEREIGNTY"** which it possessed."

Therefore, these aforementioned Petitioner(s) in this above instant matter **_owes NOTHING_** to this court for **_Redress of their grievances_** in accords with the Constitutions and other state Statutory laws; or owes any INDEBTNESS to produce a bond on any Judgments lawful or unlawful when the laws and the Constitution both Federal & state clearly states that everyone has a right to the courts for redress of grievances and the courts **_be Ye' Open_** **_Const. Art. I sect. II_**, **WITHOUT SALE, DENIAL, OR DELAY**; and in such mandate, there is nothing in it or any other laws or Constitution(s) says, by way of paying court costs or fees.

Therefore, this Petitioner is not indebted to this state Court's alleged debt obligations, and for the Court demand, assertion, command, under coercive powers that forces such thievery is UNCONSTITUTIONALLY SOUND, for this Court cannot hold the Office of the court and the Wheels of so-called Justice as a '**_resume of hostage_**' from this or any other litigant similarly situated, by bounds or fees in order for them to legally and lawfully exercise a Constitutional and/or Statutory Right to obtain protection from this Court. In recognizing these facts, it is this Respondent/Petitioner(s)' unalienable Right, to receive unconditional protection of their rights for the protection of his or their Right to property, by this and all other courts within the Country to be heard of his/her their *Grievances* **FREE OF CHARGE OR INDEBTNESS**. See also *Public Policy 73-10*; "**All debts Public and Private are paid for**". [**cited in relevant part**]; for this Petitioner.

Petitioner(s) are not financially competent to render under state Court or any other Court of this land such unlawful compellation and bills of attainder. As liken to *Curley vs. U.S.*, 130 F. 1, 8, 64 C.C. A. 369, "***Government Does not exist in a personal sense, for the purpose of acquiring protecting and Enjoying property. It EXITS primarily for the protection of the "<u>PEOPLE</u>" <u>AND PROTECTING THEM IN THEIR RIGHTS</u>***". The Fifth and Fourteenth Amendments to the Constitution guarantee these Petitioner(s) the right to due process of law to prevent the unlawful Deprivation of their collective properties by unlawful means or any other means. **<u>NOWHERE</u>**, does the Constitutions of these united States of the Republic or otherwise, stipulates paying a fee for the exercise of those rights. The United States Supreme Court in *Hale vs. Henkel*, 201 U.S. 43, and *Down vs. Bidwell*, 182 U.S.244; reiterated that the government of the United States is under obligation to protect the rights of the people. **<u>NOWHERE</u>**, does these cases suggest charging a fee to the "***<u>People</u>***" in exchange for the obligation. The Declaration of Independence, the birth certificate of our nation, stated so eloquently, "We hold these Truths to be self-evident, that all Men are created equal, that they are endowed by their Creator with certain unalienable rights, that among these are Life, Liberty, and the Pursuit of Happiness that to secure these Rights, Government are instituted among Men" deriving their just powers of the consent of the governed". The "***<u>governed</u>***" have not consented to being charged fees for the exercise of their unalienable rights which is guaranteed by the Constitutions. Anything else is ***UNCIVILIZED*** and in direct and absolute conflict with the Supreme Law of the land.

***<u>It has No merits, It is VOID upon its face, and is in Conflict with the Supreme Law of this land, No effect and force of law, and is not grounded in any facts, conclusion or founded in law.</u>*** ***PENNSYLVANIA CONSTITUTION ARTICLE I § 11 say:*** "Courts to be open; suits against the Commonwealth. ALL COURTS SHALL BE OPEN; and every man for an Injury done him in ***HIS LAND, GOODS, PERSON OR REPUTATION SHALL HAVE REMEDY BY DUE COURSE OF LAW***, and right and justice administered **<u>WITHOUT SALE, DENIAL OR DELAY</u>**, suits may be brought against the Commonwealth in such manner, in such courts and in such cases as the Legislature maybe law direct.

***WHEREFORE,*** **AS A MATTER OF LAW,** these Respondent(s)/Petitioner(s) moves this Court to grant their Informa Pauperis Status pursuant to the laws as cited herein; and in this instant matter before this Court, without Bound or Cost, for it is not now, nor was it ever the intent of the **<u>FOUNDING FATHERS</u>** of this *once Great Nation* for this or any other ***Court to CHARGE the*** "***<u>People</u>***" fees for the exercise of their unalienable rights, which included due process under the law and access to Courts. The Supreme Court has weighed in on this issue and agrees. Petitioner(s) are exercising their unalienable rights to due process under the law and equal access to courts of this land, ***<u>cannot be CHARGED FEES or Bonds</u>*** as a condition of exercising their rights, or demanding protection of those rights from any Court of this land. And failure of this Court to grant such demand would be ***<u>LAWLESS VIOLENCE</u>*** & **<u>A TRAVESTY OF</u>**

**JUSTICE**; therefore, an **ABANDONMENT** of the Office of this Court for failing to give the protection afforded to these Petitioner(s) collectively & individually, by law. Therefore, placing this Court in Conflict of the Supreme Court and Law of this Land....

This Affiant Victim(s) and Witnesses to Criminal Activities further **sayeth Naught**.

Dated this _07th__ day of _August___, in the Year of Our Lord, 2024;

Respectfully Submitted;

/s/: *:Florence -Elizabeth :Mason,*_____

:Florence -Elizabeth Mason**. Power of Attorney**
FOR CLIFTON MASON, In Propria Persona Sui Juris

# V E R I F I C A T I O N

I, :Florence -Elizabeth :Mason, do hereby verify that the Statements made in the foregoing: **ADDITIONAL STATEMENT OF THIS AUTHORIZED REPRESENTATIVE AS DEBTOR AS THE MINOR ACCOUNT(S)'AFFIDAVIT OF NOT BEING REQUIRED TO PAY FILING FEES IN THIS PROCEEDINGS & DEMAND FULL ARTICULATION OF FACTS AND CONCLUSION OF LAW AS TO SHOW THESE PETITIONER(S) LIABLE IF SO DENIED**: true & correct to the best of my abilities, and firsthand knowledge and belief as I understand it to be. I understand that false statements [Should also pertain to the *UNQUALIFIED* CREDITOR & their DISQUALIFIED Attorney(s) of multiple court records as well] herein are made subject to the penalties of under Title 18 U.S.C. sect(s). 4901- 4904 relating to unsworn statements to Authorities.

Dated this _07th__ day of _August___, in the Year of Our Lord, 2024.

Respectfully,

/s/: *:Florence - Elisabeth :Mason,*_____

: Florence -Elizabeth :Mason**. POA** & Authorized
Representative in Propria Persona Sui Juris

# CERTIFICATE & AFFIDAVIT OF SERVICE

I, :Florence -Elzabeth :Mason , hereby certify that a true and correct copy of this: **ADDITIONAL STATEMENT OF THIS AUTHORIZED REPRESENTATIVE AS DEBTOR AS THE MINOR ACCOUNT(S)'AFFIDAVIT OF NOT BEING REQUIRED TO PAY FILING FEES IN THIS PROCEEDINGS & DEMAND FULL ARTICULATION OF FACTS AND CONCLUSION OF LAW AS TO SHOW THESE PETITIONER(S) LIABLE IF SO DENIED** ; in referenced case was sent to the following recipients by the following methods of ser-vice by certified return receipt on or before *August 12th 2024*; and electronically or within the courthouse on or before *August 23rd, 2024*;

cc:

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX., SR. FEDERAL COURTHOUSE
900 MARKET STREET, SUITE 400
PHILADELPHIA, PA. 19107
ATTN: OFFICE OF THE CLERKS & JUDGE'S CHAMBERS

SCOTT F. WATERMAN, ESQ
STANDING CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVENUE, SUITE 100
READING, PA. 19606

CHESTER COUNTY SHERIFF DEPARTMENT
201 MARKET STREET, STE. 1201
W. CHESTER, PA. 19382-0991
ATTN: DEPARTMENT OF REAL ESTATE BECKY
SOLICITOR MATT POLAHA, SUPERVISOR DEBRA HUNTER,
MCMAIN LAW FIRM & SHERIFF KEVIN DYKES

COURT OF COMMON PLEAS
CHESTER COUNTY CHESTER COUNTY JUSTICE CENTER
201 W. MARKET STREET P.O. BOX 2740
WEST CHESTER, PA. 19380-0989
ATTN: OFFICE OF THE CLERKS [CIVIL DIV,]
& JUDGE SARAH BLACK'S CHAMBERS

POWERS KIRN, LLC
EIGHT NESHAMINY INTERPLEX, SUITE 215
TREVOSE, PA. 19053
ATTN: HARRY B. REESE, ESQUIRE, AND
KARINA VELTER, ESQUIRE, AND
THE MANAGING ATTORNEY JILL COUGHLIN

BLANK ROME LLP
ONE LOGAN SQUARE
130 N. 18TH STREET
PHILADELPHIA. PA. 19103
ATTN: MICHAEL P. TRAINOR AND
ROBERT T. LIEBER JR.

PENNYMAC LOAN SERVICES, LLC
P.O. BOX 514387
LOS ANGELES, CA. 90051-4387
        AND
6101 CONCOR DRIVE
MOORPARK, CA. 93201

Respectfully Submitted,

U.C.C. 1-308; Without Prejudice All Rights

Restored & Reserved, Never Waived

/s/: *Florence E. Mason,*_____
: Florence -Elizabeth Mason.
In Propria Persona Sui Juris

Official Form 417A (12/23)

In Re: Florence E. Mason POA Clifton Mason

FLORENCE E. MASON, POA CLIFTON MASON
vs.
Judge Ashley M. Chan, Chapt. 13 Trustee
Scott Waterman Et. Al.,    *[Caption as in Form 416A, 416B, or 416D, as appropriate]*

Case No. #er: 24-11304-AMC

AUTOMATIC DISQUALIFICATION
UNDER TITLE 28 U.S.C. SECT. 455 ET. SEQ.,

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): FLORENCE E. MASON, POA CLIFTON MASON

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☑ Debtor
   ☐ Creditor
   ☐ Trustee
   ☑ Other (describe) Authorized Agent & Representative

### Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   unlawful Denial of Automatic Disqualification – the law is clear No man can Adjudicate on its own Disqualifictions

2. State the date on which the judgment—or the appealable order or decree—was entered:
   PRONOUNCED IN OPEN COURT 08/14/2024

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: FLORENCE E. MASON,    Attorney: Propria Persona Sui Juris
   POA CLIFTON MASON                    Mailng Address:
                                        523 E. Chestnut street
                                        Coatesville, PA. 19320

2. Party: Unknown    Attorney: Appellees

Official Form 417A          Notice of Appeal and Statement of Election          page 1

PAE AO 239  (10/09) Application to Proceed in Bankruptcy Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES BANKRUPTCY COURT

for the

Eastern District of Pennsylvania

FLORENCE E. MASON, POA
CLIFTON MASON
_____ )
*Plaintiff/Petitioner* )
v. )
_____ )     Civil Action No.  24-12430-AMC
JUDGE ASHLEY M. CHAN, UNITED STATES TRUSTEE )
*Defendant/Respondent* )

## APPLICATION TO PROCEED IN BANKRUPTCY COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

| Affidavit in Support of the Application | Instructions |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.  Without Prejudice U.C.C. 1-308; All Rights Reserved: | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)." write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

Signed:   /s/: Florence -Elizabeth Mason          Date:   08/14/2024

1.   For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ 7,675.00 | $ 0.00 | $ 7,675.00 |
| Self-employment | $ 0.00 | $ 1,363.76 | $ 0.00 | $ 1,343.76 |
| Income from real property *(such as rental income)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Page 2

PAE AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $   0.00 | $   0.00 | $   0.00 | $   0.00 |
| Disability *(such as social security, insurance payments)* | $   0.00 | $   0.00 | $   0.00 | $   0.00 |
| Unemployment payments | $   0.00 | $   0.00 | $   0.00 | $   0.00 |
| Public-assistance *(such as welfare)* | $   0.00 | $   0.00 | $   0.00 | $   0.00 |
| Other *(specify):* | $   0.00 | $   0.00 | $   0.00 | $   0.00 |
| **Total monthly income:** | $   0.00 | $   9,038.76 | $   0.00 | $   9,038.76 |

2.  List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Petitioner is Constitutionally Exempt from self incrimination under the 5th Amendment | | | $   0.00 |
| Petitioner is Constitutionally Exempt from self incrimination under the 5th Amendment | | | $   0.00 |

3.  List your children's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Petitioner exercise her right to Privacy under the 5th& 9th of the PA Const. | | | $   7,675.00 |
| Petitioner exercise her right to Privacy under the 5th& 9th of the PA Const. | | | $   1,363.76 |
| Petitioner exercise her right to Privacy under the 5th& 9th of the PA Const. | | | $   0.00 |

4.  How much cash do you and your children have? $ _Petitioner Exercises her right to Privacy under the 5th Amend. to not be Forced & Coerced to Witness against one self._

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your children has |
|---|---|---|---|
| Petitioner exercise her right to Privacy under the 5th& 9th of the PA Const. | | $   0.00 | $ |
| Under the law there is no Necessary Public Interest | for the Court to collect | such | $   0.00 |
| Personal and Private information for which she/they are Exempt under the PA Const. | | $   0.00 | $ |

And Protected under Federal Law.

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

PAE AO 239  (10/09) Application to Proceed in Bankruptcy Court Without Prepaying Fees or Costs (Long Form)

5.     List the assets, and their values, which you own or your children owns. Do not list clothing and ordinary
        household furnishings.

| Assets owned by you or your children | |
|---|---|
| Home *(Value)* | Petitioner exercises her right to Privacy under the 5th & 9th Amend of the PA Constitution | $ Protected from Witnessing against one self. |
| Other real estate *(Value)* | Petitioner exercises her right to Privacy under the 5th & 9th Amend. of the PA Constitution | $ Protected from Witnessing against one self. |
| Motor vehicle #1 *(Value)* | Petitioner exercises her right to Privacy under the 5th & 9th Amend to the PA Constitution | $ Protected from Witnessing against one self. |
| Make and year | Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | Protected from Witnessing against one self; under the 5th Amendment. No Necessary Public Interest in obtaining info. |
| Model: | Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | |
| Motor vehicle #2 *(Value)* | Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | $ Protected from Witnessing against one self. |
| Make and year | Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | Protected from Witnessing against one self; under the 5th Amendment. No Necessary Public Interest in obtaining info. |
| Model: | Petitioner exercises her right to Privacy under the 5th & 9th Amendment of the PA Constitution | |
| Other assets *(Value)* | Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | $ Protected from Witnessing against one self. |
| Other assets *(Value)* | Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | $ Protected from Witnessing against one self. |

6.     State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your family money | Amount owed to you | Amount owed to your Children |
|---|---|---|
| Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | $ 0.00 | $ 0.00 |
| Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | $ 0.00 | $ 0.00 |
| Petitoner exercises her right to Privacy under the 5th & 9th Amend. to the PA Constitution | $ 0.00 | $ 0.00 |

7.     State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Crystal Mason | daughter | 30 |
| T.M Autisic Adult | son | 27 |
| C.M. Autisic Adult | son | 26 |
| Sherriah Mason  unemployed | daughter | 24 |
| Vincent T. Mason, Jr.,     unemployed | son | 33 |
| Jada Richards     unemployed | daughter-in-law | 26 |
| Florence E. Mason | self | 54 |

PAE AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.  Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse.  Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Children |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* Are real estate taxes included? [X] Yes [ ] No Is property insurance included? [X] Yes [ ] No | $ 0.00 | $ 1,577.23 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 0.00 | $ 453.00 |
| Home maintenance *(repairs and upkeep)* | $ 0.00 | $ 2,500.00 |
| Food | $ 0.00 | $ 1,326.00 |
| Clothing | $ 0.00 | $ 484.79 |
| Laundry and dry-cleaning | $ 0.00 | $ 200.00 |
| Medical and dental expenses | $ 0.00 | $ 375.00 |
| Transportation *(not including motor vehicle payments)* | $ 0.00 | $ 1,022.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.00 | $ 998.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: | $ 0.00 | $ 0.00 |
| Life: | $ 0.00 | $ 291.00 |
| Health: | $ 0.00 | $ 375.80 |
| Motor vehicle: | $ 0.00 | $ 602.00 |
| Other: | $ 0.00 | $ 0.00 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ includ. | $ includ. |
| Installment payments | | |
| Motor vehicle: | $ 0.00 | $ 0.00 |
| Credit card *(name)*: | $ 0.00 | $ 0.00 |
| Department store *(name)*: | $ 0.00 | $ 0.00 |
| Other: | $ 0.00 | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ 0.00 |

P/E AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0.00 | $ 0.00 |
|---|---|---|
| Other *(specify)*: | $ 0.00 | $ 0.00 |
| **Total monthly expenses:** | $ 0.00 | $ 10,204.82 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?  Possible Forced Relocation due to alleged Creditors Lies & Falification of Info.

[X] Yes   [ ] No   If yes, describe on an attached sheet.  & Ability to Unduly Influence the Courts

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?  [ ] Yes  [X] No

If yes, how much?  $ 0.00

If yes, state the attorney's name, address, and telephone number:

N/A

11. Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?  [ ] Yes  [X] No

If yes, how much?  $ 0.00

If yes, state the person's name, address, and telephone number:

N/A

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

Petitioner exercises her rights to privacy under PA's Constitution 5th and 9th Amendments. There is not lawful Public Interest reason that would authorize said Court to collect such information; not even under the coercive powers of

13. Identify the city and state of your legal residence. the Court by law. Such compellation is Pro-

Coatesville, PA.  hibited by PA Const. Art. I section 11 which states: All Courts shall be open; and every

Your daytime phone number: (267) 423-7654

Your age: 54   Your years of schooling: 14+

Last four digits of your social-security number:  Exercise right to privacy for the Threat of wrongful access to my personal data and its misuse and identity theft.

man for injury done him in his lands, goods, person or reputation shall have remedy by due course of law, and RIGHT, AND JUSTICE administered WITHOUT SALE, DENIAL OR DELAY. Suist may be brought against the Commonwealth in such manner, in such courts and in such cases as the Legislature may by law direct. And such contentions is egoed in Snerer vs. Cullen, No.71-1558., 71-1558, 481 F. 2d 945.The See and Reisman decision, also reflects the obious concern that there BE NO SANCTIONS OR PENALTY imposed upon one because of his (her) exercise of constitutional rights. Which renders said Petitioner Exempt from submission & admittance to such reporting.

IN THE UNITED BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FLORENCE E. MASON, POA.,
CLIFTON MASON,

            Appellant(s),           BKY No. #er: 24-11304-AMC

vs.

JUDGE ASHLEY M. CHAN,          AUTOMATIC DISQUALIFICATION
CH. 13 TRUSTEE SCOTT F. WATERMANN,   UNDER TITLE 28 U.S.C. SECT. 455
ESQ., ET. AL.,                 ET, SEQ.,

           Appellee/Adversaries,

## ADDITIONAL STATEMENT OF THIS AUTHORIZED REPRESENTATIVE AS DEBTOR AS THE MINOR ACCOUNT(S)'AFFIDAVIT OF NOT BEING REQUIRED TO PAY FILING FEES IN THIS PROCEEDINGS & DEMAND FULL ARTICULATION OF FACTS AND CONCLUSION OF LAW AS TO SHOW THESE PETITIONER(S) LIABLE IF SO DENIED:

**AND NOW COMES,** Petitioner, Florence –Elizabeth :Mason, **in her Proper Persona, as Sui Juris and *Accommodating/Necessary Party & relator of information And facts* & _Beneficial Equitable Title Holder_, pursuant to U.C.C. Y3-415 and living-*soul, attestant, free woman upon the free soil of the "_Free Will_" of the Republic of Pennsylvania: before this Eastern District Bankruptcy Court, and District Court, and Authorized Representative in accords with _Rule 102 and 131_ of the Pennsylvania Code of Civil Procedures, and one of the inherited constituents of, "We the People and Beneficiary" over the UNREVEALED & INTENTIONALLY UNDISCLOSED _Minor Accounts_, as POA CLIFTON MASON, any and all derivatives thereof _Unlawful INCOMPETENT forced placed sureties and grantor(s)_/** COERCED TRANSMITTING UTILITITES by **_DECEPTION_** for the illicit Incorporated STATE OF PENNSYLVANIA aka PA. All Rights Restored and Reserved, Never Waived," **_not "Pro Se"_ entering said court by "_Special Appearance_" _under Duress_ not by General.** Non-Confirming Victim(s) of Prejudice and Governmental Biasness & Excitement & **_Unlawful WINDFALL(S)_**; move the Court, *in an effort to* Prevent further ongoing & continued **_Manifestation of Injustice_** with the above styled mentioned proceedings, in Plain **_manipulated/manufactured error(s)_** of the Court; against these Affiant Victim(s) & Aggrieved Parties, and they aver as follows:

Being untrained and unschooled in law, and unfamiliar with the local rules of "**_Civil Procedures_**"; not self-representing, and not represented by any "_licensed counsel_

*or attorney*, an individual in the exercise of accountability of "***liberally construe***
pursuant to "*Kerner Doctrine Haines vs. Kerner*," 404 U.S. 519, 30 L. ED. 2d 653, 92 S
Ct. 584 (1972); Petitioner for and on the behalf of DEBTOR moves this Court and put
this Court on Notice that said Petitioner has timely and properly filing their Demand
for Additional Statements to be included with their Informa Pauperis filing to be
considered by this Court in support of their request.

## I.   ADDITIONAL STATEMENT & AFFIDAVIT OF EXEMPTION TO FILING FEES

Ensuring that individuals may proceed IFP is a critical access-to-justice issue, as
court costs can and have quickly ballooned into hundreds or thousands of dollars –
having a prohibitive expense for lower-income and/or bankrupt individuals. Congress
*in 28 U.S.C.§1930(f)(2)* expressly permitted the Waiver of Bankruptcy related filing fees
for Debtors--- and in §1930(f)(3) provides that "[t]his subsection does not restrict the
district court or the bankruptcy court from WAIVING, in accordance with Judicial
Conference policy, fees prescribed under this section for other debtors and creditors
(Added Pub. L. 95–598, title II, §246(a), Nov. 6, 1978, 92 Stat. 2671; amended Pub.
L. 98–353, title I, §111(a), (b), July 10, 1984, 98 Stat. 342; Pub. L. 99–500, §101(b)
[title IV, §407(b)], Oct. 18, 1986, 100 Stat. 1783–39, 1783–64, and Pub. L. 99–591,
§101(b) [title IV, §407(b)], Oct. 30, 1986, 100 Stat. 3341–39, 3341–64; Pub. L.
99–554, title I, §§117, 144(f), Oct. 27, 1986, 100 Stat. 3095, 3097; Pub. L. 101–
162, title IV, §406(a), Nov. 21, 1989, 103 Stat. 1016; Pub. L. 102–140, title I, §111
(a), Oct. 28, 1991, 105 Stat. 795; Pub. L. 103–121, title I, §111(a)(1), (b)(1), Oct.
27, 1993, 107 Stat. 1164; Pub. L. 104–91, title I, §101(a), Jan. 6, 1996, 110 Stat.
11, amended Pub. L. 104–99, title II, §211, Jan. 26, 1996, 110 Stat. 37; Pub. L.
104–208, div. A, title I, §101(a) [title I, §109(a)], Sept. 30, 1996, 110 Stat. 3009,
3009–18; Pub. L. 106–113,  div. B, §1000(a)(1) [title I, §113], Nov. 29, 1999, 113
Stat. 1535, 1501A–20; Pub. L. 106–518, title I, §§103–105, Nov. 13, 2000, 114
Stat. 2411, 2412; Pub. L. 109–8, title   III, §325(a), title IV, §418, Apr. 20, 2005,
119 Stat. 98, 108; Pub. L. 109–13, div. A, title VI, §6058(a), May 11, 2005, 119
Stat. 297; Pub. L. 109–171, title X, §10101(a), Feb. 8, 2006, 120 Stat. 184; Pub.
L. 110–161, div. B, title II, §213(a), Dec. 26, 2007, 121 Stat. 1914; Pub. L. 112–
121, §3(a), May 25, 2012, 126 Stat. 348.
Sections: <u>Previous</u>  <u>1923</u> <u>1924</u> <u>1925</u> <u>1926</u> <u>1927</u> <u>1928</u> <u>1929</u> 1930 <u>1931</u> <u>1961</u>
<u>1962</u> <u>1963</u> <u>1964</u> <u>2001</u> <u>2002</u> <u>Next</u> *Last modified: October 26, 2015;* and in the
State of Pennsylvania IFP proceedings is codified in Rule of Civil procedure

240. *Rule 240 - In Forma Pauperis (a)* This rule shall apply to all civil actions and
proceedings except actions pursuant to the Protection from Abuse Act and Protection
of Victims of Sexual Violence or Intimidation Act. ***(b) A party who is without financial***

Petitioner(s) are not financially competent to tender under state Court or any other Court of this land such unlawful compellation and bills of attainder. As liken to _Curley vs. U.S._, 130 F. 1, 8, 64 C.C. A. 369, "**Government Does not exist in a personal sense, for the purpose of acquiring protecting and Enjoying property. It EXITS primarily for the protection of the "PEOPLE" AND PROTECTING THEM IN THEIR RIGHTS**". The Fifth and Fourteenth Amendments to the Constitution guarantee these Petitioner(s) the right to due process of law to prevent the unlawful Deprivation of their collective properties by unlawful means or any other means. **NOWHERE**, does the Constitutions of these united States of the Republic or otherwise, stipulates paying a fee for the exercise of those rights. The United States Supreme Court in _Hale vs. Henkel_, 201 U.S. 43, and _Down vs. Bidwell_, 182 U.S.244; reiterated that the government of the United States is under obligation to protect the rights of the people. **NOWHERE**, does these cases suggest charging a fee to the "**_People_**" in exchange for the obligation. The Declaration of Independence, the birth certificate of our nation, stated so eloquently, "We hold these Truths to be self-evident, that all Men are created equal, that they are endowed by their Creator with certain unalienable rights, that among these are Life, Liberty, and the Pursuit of Happiness that to secure these Rights, Government are instituted among Men" deriving their just powers of the consent of the governed". The "**_governed_**" have not consented to being charged fees for the exercise of their unalienable rights which is guaranteed by the Constitutions. Anything else is **UNCIVILIZED** and in direct and absolute conflict with the Supreme Law of the land.

**_It has No merits, It is VOID upon its face, and is in Conflict with the Supreme Law of this land, No effect and force of law, and is not grounded in any facts, conclusion or founded in law._ PENNSYLVANIA CONSTITUTION ARTICLE I § 11 say:** "Courts to be open; suits against the Commonwealth. ALL COURTS SHALL BE OPEN; and every man for an Injury done him in **HIS LAND, GOODS, PERSON OR REPUTATION SHALL HAVE REMEDY BY DUE COURSE OF LAW**, and right and justice administered **WITHOUT SALE, DENIAL OR DELAY**, suits may be brought against the Commonwealth in such manner, in such courts and in such cases as the Legislature maybe law direct.

**WHEREFORE, AS A MATTER OF LAW,** these Respondent(s)/Petitioner(s) moves this Court to grant their Informa Pauperis Status pursuant to the laws as cited herein; and in this instant matter before this Court, without Bound or Cost, for it is not now, nor was it ever the intent of the **FOUNDING FATHERS** of this _once Great Nation_ for this or any other **Court to CHARGE the "_People_"** fees for the exercise of their unalienable rights, which included due process under the law and access to Courts. The Supreme Court has weighed in on this issue and agrees. Petitioner(s) are exercising their unalienable rights to due process under the law and equal access to courts of this land, **_cannot be CHARGED FEES or Bonds_** as a condition of exercising their rights, or demanding protection of those rights from any Court of this land. And failure of this Court to grant such demand would be **_LAWLESS VIOLENCE_ & A TRAVESTY OF**

Petitioner(s) are not financially competent to render under state Court or any other Court of this land such unlawful compellation and bills of attainder. As liken to *Curley vs. U.S.*, 130 F. 1, 8, 64 C.C. A. 369, "***Government Does not exist in a personal sense, for the purpose of acquiring protecting and Enjoying property. It EXITS primarily for the protection of the "PEOPLE" AND PROTECTING THEM IN THEIR RIGHTS***".
The Fifth and Fourteenth Amendments to the Constitution guarantee these Petitioner(s) the right to due process of law to prevent the unlawful Deprivation of their collective properties by unlawful means or any other means. **NOWHERE**, does the Constitutions of these united States of the Republic or otherwise, stipulates paying a fee for the exercise of those rights. The United States Supreme Court in *Hale vs. Henkel*, 201 U.S. 43, and *Down vs. Bidwell*, 182 U.S.244; reiterated that the government of the United States is under obligation to protect the rights of the people. **NOWHERE**, does these cases suggest charging a fee to the "***People***" in exchange for the obligation. The Declaration of Independence, the birth certificate of our nation, stated so eloquently, "We hold these Truths to be self-evident, that all Men are created equal, that they are endowed by their Creator with certain unalienable rights, that among these are Life, Liberty, and the Pursuit of Happiness that to secure these Rights, Government are instituted among Men" deriving their just powers of the consent of the governed".
The "***governed***" have not consented to being charged fees for the exercise of their unalienable rights which is guaranteed by the Constitutions. Anything else is ***UNCIVILIZED*** and in direct and absolute conflict with the Supreme Law of the land.

   ***It has No merits, It is VOID upon its face, and is in Conflict with the Supreme Law of this land, No effect and force of law, and is not grounded in any facts, conclusion or founded in law.*** **PENNSYLVANIA CONSTITUTION ARTICLE I § 11 say:** "Courts to be open; suits against the Commonwealth. ALL COURTS SHALL BE OPEN; and every man for an Injury done him in ***HIS LAND, GOODS, PERSON OR REPUTATION SHALL HAVE REMEDY BY DUE COURSE OF LAW***, and right and justice administered **WITHOUT SALE, DENIAL OR DELAY**, suits may be brought against the Commonwealth in such manner, in such courts and in such cases as the Legislature maybe law direct.

   ***WHEREFORE,*** **AS A MATTER OF LAW,** these Respondent(s)/Petitioner(s) moves this Court to grant their Informa Pauperis Status pursuant to the laws as cited herein; and in this instant matter before this Court, without Bound or Cost, for it is not now, nor was it ever the intent of the **FOUNDING FATHERS** of this *once Great Nation* for this or any other ***Court to CHARGE the*** "***People***" fees for the exercise of their unalienable rights, which included due process under the law and access to Courts. The Supreme Court has weighed in on this issue and agrees. Petitioner(s) are exercising their unalienable rights to due process under the law and equal access to courts of this land, ***cannot be CHARGED FEES or Bonds*** as a condition of exercising their rights, or demanding protection of those rights from any Court of this land. And failure of this Court to grant such demand would be ***LAWLESS VIOLENCE*** **& A TRAVESTY OF**

**JUSTICE**; therefore, an **ABANDONMENT** of the Office of this Court for failing to give the protection afforded to these Petitioner(s) collectively & individually, by law. Therefore, placing this Court in Conflict of the Supreme Court and Law of this Land....

This Affiant Victim(s) and Witnesses to Criminal Activities further *sayeth Naught*.

Dated this __14th__ day of __August__, in the Year of Our Lord, 2024;

Respectfully Submitted;

/s/: *Florence - Elizabeth :Mason,*_____

:Florence -Elizabeth Mason. **Power of Attorney**
FOR CLIFTON MASON, In Propria Persona Sui Juris

# V E R I F I C A T I O N

I, :Florence -Elizabeth :Mason, do hereby verify that the Statements made in the foregoing: **ADDITIONAL STATEMENT OF THIS AUTHORIZED REPRESENTAT IVE AS DEBTOR AS THE MINOR ACCOUNT(S)'AFFIDAVIT OF NOT BEING REQUIRED TO PAY FILING FEES IN THIS PROCEEDINGS & DEMAND FULL ARTICULATION OF FACTS AND CONCLUSION OF LAW AS TO SHOW THESE PETITIONER(S) LIABLE IF SO DENIED**: true & correct to the best of my abilities, and firsthand knowledge and belief as I understand it to be. I understand that false statements [Should also pertain to the *UNQUALIFIED* CREDITOR & their DISQUALIFIED Attorney(s) of multiple court records as well] herein are made subject to the penalties of under Title 18 U.S.C. sect(s). 4901- 4904 relating to unsworn statements to Authorities.

Dated this __14th__ day of __August__, in the Year of Our Lord, 2024.

Respectfully,

/s/: *Florence - Elisabeth :Mason,*_____

: Florence -Elizabeth :Mason. **POA** & Authorized
Representative in Propria Persona Sui Juris

# CERTIFICATE & AFFIDAVIT OF SERVICE

I, __:Florence -Elzabeth :Mason__ , hereby certify that a true and correct copy of this: **ADDITIONAL STATEMENT OF THIS AUTHORIZED REPRESENTATIVE AS DEBTOR AS THE MINOR ACCOUNT(S)'AFFIDAVIT OF NOT BEING REQUIRED TO PAY FILING FEES IN THIS PROCEEDINGS & DEMAND FULL ARTICULATION OF FACTS AND CONCLUSION OF LAW AS TO SHOW THESE PETITIONER(S) LIABLE IF SO DENIED** ; in referenced case was sent to the following recipients by the following methods of ser-vice by certified return receipt on or before _August 30th 2024_; and electronically or within the courthouse on or before _August 20eh, 2024_;

cc:

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX., SR. FEDERAL COURTHOUSE
900 MARKET STREET, SUITE 400
PHILADELPHIA, PA. 19107
ATTN: OFFICE OF THE CLERKS & JUDGE'S CHAMBERS

SCOTT F. WATERMAN, ESQ
STANDING CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVENUE, SUITE 100
READING, PA. 19606

CHESTER COUNTY SHERIFF DEPARTMENT
201 MARKET STREET, STE. 1201
W. CHESTER, PA. 19382-0991
ATTN: DEPARTMENT OF REAL ESTATE BECKY
SOLICTOR MATT POLAHA, SUPERVISOR DEBRA HUNTER,
MCMAIN LAW FIRM & SHERIFF KEVIN DYKES

COURT OF COMMON PLEAS
CHESTER COUNTY CHESTER COUNTY JUSTICE CENTER
201 W. MARKET STREET P.O. BOX 2740
WEST CHESTER, PA. 19380-0989
ATTN: OFFICE OF THE CLERKS [CIVIL DIV,]
& JUDGE SARAH BLACK'S CHAMBERS

POWERS KIRN, LLC
EIGHT NESHAMINY INTERPLEX, SUITE 215
TREVOSE, PA. 19053
ATTN: HARRY B. REESE, ESQUIRE, AND
KARINA VELTER, ESQUIRE, AND
THE MANAGING ATTORNEY JILL COUGHLIN

BLANK ROME LLP
ONE LOGAN SQUARE
130 N. 18TH STREET
PHILADELPHIA. PA. 19103
ATTN: MICHAEL P. TRAINOR AND
ROBERT T. LIEBER JR.

PENNYMAC LOAN SERVICES, LLC
P.O. BOX 514387
LOS ANGELES, CA. 90051-4387
        AND
6101 CONCOR DRIVE
MOORPARK, CA. 93201

Respectfully Submitted,

U.C.C. 1-308; Without Prejudice All Rights

Restored & Reserved, Never Waived

/s/: *Florence E. Mason,*
: Florence -Elizabeth Mason.
In Propria Persona Sui Juris

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter  13 |
| FLORENCE E. MASON POA | : | Case No.: 24-11304-AMC |
| CLIFTON MASON | : | |
| | : | |
| Debtor, | : | **NOTICE OF APPEAL AGAINST** |
| | : | **DENIAL OF AUTO. DISQUAL.** |
| | : | |

**ISSUES TO BE ADDRESSED ON APPEAL FOR UNLAWFUL
DENIAL OF AUTOMATIC DISQUALIFICATION WITH
DESIGNATION OF RECORDS ON APPEAL:**

I.    **ISSUES TO BE ADDRESSED ON APPEAL**

- **Appellant moves for this District Appellate Court to make a legal determination that any Judge who violates the Judicial Code of Cannons shall be subject to sanctions by the State Commissions on Judicial Conduct and why Automatic Disqualification is Warranted**

- **Appellant moves this District Appellate Court to make a legal determination that Judge violated the Codes of Judicial Canons by abusing her discretion in failing to enact her "Inherent powers" to investigate whether a judgment was obtained by fraud within the action from the lower Court of Common Pleas in Chester County contravening the Cares Act to enact an unlawful foreclosure forbidden by Federal Laws.**

- **Appellant moves this District Appellate Court to make a legal determination that "Ignorance of the Law is of No Excuse" even of**

**Judges where are not aware of and should have been of the requirements and procedures of the Cares Act upon Creditors and Servicers to prevent Foreclosure and Impede Economic Recovery**

- **Appellant moves this District Appellate Court to make a legal determination that since this is a Non-Core issues within the Bankruptcy Court and Appellant does not consent Judge Chan is forbidden by law to make a final order in this or any other matter in volving the Debtor and its Authorized Representative & Agent. For they do not consent to the entry of any final order or judgment by this bankruptcy judge.**

- **Appellant moves this District Appellate Court to make a legal determination that the Principle that the Courts lack the Power to Amend the Bankruptcy Code on their own accord reflects a reasonable caution that Judge Chan Failed to Adhere to being in contempt of Congress; and abused her discretion in altering the provision of the "Fresh Start" protection that the Creditors hand unreasonably and unjustifiably violated of the Protection of the Automatic Stay.**

- **Appellant moves this District Appellate Court to make a legal determination that said Judge Fabrication of the Factual Records that said Authorized Representative and Agent of the Debtor had made the error of the Address in her Notice of Change of Address when there was a hand written notice given the proper and correct address of herself and the Debtor, is clear evidence of the Court's attempt to Entrap said Agent and the Clerks unlawful interference into the proceedings being the proximate cause of the breakdown and Bias Improper administration of the Bankruptcy Case and an unreasonable and Unjustified legal position of the Court; and a Constitutional per se warranting Immediate REVERSAL OF HER VOID JUDGMENT.**

- **Appellant moves this District Appellate Court to make a legal determination that said Courts and the Office of the Clerk had an investigative duty to ensure that they had the proper address for Notices for the Courts was using the proper address by the Office of the Clerks before they even received Notice of the Change of Address on June 6th, 2024; the records and evidence shows. Therefore, said Judge violated the Code of Judicial Canons by not performing her duties in an impartial, competent and diligent way, and neither did her staff nor the Office of the Clerks. Therefore, her disqualification was warranted.**

- **Appellant moves this District Appellate Court to make a legal determination that Judge Chan's remarks after she allowed or instructed her Deputy Clerks of Chamber Clerks to disconnect or cut the Debtors Agent's sound or disconnect her from the teleconference was an Impermissible Obstruction of Justice and Access to the Courts and clear and present showing of Retaliation , Judicial Biasness that is unbecoming of an Officer of the Courts and Behavioral disability that puts the dignity of the Court in a bad light and resembled Nothing of a "FAIR TRIAL/HEARING".**

- **Appellant moves this District Appellate Court to make a legal determination that Judge Chan has acted as the Debtor and Authorized Representative Opponent displaying her partiality; and denying them due process of law.**

- **Appellant moves this District Court to make a legal determination that a Judge can not rule upon her own disqualification; and is prohibited by law in doing so and is another Constitutional Per Se of abuse of discretion warranting disqualification.   See Justice Kennedy explanation, "No man can be a Judge in his own case and No man is permitted to try case where he (she) has an Interest in the outcome."  And in said Judge Chan's doing so, her Bias Judgment corrupted her Integrity and therefore, she was under obligation and duty to Disqualify herself from the proceedings.**

- **Appellant moves this District Appellate Court to make a legal determination that When a Court is Complicit in causing a non-represented to be in Non-Compliance with the rules or absent from a hearing/Court Orders It not only Impairs the efficient functioning of the Courts but also jeopardizes the parties ability to support  or Oppose the Claims and Defenses in the Courts which can not be Tolerated and is unfair in the eyes of the law; and compromise the Impartiality mechanism afforded to all proceedings.**

- **Appellant moves this District Appellate Court to make a legal determination that Judge Chan allowed fraud upon the courts to take a hold on the proceedings before her therefore, rendering all her orders like the lifting of the Automatic Stay from the prior cause VOID. Warranting REVERSAL without remand.**

- **Appellant moves this District Appellate Court to make a Legal Determination that Judge Chan shall be immediately removed and disqualified from this and any other proceedings having to do with the Debtor and its Authorized Representative and Agent; for indeed it is evident that they would not be able to obtain a Fair and Impartial Trial with this Judge being able to remain on any of these cases.**

Appellant moves that this completes the issues they wish to be addressed on Appeal. Appellant(s) reserves the right for any additional issues to be addressed within their Appellant(s)' Brief.

Aggrieved Parties & Affiant Victim(s) and Witness to Criminal Activities further sayeth Naught.

Dated this __14th___ day of _ August___, in the Year of Our Lord, 2024

Respectfully Submitted,

U.C.C. 1-308 Without Prejudice, All Rights Restored

& Reserved, Never Waived,

_____

:Florence -Elizabeth :Mason, Power of Attorney
& Authorized Representative, In Propria Persona Sui Juris

### DESIGNATION OF RECORDS ON APPEAL:

Appellant incorporates all the Issues to be Addressed on Appeal to this
Designation of Records at length as fully set herein. Appellant Designate
these documents to be added as Offer of Proof of this Appeal and moves for
them to be a permanent part of the records on Appeal for proper Judicial
Review.

- True & Correct Copy of Judge Chan's Hearing Calendar showing that she
  could not have heard this Appellant's (2) two cases before 11:00 a,m.
  call.  **Appellant's Exhibit "A"**.         **Submit**.
- The Notice of Change of Address that shows the handwritten correction
  of the address due to the incorrect type computer written address so the
  Court should have notice the Correction.   Falsifying and Fabricating the
  Factual Records, Judge Lied & attempted to mislead that this was not
  there. JUDGE COMMITTED FRAUD UPON HER OWN COURT. **Appellant's
  Exhibit "B"**. **Submit**.
- The Judge made an Order that by law she was not permitted to grant on
  _June 6th, 2024_; due to the Court's intentional mailing of the incorrect
  address Appellant did not the Order of the Court all the way until _June
  23rd, 2024_; some odd 16 days after that Sham Proceedings. No notices or
  Order for the Sham Proceeding of _July 10th, 2024_.

On the back of that Order shows that said Bankruptcy Court had the
correct address all along and all they had to do was scour the records
and would have gotten the proper address and the delays of Notices
would have Never Happened.  **Appellant's Exhibit "B" back** . **Submit.**

- Proof of other Notices and filings of the Court getting to said Appellant way after an event occurred Prejudicing the Substantial Rights of these Appellants therefore preventing the proper administration of the Cases to the Detriment of these Appellants. **To be marked as Appellant's Exhibit "C".** __Submit.__

Appellant(s) reserves the right to add additional designation of records, documents, affidavit(s), and other eyewitnesses account at the time of Appellant(s)' Brief.

Aggrieved Parties & Affiant Victim(s) and Witness to Criminal Activities further sayeth Naught.

Dated this __14th__ day of __August___, in the Year of Our Lord, 2024

Respectfully Submitted,

U.C.C. 1-308 Without Prejudice, All Rights Restored

& Reserved, Never Waived,

_____

:Florence -Elizabeth :Mason, Power of Attorney

& Authorized Representative, In Propria Persona Sui Juris

# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### Honorable Ashely M. Chan

### Wednesday, August 14, 2024

|  |  |
|---|---|
| **Courtroom #4** | **Courtroom #4**<br>**900 Market Street**<br>**Philadelphia, PA 19107** |

**10:00 AM**

| 1 | 13-20781-AMC | **James C. Escher** | CH 13 |
|---|---|---|---|

Trustee: WATERMAN [Chapter 13]

Moving: ROGER V. ASHODIAN
Opposing:
Debtor or Plaintiff Attorney:    ROGER V. ASHODIAN
Matter:    Motion for Determination of Final Cure and Mortgage Payment re: Rule 3002.1 to Nationstar Mortgage,
LLC Filed by James C. Escher Represented by ROGER V. ASHODIAN (Counsel).

| 2 | 17-15994-AMC | **Pettera D. Owens** | CH 13 |
|---|---|---|---|

Trustee: WATERMAN [Chapter 13]

Moving:
Opposing:
Debtor or Plaintiff Attorney:    RONALD G. MCNEIL, Esquire
Matter:    Motion for Return of Unclaimed Funds in the Amount of: 6100.04 Filed by Lost and Found Today LLC on
behalf of Pettera Clark, Heir of the Estate of Pettera Owens. Represented by Self(Counsel).

| 3 | 19-14269-AMC | **Matthew Samarco and Sandra Samarco** | CH 13 |
|---|---|---|---|

Trustee: WATERMAN [Chapter 13]

Moving: MICHELLE L. MCGOWAN
Opposing:
Debtor or Plaintiff Attorney:    PAUL H. YOUNG
Matter:    Certification of Default of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST Filed by
MICHELLE L. MCGOWAN on behalf of U.S. Bank Trust National Association (related document(s)67,
66).

| 4 | 20-10783-AMC | **Anna M Branch** | CH 13 |
|---|---|---|---|

Trustee: WATERMAN [Chapter 13]

Moving: ANN E. SWARTZ
Opposing:
Debtor or Plaintiff Attorney:    DAVID M. OFFEN
Matter:    Motion to Approve Alternative Disbursement Filed by SCOTT F. WATERMAN [Chapter 13] Represented
by ANN E. SWARTZ (Counsel).

| 5 | 21-12951-AMC | **Jennifer M Krafcik** | CH 13 |
|---|---|---|---|

Trustee: WATERMAN [Chapter 13]

Moving: JEANNE MARIE CELLA
Opposing:
Debtor or Plaintiff Attorney:    JEANNE MARIE CELLA
Matter:    Motion to Approve Post Petition Debt Filed by Jennifer M Krafcik Represented by JEANNE MARIE
CELLA (Counsel).

| 6 | 23-10256-AMC | **Thomas J. Prim** | CH 13 |
|---|---|---|---|

Trustee: WATERMAN [Chapter 13]

Moving: MICHAEL I. ASSAD
Opposing:
Debtor or Plaintiff Attorney:   MICHAEL A. CIBIK
                               MICHAEL I. ASSAD
Matter:   Objection to Claim Number 5 by Claimant Defense Finance and Accounting Service. Filed by Thomas J. Prim.

| 7 | 23-11162-AMC | **Carl Brown** | CH 13 |
|---|---|---|---|

Trustee: WATERMAN [Chapter 13]

Moving: JOSHUA I. GOLDMAN
Opposing:
Debtor or Plaintiff Attorney:   DAVID M. OFFEN
Matter:   Motion for Relief from Stay regarding 2656 South 66th Street, Philadelphia, PA 19142.Filed by MCLP Asset Company, Inc. Represented by JOSHUA I. GOLDMAN (Counsel).

| 8 | 23-12191-AMC | **Marie C. Magera Mbui** | CH 13 |
|---|---|---|---|

Trustee: WATERMAN [Chapter 13]

Moving: MARY JACQUELINE LARKIN
Opposing:
Debtor or Plaintiff Attorney:   ROGER V. ASHODIAN
Matter:   Motion for Relief from Stay Under Sections 362(d)(1) and 1301 to Permit Movant to Take Action with Regard to Real Property Located at 1018 Riverwalk Drive, Phoenixville, PA 19460.Filed by Citadel Federal Credit Union Represented by MARY JACQUELINE LARKIN (Counsel).

| 9 | 23-12191-AMC | **Marie C. Magera Mbui** | CH 13 |
|---|---|---|---|

Trustee: WATERMAN [Chapter 13]

Moving: BRIAN E. CAINE
Opposing:
Debtor or Plaintiff Attorney:   ROGER V. ASHODIAN
Matter:   Amended Motion (related document(s): Motion for Relief from Stay regarding 824 Kohn Street, Norristown, PA 19401.filed by Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, Motion for Relief from Co-Debtor Stay) Filed by NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust Represented by BRIAN E. CAINE (Counsel)

| 10 | 23-13362-AMC | **Sean Rahamut-Ali** | CH 13 |
|---|---|---|---|

Trustee: WATERMAN [Chapter 13]

Moving: MAGGIE S SOBOLESKI
Opposing:
Debtor or Plaintiff Attorney:   MAGGIE S SOBOLESKI
Matter:   Motion to Sell Property Free and Clear of Liens under Section 363(f)Filed by Sean Rahamut-Ali Represented by MAGGIE S SOBOLESKI (Counsel).

| 11 | 23-13409-AMC | **Benjamin A. Ginder** | CH 13 |
|---|---|---|---|

Trustee: WATERMAN [Chapter 13]

Moving: KERI P EBECK
Opposing:
Debtor or Plaintiff Attorney:   PAUL H. YOUNG
Matter:   Motion for Relief from Stay as the 2017 Chevrolet Cruze.Filed by Toyota Motor Credit Corporation Represented by KERI P EBECK (Counsel).

Trustee: WATERMAN [Chapter 13]

Moving: MICHAEL A. CIBIK
Opposing:
Debtor or Plaintiff Attorney:     MICHAEL A. CIBIK
                                  EDWARD JACOB GRUBER
Matter:     Motion to Appoint Margarita Parker as Next of Friend Filed by Margaret Kennedy Moore Represented by
            MICHAEL A. CIBIK (Counsel).

| | | | |
|---|---|---|---|
| 19 | 24-12260-AMC | **Edward C. Tomaszewski, Jr** | **CH 13** |

Trustee: WATERMAN [Chapter 13]

Moving: MICHAEL A. CIBIK
Opposing:
Debtor or Plaintiff Attorney:     MICHAEL A. CIBIK
                                  MICHAEL I. ASSAD
Matter:     Motion to Appoint Sandra Tomaszewski as Next of Friend Filed by Edward C. Tomaszewski Jr Represented
            by MICHAEL A. CIBIK (Counsel).

| | | | |
|---|---|---|---|
| 20 | 24-12284-AMC | **Phillip S. Langford** | **CH 13** |

Trustee: WATERMAN [Chapter 13]

Moving: Phillip S. Langford
Opposing:
Debtor or Plaintiff Attorney:     ProSe / None
Matter:     Certification of exigent circumstances that merits a waiver from complying with the credit counseling
            requirement. Filed by Phillip S. Langford .

| | | | |
|---|---|---|---|
| 21 | 24-12427-AMC | **Robert James Fulton** | **CH 13** |

Trustee: WATERMAN [Chapter 13]

Moving: Robert James Fulton
Opposing:
Debtor or Plaintiff Attorney:     ProSe / None
Matter:     Certificate of Credit Counseling Filed by Robert James Fulton .

| | | | |
|---|---|---|---|
| 22 | 24-12430-AMC | **Florence E Mason, POA Clifton Mason** | **CH 13** |

Trustee: WATERMAN [Chapter 13]

Moving: Florence E Mason, POA Clifton Mason
Opposing:
Debtor or Plaintiff Attorney:     JILL MANUEL-COUGHLIN
Matter:     Motion/Automatic Demand to Disqualify Judge Filed by Florence E Mason, POA Clifton Mason
            Represented by Self(Counsel).

| | | | |
|---|---|---|---|
| 23 | 24-12464-AMC | **Yesica Paola Delvalle** | **CH 13** |

Trustee: WATERMAN [Chapter 13]

Moving: MICHAEL A. CIBIK
Opposing:
Debtor or Plaintiff Attorney:     MICHAEL A. CIBIK
                                  MICHAEL I. ASSAD
Matter:     Motion to Extend Automatic Stay Filed by Yesica Paola Delvalle Represented by MICHAEL I. ASSAD
            (Counsel).

**11:00 AM**

| | | | |
|---|---|---|---|
| 24 | 19-11832-AMC | **WM Robots, LLC** | **CH 7** |

Trustee: DERSHAW

---

Current as of 08/7/2024 at 3:37 PM

Printed for Wednesday, August 14, 2024

† indicates associated main case data

Page 4 of 8

Moving: TERRY P. DERSHAW
Opposing:
Debtor or Plaintiff Attorney:  JON M. ADELSTEIN
Matter:  Final Audit Notice Filed by TERRY P. DERSHAW on behalf of TERRY P. DERSHAW.

---

| 25 | 23-10763-AMC | **Stream TV Networks, Inc. and Technovative Media, Inc.** | **CH 11** |

Trustee: HOMONY

Moving:  RANDALL ADAM SWICK
Opposing:
Debtor or Plaintiff Attorney:     RAFAEL X. ZAHRALDDIN
                                   BENNETT G. FISHER
                                   SEAN M. BRENNECKE
                                   SCOTT D. COUSINS
                                   MICHAEL D. VAGNONI
Matter:     Motion to Reconsider (related documents Order on Motion to Approve Compromise under Rule 9019) Filed by Visual Semiconductor, Inc. Represented by Donald N. David (Counsel)

---

| 26 | 23-11777-AMC | **Int. Assoc. of Sheet Metal, Air, Rail & Transportation Workers, Transportation Div.,** | **CH 11** |

Trustee: Furtek

Moving:  HOLLY SMITH MILLER
Opposing:
Debtor or Plaintiff Attorney:     HOLLY SMITH MILLER
                                   HOLLY SMITH MILLER, ESQ.
Matter:     Confirmation Hearing

---

| 27 | 23-11777-AMC | **Int. Assoc. of Sheet Metal, Air, Rail & Transportation Workers, Transportation Div.,** | **CH 11** |

Trustee: Furtek

Moving:  ALAN B. EPSTEIN
Opposing:
Debtor or Plaintiff Attorney:     HOLLY SMITH MILLER
                                   HOLLY SMITH MILLER, ESQ.
Matter:     Motion to Dismiss Case. Filing in Bad Faith Expedited Motion to Dismiss Case and for Related Relief Filed by Creditor Aaron Lett Represented by MICHAEL D. VAGNONI (Counsel)

---

| 28 | 23-12381-AMC | **Carol Ann Stitz** | **CH 11** |

Trustee: Furtek

Moving:  DAVID B. SMITH
Opposing:
Debtor or Plaintiff Attorney:     DAVID B. SMITH
                                   NICHOLAS M. ENGEL
Matter:     Status Conference on Plan Confirmation (related document(s) [30] Chapter 11 Plan Small Business Subchapter V Filed by Carol Ann Stitz).

---

| 29 | 23-12542-AMC | **DePetris Family LLC** | **CH 11** |

Moving:  ALLEN B. DUBROFF
Opposing:
Debtor or Plaintiff Attorney:     ALLEN B. DUBROFF
                                   JOHN F. THOMAS, Jr.
Matter:     Motion to Use Cash Collateral Filed by DePetris Family LLC Represented by ALLEN B. DUBROFF (Counsel).

---

| 30 | 23-12542-AMC | **DePetris Family LLC** | **CH 11** |

---

Moving:  ALLEN B. DUBROFF
Opposing:
Debtor or Plaintiff Attorney:   ALLEN B. DUBROFF
JOHN F. THOMAS, Jr.
Matter:   Motion to Use Cash Collateral Filed by DePetris Family LLC Represented by ALLEN B. DUBROFF (Counsel).

---

| 31 | 24-10465-AMC | **Arthur T. Daly** | CH 7 |

Trustee: FELDMAN

Moving:  ZACHARY PERLICK
Opposing:
Debtor or Plaintiff Attorney:   JOHN EVERETT COOK
Matter:   Motion for Relief from Stay .Filed by Mary Santos Represented by ZACHARY PERLICK (Counsel).

---

**12:30 PM**

| 32 | 02-15202-AMC | **Lansdale Medical Group, P.C.** | CH 7 |

Trustee: LIEBERSOHN

Moving:
Opposing:
Debtor or Plaintiff Attorney:   ROBERT LAPOWSKY
BARBARA L. FARLEY
Matter:   Motion for Return of Unclaimed Funds in the Amount of: .60 Filed by Lost and Found Today LLC.

---

| 33 | 14-12458-AMC | **Campisi Construction, Inc.** | CH 7 |

Trustee: FELDMAN

Moving:  MICHAEL I. ASSAD
Opposing:
Debtor or Plaintiff Attorney:   MATTHEW R. NAHRGANG
ROBERT J. BIRCH
Matter:   Motion for Remand Filed by ECI, LLC Represented by MICHAEL I. ASSAD (Counsel).

---

| 34 | 18-17260-AMC | **Adenekan Ola-Oluwa Adesanya and Afoluso Aderonke Adesanya** | CH 7 |

Trustee: SEITZ

Moving:  Adenekan Ola-Oluwa Adesanya
Opposing:
Debtor or Plaintiff Attorney:   ProSe / None
Matter:   Pro se Amended Motion to Avoid Lien with Novartis Pharmaceuticals and other Creditors Filed by Adenekan Ola-Oluwa Adesanya , Afoluso Aderonke Adesanya Represented by Self(Counsel).

---

| 35 | 23-00105-AMC | **GCM Capital LLC v. Abdeljlil** | †CH 7 |

23-10405-amc        Salim Abdeljalil

Moving:  KERI P EBECK
Opposing:
Debtor or Plaintiff Attorney:   KERI P EBECK
Matter:   Motion For Sanctions FOR FAILURE TO PROVIDE RESPONSES TO DISCOVERY AND COMPLY WITH COURT ORDER Filed by GCM Capital LLC Represented by KERI P EBECK (Counsel).

---

| 36 | 23-00105-AMC | **GCM Capital LLC v. Abdeljlil** | †CH 7 |

23-10405-amc        Salim Abdeljalil

Moving:
Opposing:
Debtor or Plaintiff Attorney:   KERI P EBECK
Matter:   Pre-trial Conference

---

Pursuant to 11 U.S.C. Section 365(d)(4) Filed by New Way Machine Components, Inc. Represented by ROBERT W. SEITZER (Counsel).

---

| 43 | 24-11423-AMC | Kelley A Rodriguez | CH 7 |

Trustee: SHUBERT

Moving: ROBERT W. SEITZER
Opposing:
Debtor or Plaintiff Attorney:     MICHAEL A. CATALDO
                                  WALTER WEIR, JR.
Matter:         Objection to Debtor's Claim of Exemptions Filed by CHRISTINE C. SHUBERT (related document(s)23).

---

| 44 | 24-11471-AMC | Nettie R Lucas | CH 7 |

Trustee: SEITZER

Moving: KERI P EBECK
Opposing:
Debtor or Plaintiff Attorney:     BRAD J. SADEK
Matter:         Motion for Relief from Stay as to the 2022 Honda Pilot.Filed by American Honda Finance Corporation
                Represented by KERI P EBECK (Counsel).

---

| 45 | 24-11854-AMC | William Butler | CH 7 |

Trustee: SEITZER

Moving:
Opposing:
Debtor or Plaintiff Attorney:     SHARON S. MASTERS
Matter:         Expedite Hearing (Related Doc # 20) In Re:Motion to Withdraw as Attorney)

---

| 46 | 24-11854-AMC | William Butler | CH 7 |

Trustee: SEITZER

Moving: KACIE CARTWRIGHT
Opposing:
Debtor or Plaintiff Attorney:     SHARON S. MASTERS
Matter:         Motion to Compel the return of fees paid by the Debtor to Sharon S. Masters, Esq. and for the
                reimbursement of costs Filed by United States Trustee Represented by KACIE CARTWRIGHT (Counsel).

---

| 47 | 24-11991-AMC | In Home Program, Inc. | CH 11 |

Moving: KACIE CARTWRIGHT
Opposing:
Debtor or Plaintiff Attorney:     Albert Anthony Ciardi, III
                                  DANIEL S. SIEDMAN
Matter:         Motion for Appointment of Consumer Privacy Ombudsman Filed by United States Trustee Represented by
                KACIE CARTWRIGHT (Counsel).

---

Pursuant to 11 U.S.C. Section 365(d)(4) Filed by New Way Machine Components, Inc. Represented by ROBERT W. SEITZER (Counsel).

| 43 | 24-11423-AMC | **Kelley A Rodriguez** | | CH 7 |

Trustee: SHUBERT

Moving: ROBERT W. SEITZER
Opposing:
Debtor or Plaintiff Attorney:    MICHAEL A. CATALDO
                                 WALTER WEIR, JR.
Matter:        Objection to Debtor's Claim of Exemptions Filed by CHRISTINE C. SHUBERT (related document(s)23).

| 44 | 24-11471-AMC | **Nettie R Lucas** | | CH 7 |

Trustee: SEITZER

Moving: KERI P EBECK
Opposing:
Debtor or Plaintiff Attorney:    BRAD J. SADEK
Matter:        Motion for Relief from Stay as to the 2022 Honda Pilot.Filed by American Honda Finance Corporation Represented by KERI P EBECK (Counsel).

| 45 | 24-11854-AMC | **William Butler** | | CH 7 |

Trustee: SEITZER

Moving:
Opposing:
Debtor or Plaintiff Attorney:    SHARON S. MASTERS
Matter:        Expedite Hearing (Related Doc # 20) In Re:Motion to Withdraw as Attorney)

| 46 | 24-11854-AMC | **William Butler** | | CH 7 |

Trustee: SEITZER

Moving: KACIE CARTWRIGHT
Opposing:
Debtor or Plaintiff Attorney:    SHARON S. MASTERS
Matter:        Motion to Compel the return of fees paid by the Debtor to Sharon S. Masters, Esq. and for the reimbursement of costs Filed by United States Trustee Represented by KACIE CARTWRIGHT (Counsel).

| 47 | 24-11991-AMC | **In Home Program, Inc.** | | CH 11 |

Moving: KACIE CARTWRIGHT
Opposing:
Debtor or Plaintiff Attorney:    Albert Anthony Ciardi, III
                                 DANIEL S. SIEDMAN
Matter:        Motion for Appointment of Consumer Privacy Ombudsman Filed by United States Trustee Represented by KACIE CARTWRIGHT (Counsel).

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :        Chapter  13

FLORENCE E. MASON POA                         :        Case No.: 24-11304-AMC
CLIFTON MASON                                 :
                                              :
          Debtor,                             :
                                              :
                                              :
_____              :

*Please Stamp and Return Copy to: 523 E. Chestnut Street Coatesville, PA. 19320*

**NOTICE OF CHANGE OF ADDRES**

**COURT NOTICES & FILINGS ONLY**

   **AND NOW COMES,** :Florence -Elizabeth :

Juris, on behalf of Debtor. Please make and send a

requirements, and all courts document to the prop

523 E. Chestnut Street
Philadelphia, PA. 19130

These Affiant Victim(s) and Witnesses to Criminal Activities further sayeth Naught.

Dated this __09th__ day of __May___, in the Year of Our Lord, 2024;

Respectfully Submitted;

/s/: *Florence - Elizabeth :Mason,*_____

:Florence -Elizabeth Mason. **Power of Attorney**

FOR CLIFTON MASON, In Propria Persona Sui Juris

*JUN 6 2024*

V E R I F I C A T I O N

   I, :Florence -Elizabeth :Mason, do hereby verify that the Statements

made in the foregoing: **NOTICE OF CHANGE OF ADDRESS FOR COURT NOTICES &**

**FILINGS ONLY:** are true & Correct to the best of my abilities, and firsthand knowledge

and belief as I understand it to be. I understand that false statements [Should also

pertain to the FRIVOLOUS Complaining & their Attorney as well/herein are made
subject to the penalties of under Title 18 U.S.C. sect(s). 4901- 4904 relating to unsworn
statements to Authorities.

Dated this _09th_ day of _May_____, in the Year of Our Lord, 2024.

Respectfully,

/s/:*:Florence -Elisabeth :Mason,*_____

: Florence -Elizabeth :Mason. **POA**
& Authorized Representative in Propria Persona Sui Juris

## CERTIFICATE & AFFIDAVIT OF SERVICE

I, _:Florence -Elzabeth :Mason_, hereby certify that a true and correct
copy of this: **NOTICE OF CHANGE OF ADDRESS FOR COURT NOTICES & FILINGS
ONLY;** in referenced case was sent to the following recipients by the follow-
ing methods of service by certified return receipt on or before *May 24th,
2024*; and electronically or within the courthouse on or before *May 14th,
2024*;

cc:

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX., SR. FEDERAL COURTHOUSE
900 MARKET STREET, SUITE 400
PHILADELPHIA, PA. 19107
ATTN: OFFICE OF THE CLERKS & JUDGE'S CHAMBERS

CHESTER COUNTY SHERIFF DEPARTMENT
201 MARKET STREET, STE. 1201
W. CHESTER, PA. 19382-0991
ATTN: DEPARTMENT OF REAL ESTATE BECKY
SOLICTOR MATT POLAHA, SUPERVISOR DEBRA HUNTER,
MCMAIN LAW FIRM & SHERIF KEVIN DYKES

COURT OF COMMON PLEAS
CHESTER COUNTY CHESTER COUNTY JUSTICE CENTER
201 W. MARKET STREET P.O. BOX 2740
WEST CHESTER, PA. 19380-0989

ATTN: OFFICE OF THE CLERKS [CIVIL DIV,]
& JUDGE SARAH BLACK'S CHAMBERS

POWERS KIRN, LLC
EIGHT NESHAMINY INTERPLEX, SUITE 215
TREVOSE, PA. 19053
ATTN: HARRY B. REESE, ESQUIRE, AND
KARINA VELTER, ESQUIRE, AND
THE MANAGING ATTORNEY JILL COUGHLIN

BLANK ROME LLP
ONE LOGAN SQUARE
130 N. 18TH STREET
PHILADELPHIA. PA. 19103
ATTN: MICHAEL P. TRAINOR AND
ROBERT T. LIEBER JR.

PENNYMAC LOAN SERVICES, LLC
P.O. BOX 514387
LOS ANGELES, CA. 90051-4387
         AND
6101 CONCOR DRIVE
MOORPARK, CA. 93201

Respectfully Submitted,


/s/: *Florence E. Mason,* _____

: Florence -Elizabeth Mason.
In Propria Persona Sui Juris

FIRST-CLASS MAIL

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

Just now getting
June 23rd, 2024
Already Appealed

OFFICIAL BUSINESS
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT



# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania
### Philadelphia Division

In re:

Florence E. Mason, POA Clifton Mason,

*Debtor.*

Chapter 13

Case No. 24-11304-amc

## Order Denying Motion for Sanctions

And now, after consideration of the Motion For Sanctions filed by Debtor , docketed at entry #21, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **DENIED** for the reasons stated on the record.

Date:   June 6, 2024

Ashely M. Chan
U.S. Bankruptcy Judge

SUN-26008 0313-2 pdf900 24-11304
Florence E. Mason, POA Clifton Mason
523 E. Chestnut Street
Coatesville, PA 19320



023454  487 1 SP 0.640  19805  5 9  10168-1-23717

DEUTACHE BANK NATIONAL TRUST
1001 ENTER ROAD #220
WILMINGTON, DE. 19805

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the street address that the debtor provided contains an error.   To ensure correct delivery of this and future notices:

| IF YOU ARE THE INTENDED NOTICE RECIPIENT | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| 1. Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures.<br>2. You may sign up for electronic noticing at https://bankruptcynotices.uscourts.gov or<br>3. You may register a preferred physical address at https://bankruptcynotices.uscourts.gov<br>Enter all variations of your name and address(es) that you want redirected to your electronic or preferred physical address.   Make sure that you enter the name and address that were on this notice to ensure that future notices to this incorrect address will be re-directed. | 1. Find an updated address and send the attached document to that address.<br>2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |

023454     26008023477010

BUSINESS REPLY MAIL
BANKRUPTCY COURT
PRIVATE USE, $300
BANKRUPTCY COURT
in a PROCEEDING

Just now getting
August 5th 2024
Case Already under

FIRST-CLASS MAIL

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

Florence E. Mason,POA Clifton Mason
523 E. Chestnut Street
Coatesville, PA 19320-3213

000595 5095 1 AB 0.544 19320 7 4 10186-1-5471





**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Florence E. Mason,POA
Clifton Mason and Florence
Mason,POA Clifton Mason

      Debtor(s)

Case No: 24–11304–amc

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

TWO Application to Proceed in Bankruptcy Court Without
Prepaying Fees or Costs.

    on: 7/24/24

    at: 11:00 AM

    in: HRG will be held via Telephone Hearing, For
    connection dial in information see, Standing Order
    M–20–3003

For The Court

Date: 7/1/24

Timothy B. McGrath
Clerk of Court

*Just now getting*
*August 5th 2024*
*Case Already under*

PR
FIRST
POSTAG
UNITED S
PERM

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
**CONTAINS NOTICE of a PROCEEDING**
in the
**UNITED STATES BANKRUPTCY COURT**

**FIRST-CL**

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Florence E. Mason,POA
Clifton Mason and Florence
Mason,POA Clifton Mason

Debtor(s)

Case No: 24–11304–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

TWO Application to Proceed in Bankruptcy Court Without
Prepaying Fees or Costs.

on: 7/24/24

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For
connection dial in information see, Standing Order
M–20–3003

For The Court

Date: 7/1/24

Timothy B. McGrath
Clerk of Court

74 – 66, 68
Form 167

Official Form 417A (12/23)

In Re: Florence E. Mason POA Clifton Mason

FLORENCE E. MASON, POA CLIFTON MASON
vs.
Judge Ashley M. Chan, Chapt. 13 Trustee
Scott Waterman Et. Al.,   *[Caption as in Form 416A, 416B, or 416D, as appropriate]*

Case No. #er: 24-12430-AMC

AUTOMATIC DISQUALIFICATION
UNDER TITLE 28 U.S.C. SECT. 455 ET. SEQ.,

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):   FLORENCE E. MASON, POA CLIFTON MASON

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☑ Debtor
   ☐ Creditor
   ☐ Trustee
   ☑ Other (describe)  Authorized Agent & Representative

### Part 2:  Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   unlawful Denial of Automatic Disqualification – the law is clear No man can Adjudicate on its own Disqualifictions

2. State the date on which the judgment—or the appealable order or decree—was entered:
   PRONOUNCED IN OPEN COURT 08/14/2024

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: FLORENCE E. MASON,    Attorney:  Propria Persona Sui Juris
        POA CLIFTON MASON                  Mailng Address:
                                           523 E. Chestnut street
                                           Coatesville, PA. 19320

2. Party:   Unknown        Attorney:  Appellees
                                      _____
                                      _____
                                      _____

Official Form 417A              Notice of Appeal and Statement of Election              page 1

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

/s/: *Florence E. Mason*
_____               Date: 08/15/2024 _____
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
Propria Persona Sui Juris _____
Mailing Address _____
523 E. Chestnut street _____
Coatesville, PA. 19320 _____

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers:  If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

PAE AO 239  (10/09) Application to Proceed in Bankruptcy Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES BANKRUPTCY COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| FLORENCE E. MASON, POA<br>CLIFTON MASON | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) |
| JUDGE ASHLEY M. CHAN, UNITED STATES TRUSTEE | ) |
| *Defendant/Respondent* | ) |

Civil Action No.  24-11304-AMC

## APPLICATION TO PROCEED IN BANKRUPTCY COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

| **Affidavit in Support of the Application** | **Instructions** |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed:   /s/: Florence -Elizabeth Mason | Date:  08/14/2024 |

For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the <u>monthly</u> rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $  0.00 | $ 7,675.00 | $  0.00 | $ 7,675.00 |
| Self-employment | $  0.00 | $ 1,363.76 | $  0.00 | $ 1,343.76 |
| Income from real property *(such as rental income)* | $  0.00 | $     0.00 | $  0.00 | $     0.00 |
| Interest and dividends | $  0.00 | $     0.00 | $  0.00 | $     0.00 |
| Gifts | $  0.00 | $     0.00 | $  0.00 | $     0.00 |
| Alimony | $  0.00 | $     0.00 | $  0.00 | $     0.00 |
| Child support | $  0.00 | $     0.00 | $  0.00 | $     0.00 |

Page 2

PAE AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disability (such as social security, insurance payments) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance (such as welfare) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other (specify): | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Total monthly income: | $ 0.00 | $ 9,038.76 | $ 0.00 | $ 9,038.76 |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Petitioner is Constitutionally Exempt from self incrimination under the 5th Amendment | | | $ 0.00 |
| Petitioner is Constitutionally Exempt from self incrimination under the 5th Amendment | | | $ 0.00 |

3.    List your children's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Petitioner exercise her right to Privacy under the 5th& 9th of the PA Const. | | | $ 7,675.00 |
| Petitioner exercise her right to Privacy under the 5th& 9th of the PA Const. | | | $ 1,363.76 |
| Petitioner exercise her right to Privacy under the 5th& 9th of the PA Const. | | | $ 0.00 |

How much cash do you and your children have? $ Petitioner Exercises her right to Privacy under the 5th Amend. to not be Forced & Coerced to Witness against one self.

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your children has |
|---|---|---|---|
| Petitioner exercise her right to Privacy under the 5th& 9th of the PA Const. | | | $ 0.00 |
| Under the law there is no Necessary Public Interest | for the Court to collect such | | $ 0.00 |
| Personal and Private information for which she/they are Exempt under the PA Const. | | | $ 0.00 |

And Protected under Federal Law.

If you are a prisoner. you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts. perhaps because you have been in multiple institutions. attach one certified statement of each account.

PAE AO 239  (10/09) Application to Proceed in Bankruptcy Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your children owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your children | |
|---|---|
| Home (Value) Petitioner exercises her right to Privacy under the 5th & 9th Amend of the PA Constitution | $ Protected from Witnessing against one self. |
| Other real estate (Value) Petitioner exercises her right to Privacy under the 5th & 9th Amend. of the PA Constitution | $ Protected from Witnessing against one self. |
| Motor vehicle #1 (Value) Petitioner exercises her right to Privacy under the 5th & 9th Amendment to the PA Constitution | $ Protected from Witnessing against one self. |
| Make and year Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | Protected from Witnessing against one self; under the 5th Amendment. No Necessary Public Interest in obtaining info. |
| Model: Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | |
| Motor vehicle #2 (Value) Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | $ Protected from Witnessing against one self. |
| Make and year Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | Protected from Witnessing against one self; under the 5th Amendment. No Necessary Public Interest in obtaining info. |
| Model: Petitioner exercises her right to Privacy under the 5th & 9th Amendment of the PA Constitution | |
| Other assets (Value) Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | $ Protected from Witnessing against one self. |
| Other assets (Value) Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | $ Protected from Witnessing against one self. |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your family money | Amount owed to you | Amount owed to your Children |
|---|---|---|
| Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | $ 0.00 | $ 0.00 |
| Petitioner exercises her right to Privacy under the 5th & 9th Amendments of the PA Constitution | $ 0.00 | $ 0.00 |
| Petitoner excercises her right to Privacy under the 5th & 9th Amend. to the PA Constitution | $ 0.00 | $ 0.00 |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Crystal Mason | daughter | 30 |
| T.M Autisic Adult | son | 27 |
| C.M. Autisic Adult | son | 26 |
| Sherriah Mason  unemployed | daughter | 24 |
| Vincent T. Mason, Jr.,    unemployed | son | 33 |
| Jada Richards    unemployed | daughter-in-law | 26 |
| Florence E. Mason | self | 54 |

P\E AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.     Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your
       spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the
       monthly rate.

| | You | Your Children |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br>     Are real estate taxes included? ☒ Yes ☐ No <br>     Is property insurance included? ☒ Yes ☐ No | $ 0.00 | $ 1,577.23 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 0.00 | $ 453.00 |
| Home maintenance *(repairs and upkeep)* | $ 0.00 | $ 2,500.00 |
| Food | $ 0.00 | $ 1,326.00 |
| Clothing | $ 0.00 | $ 484.79 |
| Laundry and dry-cleaning | $ 0.00 | $ 200.00 |
| Medical and dental expenses | $ 0.00 | $ 375.00 |
| Transportation *(not including motor vehicle payments)* | $ 0.00 | $ 1,022.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.00 | $ 998.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ 0.00 | $ 0.00 |
|     Life: | $ 0.00 | $ 291.00 |
|     Health: | $ 0.00 | $ 375.80 |
|     Motor vehicle: | $ 0.00 | $ 602.00 |
|     Other: | $ 0.00 | $ 0.00 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ includ. | $ includ. |
| Installment payments | | |
|     Motor vehicle: | $ 0.00 | $ 0.00 |
|     Credit card *(name):* | $ 0.00 | $ 0.00 |
|     Department store *(name):* | $ 0.00 | $ 0.00 |
|     Other: | $ 0.00 | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ 0.00 |

Page 5

PAE AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 |
| **Total monthly expenses:** | $ 0.00 | $10,204.82 |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? Possible Forced Relocation due to alleged Creditors Lies & Falification of Info.
[X] Yes  [ ] No    If yes, describe on an attached sheet. & Ability to Unduly Influence the Courts

10.  Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? [ ] Yes [X] No
If yes, how much?  $ 0.00
If yes, state the attorney's name, address, and telephone number:
N/A

11.  Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?    [ ] Yes [X] No
If yes, how much?  $ 0.00
If yes, state the person's name, address, and telephone number:
N/A

12.  Provide any other information that will help explain why you cannot pay the costs of these proceedings.
Petitioner exercises her rights to privacy under PA's Constitution 5th and 9th Amendments. There is not lawful Public Interest reason that would authorize said Court to collect such information; not even under the coercive powers of

13.  Identify the city and state of your legal residence. the Court by law. Such compellation is Pro-
Coatesville, PA.                         hibited by PA Const. Art. I section 11 which
                                          states: All Courts shall be open; and every
Your daytime phone number:  (267) 423-7654
Your age: 54    Your years of schooling: 14+
Last four digits of your social-security number:  Exercise right to privacy for the Threat of
wrongful access to my personal data and its misuse and identity theft.

man for injury done him in his lands, goods, person or reputation shall have remedy by due course of law, and RIGHT, AND JUSTICE administered WITHOUT SALE, DENIAL OR DELAY. Suist may be brought against the Commonwealth in such manner, in such courts and in such cases as the Legislature may by law direct. And such contentions is egoed in Snerer vs. Cullen, No.71-1558., 71-1558, 481 F. 2d 945.The See and Reisman decision, also reflects the obious concern that there BE NO SANCTIONS OR PENALTY imposed upon one because of his (her) exercise of constitutional rights. Which renders said Petitioner Exempt from submission & admittance to such reporting.

101

IN THE UNITED BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FLORENCE E. MASON, POA.,
CLIFTON MASON,
                    Appellant(s),                    BKY No. #er: 24-12430-AMC

vs.

JUDGE ASHLEY M. CHAN,                    AUTOMATIC DISQUALIFICATION
CH. 13 TRUSTEE SCOTT F. WATERMANN,       UNDER TITLE 28 U.S.C. SECT. 455
ESQ.,  ET. AL.,                          ET, SEQ.,
                    Appellee/Adversaries,

## ADDITIONAL STATEMENT OF THIS AUTHORIZED REPRESENTATIVE AS DEBTOR AS THE MINOR ACCOUNT(S)'AFFIDAVIT OF NOT BEING REQUIRED TO PAY FILING FEES IN THIS PROCEEDINGS & DEMAND FULL ARTICULATION OF FACTS AND CONCLUSION OF LAW AS TO SHOW THESE PETITIONER(S) LIABLE IF SO DENIED:

**AND NOW COMES,** Petitioner, Florence –Elizabeth :Mason, **in her Proper Persona, as Sui Juris and *Accommodating/Necessary Party & relator of information And facts* & _Beneficial Equitable Title Holder_, pursuant to U.C.C. Y3-415 and living-*soul, attestant, free woman upon the free soil of the "_Free Will_" of the Republic of Pennsylvania: before this Eastern District Bankruptcy Court, and District Court, and Authorized Representative in accords with _Rule 102 and 131_ of the Pennsylvania Code of Civil Procedures, and one of the inherited constituents of, "We the People and Beneficiary" over the UNREVEALED & INTENTION-ALLY UNDISCLOSED _Minor Accounts_, as POA CLIFTON MASON, any and all derivatives thereof _Unlawful INCOMPETENT forced placed sureties and grant-or(s)_/ COERCED TRANSMITTING UTILITITES by _DECEPTION_ for the illicit Incorporated STATE OF PENNSYLVANIA aka PA. All Rights Restored and Reserved, Never Waived," *not "Pro Se"* entering said court by "_Special Appearance_" _under Duress_ not by General.** Non-Confirming Victim(s) of Prejudice and Governmental Biasness & Excitement & **Unlawful WINDFALL(S)**; move the Court, *in an effort to* Prevent further ongoing & continued **Manifestation of Injustice** with the above styled mentioned proceedings, in Plain **manipulated/manufactured error(s)** of the Court; against these Affiant Victim(s) & Aggrieved Parties, and they aver as follows:

Being untrained and unschooled in law, and unfamiliar with the local rules of "**Civil Procedures**"; not self-representing, and not represented by any "_licensed counsel_

***or attorney***, an individual in the exercise of accountability of "***liberally construe*** pursuant to *"Kerner Doctrine Haines vs. Kerner*," 404 U.S. 519, 30 L. ED. 2d 653, 92 S Ct. 584 (1972); Petitioner for and on the behalf of DEBTOR moves this Court and put this Court on Notice that said Petitioner has timely and properly filing their Demand for Additional Statements to be included with their Informa Pauperis filing to be considered by this Court in support of their request.

## I.  ADDITIONAL STATEMENT & AFFIDAVIT OF EXEMPTION TO FILING FEES

Ensuring that individuals may proceed IFP is a critical access-to-justice issue, as court costs can and have quickly ballooned into hundreds or thousands of dollars -- having a prohibitive expense for lower-income and/or bankrupt individuals. Congress *in 28 U.S.C.§1930(f)(2)* expressly permitted the Waiver of Bankruptcy related filing fees for Debtors--- and in §1930(f)(3) provides that "[t]his subsection does not restrict the district court or the bankruptcy court from WAIVING, in accordance with Judicial Conference policy, fees prescribed under this section for other debtors and creditors (Added Pub. L. 95–598, title II, §246(a), Nov. 6, 1978, 92 Stat. 2671; amended Pub. L. 98–353, title I, §111(a), (b), July 10, 1984, 98 Stat. 342; Pub. L. 99–500, §101(b) [title IV, §407(b)], Oct. 18, 1986, 100 Stat. 1783–39, 1783–64, and Pub. L. 99–591, §101(b) [title IV, §407(b)], Oct. 30, 1986, 100 Stat. 3341–39, 3341–64; Pub. L. 99–554, title I, §§117, 144(f), Oct. 27, 1986, 100 Stat. 3095, 3097; Pub. L. 101– 162, title IV, §406(a), Nov. 21, 1989, 103 Stat. 1016; Pub. L. 102–140, title I, §111 (a), Oct. 28, 1991, 105 Stat. 795; Pub. L. 103–121, title I, §111(a)(1), (b)(1), Oct. 27, 1993, 107 Stat. 1164; Pub. L. 104–91, title I, §101(a), Jan. 6, 1996, 110 Stat. 11, amended Pub. L. 104–99, title II, §211, Jan. 26, 1996, 110 Stat. 37; Pub. L. 104–208, div. A, title I, §101(a) [title I, §109(a)], Sept. 30, 1996, 110 Stat. 3009, 3009–18; Pub. L. 106–113,  div. B, §1000(a)(1) [title I, §113], Nov. 29, 1999, 113 Stat. 1535, 1501A–20; Pub. L. 106–518, title I, §§103–105, Nov. 13, 2000, 114 Stat. 2411, 2412; Pub. L. 109–8, title   III, §325(a), title IV, §418, Apr. 20, 2005, 119 Stat. 98, 108; Pub. L. 109–13, div. A, title VI, §6058(a), May 11, 2005, 119 Stat. 297; Pub. L. 109–171, title X, §10101(a), Feb. 8, 2006, 120 Stat. 184; Pub. L. 110–161, div. B, title II, §213(a), Dec. 26, 2007, 121 Stat. 1914; Pub. L. 112– 121, §3(a), May 25, 2012, 126 Stat. 348.

Sections: Previous 1923 1924 1925 1926 1927 1928 1929 1930 1931 1961 1962 1963 1964 2001 2002 Next *Last modified: October 26, 2015;* and in the State of Pennsylvania IFP proceedings is codified in Rule of Civil procedure

240. *Rule 240 - In Forma Pauperis (a)* This rule shall apply to all civil actions and proceedings except actions pursuant to the Protection from Abuse Act and Protection of Victims of Sexual Violence or Intimidation Act. ***(b) A party who is without financial***

resources to pay the costs of litigation is entitled to proceed in forma pauperis." *Pa. R. Civ. P. 240(f)* states that anyone proceeding IFP "**shall not be required**" to pay any "***cost or fee***" to the court, nor "***post bond or other security for costs***" as a condition for "**commencing an action or proceeding or taking an appeal**; and *title 28 U.S.C. §1915(a)*.

Petitioner on behalf of the aforementioned Debtor & Accommodating Party pursuant U.C.C. Y3-415; and State Rules 102 and 131 puts this Court on Notice that this Petitioner is of the belief pursuant to law that she with or without the ability to pay the alleged filing fees, are exempt and not required to pay under the color of law to tender such bonds or payments under this court, and these Petitioner moves this Court for facts and conclusion of law that requires and place demands upon them otherwise.

Petitioner, :Florence -Elizabeth :Mason, moves this Court to take Judicial Notice of *Hale vs. Henkel*, U.S. 43; which says,"The requirement is continually **INDEBTED TO "THE PEOPLE**," *AND SINCE "WE THE PEOPLE*," **IS CONTINUES EXISTENCE, THE CONTINUED DEBT IS OWED TO THE "PEOPLE" IS DISCHARGED "ONLY" AS IT CONTINUES NOT TO VIOLATE "THE PEOPLE RIGHTS"** *for when Government* **FAILS IN ITS DUTY TO PROVIDE PROTECTION-DISCHARGE IS DEBT TO "THE PEOPLE" ITS IS AN "ABANDONMENT" [OR INJURY] OR ANY AND ALL POWER, AUTHORITY OF "SOVEREIGNTY"** which it possessed."

Therefore, these aforementioned Petitioner(s) in this above instant matter ***owes NOTHING*** to this court for ***Redress of their grievances*** in accords with the Constitutions and other state Statutory laws; or owes any INDEBTNESS to produce a bond on any Judgments lawful or unlawful when the laws and the Constitution both Federal & state clearly states that everyone has a right to the courts for redress of grievances and the courts ***be Ye' Open Const. Art. I sect. II***, **WITHOUT SALE, DENIAL, OR DELAY**; and in such mandate, there is nothing in it or any other laws or Constitution(s) says, by way of paying court costs or fees.

Therefore, this Petitioner is not indebted to this state Court's alleged debt obligations, and for the Court demand, assertion, command, under coercive powers that forces such thievery is UNCONSTITUTIONALLY SOUND, for this Court cannot hold the Office of the court and the Wheels of so-called Justice as a '***resume of hostage***' from this or any other litigant similarly situated, by bounds or fees in order for them to legally and lawfully exercise a Constitutional and/or Statutory Right to obtain protection from this Court. In recognizing these facts, it is this Respondent/Petitioner(s)' unalienable Right, to receive unconditional protection of their rights for the protection of his or their Right to property, by this and all other courts within the Country to be heard of his/her their *Grievances* **FREE OF CHARGE OR INDEBTNESS**. See also *Public Policy 73-10*; "**All debts Public and Private are paid for**". [**cited in relevant part**]; for this Petitioner.

Petitioner(s) are not financially competent to enforce under state Court or any other Court of this land such unlawful compellation and bills of attainder. As liken to *Curley vs. U.S.*, 130 F. 1, 8, 64 C.C. A. 369, "***Government Does not exist in a personal sense, for the purpose of acquiring protecting and Enjoying property. It EXITS primarily for the protection of the "<u>PEOPLE</u>" <u>AND PROTECTING THEM IN THEIR RIGHTS</u>***". The Fifth and Fourteenth Amendments to the Constitution guarantee these Petitioner(s) the right to due process of law to prevent the unlawful Deprivation of their collective properties by unlawful means or any other means. **<u>NOWHERE</u>**, does the Constitutions of these united States of the Republic or otherwise, stipulates paying a fee for the exercise of those rights. The United States Supreme Court in *Hale vs. Henkel*, 201 U.S. 43, and *Down vs. Bidwell*, 182 U.S.244; reiterated that the government of the United States is under obligation to protect the rights of the people. **<u>NOWHERE</u>**, does these cases suggest charging a fee to the "***<u>People</u>***" in exchange for the obligation. The Declaration of Independence, the birth certificate of our nation, stated so eloquently, "We hold these Truths to be self-evident, that all Men are created equal, that they are endowed by their Creator with certain unalienable rights, that among these are Life, Liberty, and the Pursuit of Happiness that to secure these Rights, Government are instituted among Men" deriving their just powers of the consent of the governed". The "***<u>governed</u>***" have not consented to being charged fees for the exercise of their unalienable rights which is guaranteed by the Constitutions. Anything else is ***UNCIVILIZED*** and in direct and absolute conflict with the Supreme Law of the land.

*<u>It has No merits, It is VOID upon its face, and is in Conflict with the Supreme Law of this land, No effect and force of law, and is not grounded in any facts, conclusion or founded in law.</u> PENNSYLVANIA CONSTITUTION ARTICLE I § 11 say:* "Courts to be open; suits against the Commonwealth. ALL COURTS SHALL BE OPEN; and every man for an Injury done him in ***HIS LAND, GOODS, PERSON OR REPUTATION SHALL HAVE REMEDY BY DUE COURSE OF LAW***, and right and justice administered **<u>WITHOUT SALE, DENIAL OR DELAY</u>**, suits may be brought against the Commonwealth in such manner, in such courts and in such cases as the Legislature maybe law direct.

*WHEREFORE,* **AS A MATTER OF LAW,** these Respondent(s)/Petitioner(s) moves this Court to grant their Informa Pauperis Status pursuant to the laws as cited herein; and in this instant matter before this Court, without Bound or Cost, for it is not now, nor was it ever the intent of the **<u>FOUNDING FATHERS</u>** of this *once Great Nation* for this or any other ***Court to CHARGE the "<u>People</u>"*** fees for the exercise of their unalienable rights, which included due process under the law and access to Courts. The Supreme Court has weighed in on this issue and agrees. Petitioner(s) are exercising their unalienable rights to due process under the law and equal access to courts of this land, ***<u>cannot be CHARGED FEES or Bonds</u>*** as a condition of exercising their rights, or demanding protection of those rights from any Court of this land. And failure of this Court to grant such demand would be ***<u>LAWLESS VIOLENCE</u>*** & <u>A TRAVESTY OF</u>

**JUSTICE**; therefore, an **ABANDONMENT** of the Office of this Court for failing to give the protection afforded to these Petitioner(s) collectively & individually, by law. Therefore, placing this Court in Conflict of the Supreme Court and Law of this Land....

This Affiant Victim(s) and Witnesses to Criminal Activities further **sayeth Naught**.

Dated this __14th__ day of __August__, in the Year of Our Lord, 2024;

Respectfully Submitted;

/s/: *Florence – Elizabeth :Mason,*_____

:Florence -Elizabeth Mason. **Power of Attorney**

FOR CLIFTON MASON, In Propria Persona Sui Juris

# V E R I F I C A T I O N

I, :Florence -Elizabeth :Mason, do hereby verify that the Statements made in the foregoing: **ADDITIONAL STATEMENT OF THIS AUTHORIZED REPRESENTATIVE AS DEBTOR AS THE MINOR ACCOUNT(S)'AFFIDAVIT OF NOT BEING REQUIRED TO PAY FILING FEES IN THIS PROCEEDINGS & DEMAND FULL ARTICULATION OF FACTS AND CONCLUSION OF LAW AS TO SHOW THESE PETITIONER(S) LIABLE IF SO DENIED**: true & correct to the best of my abilities, and firsthand knowledge and belief as I understand it to be. I understand that false statements [Should also pertain to the **UNQUALIFIED** CREDITOR & their DISQUALIFIED Attorney(s) of multiple court records as well] herein are made subject to the penalties of under Title 18 U.S.C. sect(s). 4901- 4904 relating to unsworn statements to Authorities.

Dated this __14th__ day of __August__, in the Year of Our Lord, 2024.

Respectfully,

/s/: *Florence – Elisabeth :Mason,*_____

: Florence -Elizabeth :Mason. **POA** & Authorized Representative in Propria Persona Sui Juris

# CERTIFICATE & AFFIDAVIT OF SERVICE

I, _:Florence -Elzabeth :Mason_ , hereby certify that a true and correct copy of this: **ADDITIONAL STATEMENT OF THIS AUTHORIZED REPRESENTATIVE AS DEBTOR AS THE MINOR ACCOUNT(S)'AFFIDAVIT OF NOT BEING REQUIRED TO PAY FILING FEES IN THIS PROCEEDINGS & DEMAND FULL ARTICULATION OF FACTS AND CONCLUSION OF LAW AS TO SHOW THESE PETITIONER(S) LIABLE IF SO DENIED ;** in referenced case was sent to the following recipients by the following methods of ser-vice by certified return receipt on or before _August 30th 2024_; and electronically or within the courthouse on or before _August 20eh, 2024_;

cc:

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX., SR. FEDERAL COURTHOUSE
900 MARKET STREET, SUITE 400
PHILADELPHIA, PA. 19107
ATTN: OFFICE OF THE CLERKS & JUDGE'S CHAMBERS

SCOTT F. WATERMAN, ESQ
STANDING CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVENUE, SUITE 100
READING, PA. 19606

CHESTER COUNTY SHERIFF DEPARTMENT
201 MARKET STREET, STE. 1201
W. CHESTER, PA. 19382-0991
ATTN: DEPARTMENT OF REAL ESTATE BECKY
SOLICTOR MATT POLAHA, SUPERVISOR DEBRA HUNTER,
MCMAIN LAW FIRM & SHERIFF KEVIN DYKES

COURT OF COMMON PLEAS
CHESTER COUNTY CHESTER COUNTY JUSTICE CENTER
201 W. MARKET STREET P.O. BOX 2740
WEST CHESTER, PA. 19380-0989
ATTN: OFFICE OF THE CLERKS [CIVIL DIV,]
& JUDGE SARAH BLACK'S CHAMBERS

EIGHT NESHAMINY INTERPLEX, SUITE 215
TREVOSE, PA. 19053
ATTN: HARRY B. REESE, ESQUIRE, AND
KARINA VELTER, ESQUIRE, AND
THE MANAGING ATTORNEY JILL COUGHLIN

BLANK ROME LLP
ONE LOGAN SQUARE
130 N. 18TH STREET
PHILADELPHIA. PA. 19103
ATTN: MICHAEL P. TRAINOR AND
ROBERT T. LIEBER JR.

PENNYMAC LOAN SERVICES, LLC
P.O. BOX 514387
LOS ANGELES, CA. 90051-4387
        AND
6101 CONCOR DRIVE
MOORPARK, CA. 93201

Respectfully Submitted,

U.C.C. 1-308; Without Prejudice All Rights

Restored & Reserved, Never Waived

/s/:: *Florence E. Mason,*
: Florence -Elizabeth Mason.
In Propria Persona Sui Juris

# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### Honorable Ashely M. Chan

### Wednesday, August 14, 2024

|  |  |
|---|---|
| **Courtroom #4** | **Courtroom #4**<br>**900 Market Street**<br>**Philadelphia, PA 19107** |

**10:00 AM**

---

| | 13-20781-AMC | **James C. Escher** | CH 13 |
|---|---|---|---|

Trustee: WATERMAN [Chapter 13]

Moving: ROGER V. ASHODIAN
Opposing:
Debtor or Plaintiff Attorney:     ROGER V. ASHODIAN
Matter:     Motion for Determination of Final Cure and Mortgage Payment re: Rule 3002.1 to Nationstar Mortgage, LLC Filed by James C. Escher Represented by ROGER V. ASHODIAN (Counsel).

---

| 2 | 17-15994-AMC | **Pettera D. Owens** | CH 13 |
|---|---|---|---|

Trustee: WATERMAN [Chapter 13]

Moving:
Opposing:
Debtor or Plaintiff Attorney:     RONALD G. MCNEIL, Esquire
Matter:     Motion for Return of Unclaimed Funds in the Amount of: 6100.04 Filed by Lost and Found Today LLC on behalf of Pettera Clark, Heir of the Estate of Pettera Owens. Represented by Self(Counsel).

---

| 3 | 19-14269-AMC | **Matthew Samarco and Sandra Samarco** | CH 13 |
|---|---|---|---|

Trustee: WATERMAN [Chapter 13]

Moving: MICHELLE L. MCGOWAN
Opposing:
Debtor or Plaintiff Attorney:     PAUL H. YOUNG
Matter:     Certification of Default of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST Filed by MICHELLE L. MCGOWAN on behalf of U.S. Bank Trust National Association (related document(s)67, 66).

---

| 4 | 20-10783-AMC | **Anna M Branch** | CH 13 |
|---|---|---|---|

Trustee: WATERMAN [Chapter 13]

Moving: ANN E. SWARTZ
Opposing:
Debtor or Plaintiff Attorney:     DAVID M. OFFEN
Matter:     Motion to Approve Alternative Disbursement Filed by SCOTT F. WATERMAN [Chapter 13] Represented by ANN E. SWARTZ (Counsel).

---

| 5 | 21-12951-AMC | **Jennifer M Krafcik** | CH 13 |
|---|---|---|---|

Trustee: WATERMAN [Chapter 13]

Moving: JEANNE MARIE CELLA
Opposing:
Debtor or Plaintiff Attorney:     JEANNE MARIE CELLA
Matter:     Motion to Approve Post Petition Debt Filed by Jennifer M Krafcik Represented by JEANNE MARIE CELLA (Counsel).

---

| 6 | 23-10256-AMC | Thomas J. Prim | CH 13 |

Trustee: WATERMAN [Chapter 13]

Moving: MICHAEL I. ASSAD
Opposing:
Debtor or Plaintiff Attorney:      MICHAEL A. CIBIK
                                   MICHAEL I. ASSAD
Matter:      Objection to Claim Number 5 by Claimant Defense Finance and Accounting Service. Filed by Thomas J. Prim.

---

| 7 | 23-11162-AMC | Carl Brown | CH 13 |

Trustee: WATERMAN [Chapter 13]

Moving: JOSHUA I. GOLDMAN
Opposing:
Debtor or Plaintiff Attorney:      DAVID M. OFFEN
Matter:      Motion for Relief from Stay regarding 2656 South 66th Street, Philadelphia, PA 19142.Filed by MCLP Asset Company, Inc. Represented by JOSHUA I. GOLDMAN (Counsel).

---

| 8 | 23-12191-AMC | Marie C. Magera Mbui | CH 13 |

Trustee: WATERMAN [Chapter 13]

Moving: MARY JACQUELINE LARKIN
Opposing:
Debtor or Plaintiff Attorney:      ROGER V. ASHODIAN
Matter:      Motion for Relief from Stay Under Sections 362(d)(1) and 1301 to Permit Movant to Take Action with Regard to Real Property Located at 1018 Riverwalk Drive, Phoenixville, PA 19460.Filed by Citadel Federal Credit Union Represented by MARY JACQUELINE LARKIN (Counsel).

---

| 9 | 23-12191-AMC | Marie C. Magera Mbui | CH 13 |

Trustee: WATERMAN [Chapter 13]

Moving: BRIAN E. CAINE
Opposing:
Debtor or Plaintiff Attorney:      ROGER V. ASHODIAN
Matter:      Amended Motion (related document(s): Motion for Relief from Stay regarding 824 Kohn Street, Norristown, PA 19401.filed by Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, Motion for Relief from Co-Debtor Stay) Filed by NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust Represented by BRIAN E. CAINE (Counsel)

---

| 10 | 23-13362-AMC | Sean Rahamut-Ali | CH 13 |

Trustee: WATERMAN [Chapter 13]

Moving: MAGGIE S SOBOLESKI
Opposing:
Debtor or Plaintiff Attorney:      MAGGIE S SOBOLESKI
Matter:      Motion to Sell Property Free and Clear of Liens under Section 363(f)Filed by Sean Rahamut-Ali Represented by MAGGIE S SOBOLESKI (Counsel).

---

| 11 | 23-13409-AMC | Benjamin A. Ginder | CH 13 |

Trustee: WATERMAN [Chapter 13]

Moving: KERI P EBECK
Opposing:
Debtor or Plaintiff Attorney:      PAUL H. YOUNG
Matter:      Motion for Relief from Stay as the 2017 Chevrolet Cruze.Filed by Toyota Motor Credit Corporation Represented by KERI P EBECK (Counsel).

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter  13 |
| FLORENCE E. MASON POA | : | Case No.: 24-12430-AMC |
| CLIFTON MASON | : | |
| | : | |
| Debtor, | : | **NOTICE OF APPEAL AGAINST** |
| | : | **DENIAL OF AUTO. DISQUAL.** |
| | : | |

**ISSUES TO BE ADDRESSED ON APPEAL FOR UNLAWFUL
DENIAL OF AUTOMATIC DISQUALIFICATION WITH
DESIGNATION OF RECORDS ON APPEAL:**

**I.      ISSUES TO BE ADDRESSED ON APPEAL**

- **Appellant moves for this District Appellate Court to make a legal
determination that any Judge who violates the Judicial Code of
Cannons shall be subject to sanctions by the State Commissions on
Judicial Conduct and why Automatic Disqualification is Warranted**

- **Appellant moves this District Appellate Court to make a legal
determination that Judge violated the Codes of Judicial Canons by
abusing her discretion in failing to enact her "Inherent powers" to
investigate whether a judgment was obtained by fraud within the
action from the lower Court of Common Pleas in Chester County
contravening the Cares Act to enact an unlawful foreclosure
forbidden by Federal Laws.**

- **Appellant moves this District Appellate Court to make a legal
determination that "Ignorance of the Law is of No Excuse" even of**

**Judges where are not aware of and should have been of the requirements and procedures of the Cares Act upon Creditors and Servicers to prevent Foreclosure and Impede Economic Recovery**

- **Appellant moves this District Appellate Court to make a legal determination that since this is a Non-Core issues within the Bankruptcy Court and Appellant does not consent Judge Chan is forbidden by law to make a final order in this or any other matter in volving the Debtor and its Authorized Representative & Agent. For they do not consent to the entry of any final order or judgment by this bankruptcy judge.**

- **Appellant moves this District Appellate Court to make a legal determination that the Principle that the Courts lack the Power to Amend the Bankruptcy Code on their own accord reflects a reasonable caution that Judge Chan Failed to Adhere to being in contempt of Congress; and abused her discretion in altering the provision of the "Fresh Start" protection that the Creditors hand unreasonably and unjustifiably violated of the Protection of the Automatic Stay.**

- **Appellant moves this District Appellate Court to make a legal determination that said Judge Fabrication of the Factual Records that said Authorized Representative and Agent of the Debtor had made the error of the Address in her Notice of Change of Address when there was a hand written notice given the proper and correct address of herself and the Debtor, is clear evidence of the Court's attempt to Entrap said Agent and the Clerks unlawful interference into the proceedings being the proximate cause of the breakdown and Bias Improper administration of the Bankruptcy Case and an unreasonable and Unjustified legal position of the Court; and a Constitutional per se warranting Immediate REVERSAL OF HER VOID JUDGMENT.**

- Appellant moves this District Appellate Court to make a legal determination that said Courts and the Office of the Clerk had an investigative duty to ensure that they had the proper address for Notices for the Courts was using the proper address by the Office of the Clerks before they even received Notice of the Change of Address on June 6th, 2024; the records and evidence shows. Therefore, said Judge violated the Code of Judicial Canons by not performing her duties in an impartial, competent and diligent way, and neither did her staff nor the Office of the Clerks. Therefore, her disqualification was warranted.

- Appellant moves this District Appellate Court to make a legal determination that Judge Chan's remarks after she allowed or instructed her Deputy Clerks of Chamber Clerks to disconnect or cut the Debtors Agent's sound or disconnect her from the teleconference was an Impermissible Obstruction of Justice and Access to the Courts and clear and present showing of Retaliation , Judicial Biasness that is unbecoming of an Officer of the Courts and Behavioral disability that puts the dignity of the Court in a bad light and resembled Nothing of a "FAIR TRIAL/HEARING".

- Appellant moves this District Appellate Court to make a legal determination that Judge Chan has acted as the Debtor and Authorized Representative Opponent displaying her partiality; and denying them due process of law.

- Appellant moves this District Court to make a legal determination that a Judge can not rule upon her own disqualification; and is prohibited by law in doing so and is another Constitutional Per Se of abuse of discretion warranting disqualification.   See Justice Kennedy explanation, "No man can be a Judge in his own case and No man is permitted to try case where he (she) has an Interest in the outcome." And in said Judge Chan's doing so, her Bias Judgment corrupted her Integrity and therefore, she was under obligation and duty to Disqualify herself from the proceedings.

- **Appellant moves this District Appellate Court to make a legal determination that When a Court is Complicit in causing a non-represented to be in Non-Compliance with the rules or absent from a hearing/Court Orders It not only Impairs the efficient functioning of the Courts but also jeopardizes the parties ability to support  or Oppose the Claims and Defenses in the Courts which can not be Tolerated and is unfair in the eyes of the law; and compromise the Impartiality mechanism afforded to all proceedings.**

- **Appellant moves this District Appellate Court to make a legal determination that Judge Chan allowed fraud upon the courts to take a hold on the proceedings before her therefore, rendering all her orders like the lifting of the Automatic Stay from the prior cause VOID. Warranting REVERSAL without remand.**

- **Appellant moves this District Appellate Court to make a Legal Determination that Judge Chan shall be immediately removed and disqualified from this and any other proceedings having to do with the Debtor and its Authorized Representative and Agent; for indeed it is evident that they would not be able to obtain a Fair and Impartial Trial with this Judge being able to remain on any of these cases.**

Appellant moves that this completes the issues they wish to be addressed on Appeal. Appellant(s) reserves the right for any additional issues to be addressed within their Appellant(s)' Brief.

Aggrieved Parties & Affiant Victim(s) and Witness to Criminal Activities further sayeth Naught.

Dated this __14th__ day of __August___, in the Year of Our Lord, 2024

Respectfully Submitted,

U.C.C. 1-308 Without Prejudice, All Rights Restored

& Reserved, Never Waived,

_____

:Florence -Elizabeth :Mason, Power of Attorney
& Authorized Representative, In Propria Persona Sui Juris

### DESIGNATION OF RECORDS ON APPEAL:

Appellant incorporates all the Issues to be Addressed on Appeal to this
Designation of Records at length as fully set herein. Appellant Designate
these documents to be added as Offer of Proof of this Appeal and moves for
them to be a permanent part of the records on Appeal for proper Judicial
Review.


- True & Correct Copy of Judge Chan's Hearing Calendar showing that she
  could not have heard this Appellant's (2) two cases before 11:00 a,m.
  call.  **Appellant's Exhibit "A"**.      **Submit**.
- The Notice of Change of Address that shows the handwritten correction
  of the address due to the incorrect type computer written address so the
  Court should have notice the Correction.   Falsifying and Fabricating the
  Factual Records, Judge Lied & attempted to mislead that this was not
  there. JUDGE COMMITTED FRAUD UPON HER OWN COURT. **Appellant's
  Exhibit "B"**. **Submit**.
- The Judge made an Order that by law she was not permitted to grant on
  _June 6th, 2024_; due to the Court's intentional mailing of the incorrect
  address Appellant did not the Order of the Court all the way until _June
  23rd, 2024_; some odd 16 days after that Sham Proceedings. No notices or
  Order for the Sham Proceeding of _July 10th, 2024_.


  On the back of that Order shows that said Bankruptcy Court had the
  correct address all along and all they had to do was scour the records
  and would have gotten the proper address and the delays of Notices
  would have Never Happened.  **Appellant's Exhibit "B" back** . **Submit.**

- Proof of other Notices and filings of the Court getting to said Appellant way after an event occurred Prejudicing the Substantial Rights of these Appellants therefore preventing the proper administration of the Cases to the Detriment of these Appellants. **To be marked as Appellant's Exhibit "C". Submit.**

Appellant(s) reserves the right to add additional designation of records, documents, affidavit(s), and other eyewitnesses account at the time of Appellant(s)' Brief.

Aggrieved Parties & Affiant Victim(s) and Witness to Criminal Activities further sayeth Naught.

Dated this __14th__ day of __August___, in the Year of Our Lord, 2024

Respectfully Submitted,

U.C.C. 1-308 Without Prejudice, All Rights Restored

& Reserved, Never Waived,

_____

:Florence -Elizabeth :Mason, Power of Attorney
& Authorized Representative, In Propria Persona Sui Juris

| 12 | 23-13774-AMC | **Stephanie Joanne Jahr** | CH 13 |
|---|---|---|---|

Trustee: WATERMAN [Chapter 13]

Moving: MICHAEL I. ASSAD
Opposing:
Debtor or Plaintiff Attorney:　MICHAEL A. CIBIK
　　　　　　　　　　　　　　MICHAEL I. ASSAD
Matter:　　Motion to Reinstate Case Filed by Stephanie Joanne Jahr Represented by MICHAEL I. ASSAD (Counsel).

| 13 | 24-10154-AMC | **Brian L. Bittings** | CH 13 |
|---|---|---|---|

Trustee: WATERMAN [Chapter 13]

Moving: PAUL H. YOUNG
Opposing:
Debtor or Plaintiff Attorney:　PAUL H. YOUNG
Matter:　　Objection to Claim Number 7 by Claimant Ally Bank Lease Trust c/o AIS Portfolio Services, LLC. Filed by Brian L. Bittings.

| 14 | 24-10538-AMC | **James Carroll** | CH 13 |
|---|---|---|---|

Trustee: WATERMAN [Chapter 13]

Moving: DENISE ELIZABETH CARLON
Opposing:
Debtor or Plaintiff Attorney:　JAMES P. MCGARRITY
Matter:　　Motion for Relief from Stay re: 6704 Dicks Avenue, Philadelphia, PA 19142.Filed by PENNSYLVANIA HOUSING FINANCE AGENCY Represented by DENISE ELIZABETH CARLON (Counsel).

| 15 | 24-10668-AMC | **Johnny Ballard, Sr.** | CH 13 |
|---|---|---|---|

Trustee: WATERMAN [Chapter 13]

Moving: LAUREN MOYER
Opposing:
Debtor or Plaintiff Attorney:　DEMETRIUS J. PARRISH
Matter:　　Motion for Relief from Stay re: 5716 Hoffman Avenue, Philadelphia, PA 19143.Filed by SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of Igloo Series III Trust Represented by LAUREN MOYER (Counsel).

| 16 | 24-11014-AMC | **Claire M. Dean** | CH 13 |
|---|---|---|---|

Trustee: WATERMAN [Chapter 13]

Moving: LAUREN MOYER
Opposing:
Debtor or Plaintiff Attorney:　PAUL H. YOUNG
Matter:　　Motion for Relief from Stay re: 109 Railroad Avenue, Glenside, PA 19038.in addition to Motion for Relief from Co-Debtor Stay re: Harry W. Dean Filed by SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Chalet Series III Trust Represented by LAUREN MOYER (Counsel).

| 17 | 24-11304-AMC | **Florence E. Mason,POA Clifton Mason and Florence Mason,POA Clifton Mason** | CH 13 |
|---|---|---|---|

Trustee: WATERMAN [Chapter 13]

Moving: Florence Mason,POA Clifton Mason
Opposing:
Debtor or Plaintiff Attorney:　ProSe / None
Matter:　　Automatic Demand to Disqualify Judge. Filed by Florence Mason,POA Clifton Mason Represented by Self(Counsel).

| 18 | 24-11888-AMC | **Margaret Kennedy Moore** | CH 13 |
|---|---|---|---|

Trustee: WATERMAN [Chapter 13]

Moving: MICHAEL A. CIBIK
Opposing:
Debtor or Plaintiff Attorney:     MICHAEL A. CIBIK
                                  EDWARD JACOB GRUBER
Matter:     Motion to Appoint Margarita Parker as Next of Friend Filed by Margaret Kennedy Moore Represented by
            MICHAEL A. CIBIK (Counsel).

---

| 19 | 24-12260-AMC | Edward C. Tomaszewski, Jr | CH 13 |

Trustee: WATERMAN [Chapter 13]

Moving: MICHAEL A. CIBIK
Opposing:
Debtor or Plaintiff Attorney:     MICHAEL A. CIBIK
                                  MICHAEL I. ASSAD
Matter:     Motion to Appoint Sandra Tomaszewski as Next of Friend Filed by Edward C. Tomaszewski Jr Represented
            by MICHAEL A. CIBIK (Counsel).

---

| 20 | 24-12284-AMC | Phillip S. Langford | CH 13 |

Trustee: WATERMAN [Chapter 13]

Moving: Phillip S. Langford
Opposing:
Debtor or Plaintiff Attorney:     ProSe / None
Matter:     Certification of exigent circumstances that merits a waiver from complying with the credit counseling
            requirement. Filed by Phillip S. Langford .

---

| 21 | 24-12427-AMC | Robert James Fulton | CH 13 |

Trustee: WATERMAN [Chapter 13]

Moving: Robert James Fulton
Opposing:
Debtor or Plaintiff Attorney:     ProSe / None
Matter:     Certificate of Credit Counseling Filed by Robert James Fulton .

---

| 22 | 24-12430-AMC | Florence E Mason, POA Clifton Mason | CH 13 |

Trustee: WATERMAN [Chapter 13]

Moving: Florence E Mason, POA Clifton Mason
Opposing:
Debtor or Plaintiff Attorney:     JILL MANUEL-COUGHLIN
Matter:     Motion/Automatic Demand to Disqualify Judge Filed by Florence E Mason, POA Clifton Mason
            Represented by Self(Counsel).

---

| 23 | 24-12464-AMC | Yesica Paola Delvalle | CH 13 |

Trustee: WATERMAN [Chapter 13]

Moving: MICHAEL A. CIBIK
Opposing:
Debtor or Plaintiff Attorney:     MICHAEL A. CIBIK
                                  MICHAEL I. ASSAD
Matter:     Motion to Extend Automatic Stay Filed by Yesica Paola Delvalle Represented by MICHAEL I. ASSAD
            (Counsel).

---

**11:00 AM**

| 24 | 19-11832-AMC | WM Robots, LLC | CH 7 |

Trustee: DERSHAW

---

† indicates associated main case data

Moving:  TERRY P. DERSHAW
Opposing:
Debtor or Plaintiff Attorney:      JON M. ADELSTEIN
Matter:      Final Audit Notice Filed by TERRY P. DERSHAW on behalf of TERRY P. DERSHAW.

---

| 25 | 23-10763-AMC | **Stream TV Networks, Inc. and Technovative Media, Inc.** | **CH 11** |

Trustee: HOMONY

Moving:  RANDALL ADAM SWICK
Opposing:
Debtor or Plaintiff Attorney:      RAFAEL X. ZAHRALDDIN
                                    BENNETT G. FISHER
                                    SEAN M. BRENNECKE
                                    SCOTT D. COUSINS
                                    MICHAEL D. VAGNONI
Matter:      Motion to Reconsider (related documents Order on Motion to Approve Compromise under Rule 9019) Filed by Visual Semiconductor, Inc. Represented by Donald N. David (Counsel)

---

| 26 | 23-11777-AMC | **Int. Assoc. of Sheet Metal, Air, Rail & Transportation Workers, Transportation Div.,** | **CH 11** |

Trustee: Furtek

Moving:  HOLLY SMITH MILLER
Opposing:
Debtor or Plaintiff Attorney:      HOLLY SMITH MILLER
                                    HOLLY SMITH MILLER, ESQ.
Matter:      Confirmation Hearing

---

| 27 | 23-11777-AMC | **Int. Assoc. of Sheet Metal, Air, Rail & Transportation Workers, Transportation Div.,** | **CH 11** |

Trustee: Furtek

Moving:  ALAN B. EPSTEIN
Opposing:
Debtor or Plaintiff Attorney:      HOLLY SMITH MILLER
                                    HOLLY SMITH MILLER, ESQ.
Matter:      Motion to Dismiss Case. Filing in Bad Faith Expedited Motion to Dismiss Case and for Related Relief Filed by Creditor Aaron Lett Represented by MICHAEL D. VAGNONI (Counsel)

---

| 28 | 23-12381-AMC | **Carol Ann Stitz** | **CH 11** |

Trustee: Furtek

Moving:  DAVID B. SMITH
Opposing:
Debtor or Plaintiff Attorney:      DAVID B. SMITH
                                    NICHOLAS M. ENGEL
Matter:      Status Conference on Plan Confirmation (related document(s) [30] Chapter 11 Plan Small Business Subchapter V Filed by Carol Ann Stitz).

---

| 29 | 23-12542-AMC | **DePetris Family LLC** | **CH 11** |

Moving:  ALLEN B. DUBROFF
Opposing:
Debtor or Plaintiff Attorney:      ALLEN B. DUBROFF
                                    JOHN F. THOMAS, Jr.
Matter:      Motion to Use Cash Collateral Filed by DePetris Family LLC Represented by ALLEN B. DUBROFF (Counsel).

---

| 30 | 23-12542-AMC | **DePetris Family LLC** | **CH 11** |

|  |  | Moving: ALLEN B. DUBROFF |  |
|--|--|--|--|

Moving: ALLEN B. DUBROFF
Opposing:
Debtor or Plaintiff Attorney:    ALLEN B. DUBROFF
                                 JOHN F. THOMAS, Jr.
Matter:    Motion to Use Cash Collateral Filed by DePetris Family LLC Represented by ALLEN B. DUBROFF (Counsel).

---

**31    24-10465-AMC    Arthur T. Daly                                      CH 7**

Trustee: FELDMAN

Moving: ZACHARY PERLICK
Opposing:
Debtor or Plaintiff Attorney:    JOHN EVERETT COOK
Matter:    Motion for Relief from Stay .Filed by Mary Santos Represented by ZACHARY PERLICK (Counsel).

---

**12:30 PM**

**32    02-15202-AMC    Lansdale Medical Group, P.C.                        CH 7**

Trustee: LIEBERSOHN

Moving:
Opposing:
Debtor or Plaintiff Attorney:    ROBERT LAPOWSKY
                                 BARBARA L. FARLEY
Matter:    Motion for Return of Unclaimed Funds in the Amount of: .60 Filed by Lost and Found Today LLC.

---

**33    14-12458-AMC    Campisi Construction, Inc.                          CH 7**

Trustee: FELDMAN

Moving: MICHAEL I. ASSAD
Opposing:
Debtor or Plaintiff Attorney:    MATTHEW R. NAHRGANG
                                 ROBERT J. BIRCH
Matter:    Motion for Remand Filed by ECI, LLC Represented by MICHAEL I. ASSAD (Counsel).

---

**34    18-17260-AMC    Adenekan Ola-Oluwa Adesanya and Afoluso Aderonke Adesanya    CH 7**

Trustee: SEITZ

Moving: Adenekan Ola-Oluwa Adesanya
Opposing:
Debtor or Plaintiff Attorney:    ProSe / None
Matter:    Pro se Amended Motion to Avoid Lien with Novartis Pharmaceuticals and other Creditors Filed by Adenekan Ola-Oluwa Adesanya , Afoluso Aderonke Adesanya Represented by Self(Counsel).

---

**35    23-00105-AMC    GCM Capital LLC v. Abdeljlil                        †CH 7**

23-10405-amc        Salim Abdeljalil
Moving: KERI P EBECK
Opposing:
Debtor or Plaintiff Attorney:    KERI P EBECK
Matter:    Motion For Sanctions FOR FAILURE TO PROVIDE RESPONSES TO DISCOVERY AND COMPLY WITH COURT ORDER Filed by GCM Capital LLC Represented by KERI P EBECK (Counsel).

---

**36    23-00105-AMC    GCM Capital LLC v. Abdeljlil                        †CH 7**

23-10405-amc        Salim Abdeljalil
Moving:
Opposing:
Debtor or Plaintiff Attorney:    KERI P EBECK
Matter:    Pre-trial Conference

---

| 37 | 23-11874-AMC | **Leah Helen Leahy** | | **CH 7** |

Trustee: HOLBER

Moving:  ROBERT H. HOLBER
Opposing:
Debtor or Plaintiff Attorney:    MICHAEL W. GALLAGHER
Matter:        Final Audit Filed by ROBERT H. HOLBER on behalf of ROBERT H. HOLBER.

| 38 | 23-13746-AMC | **Bart Levy** | | **CH 7** |

Trustee: SEITZ

Moving:  KACIE CARTWRIGHT
Opposing:
Debtor or Plaintiff Attorney:    JONATHAN H. STANWOOD
Matter:        Motion to Extend time to Time to file a motion to dismiss and/or a complaint seeking denial of discharge
Filed by United States Trustee Represented by KACIE CARTWRIGHT (Counsel).

| 39 | 24-00084-AMC | **Consumer Portfolio Services, Inc. v. Grant-Hewitt et al** | | **†CH 7** |

23-13770-amc        Ashley Grant-Hewitt
Moving:
Opposing:
Debtor or Plaintiff Attorney:    WILLIAM EDWARD CRAIG
Matter:        Notice of Next Friend and Special Appearance Filed by Ashley Grant-Hewitt .

**HRG will be held via Telephone Hearing**
**For connection dial in information see**

**Philadelphia Telephone Hearing**

| 40 | 24-10449-AMC | **Harshal Dear** | | **CH 7** |

Trustee: FELDMAN

Moving:  VICKI ANN PIONTEK
Opposing:
Debtor or Plaintiff Attorney:    VICKI ANN PIONTEK
Matter:        Motion for equitable relief Filed by Harshal Dear Represented by VICKI ANN PIONTEK (Counsel).

**Courtroom #4**
**900 Market Street**
**Philadelphia, PA 19107**

**Courtroom #4**

| 41 | 24-11112-AMC | **BENARK, LLC** | | **CH 11** |

Trustee: Furtek

Moving:  MAGGIE S SOBOLESKI
Opposing:
Debtor or Plaintiff Attorney:    MAGGIE S SOBOLESKI
Matter:        Motion to Avoid Lien with SMALL BUSINESS ADMINISTRATION Filed by BENARK, LLC
Represented by MAGGIE S SOBOLESKI (Counsel).

| 42 | 24-11362-AMC | **New Way Machine Components, Inc.** | | **CH 11** |

Trustee: SMITH MILLER, ESQ.

Moving:  ROBERT W. SEITZER
Opposing:
Debtor or Plaintiff Attorney:        ARIS J. KARALIS
                                      ROBERT M. GREENBAUM
                                      ROBERT W. SEITZER
                                      ERIC R. SCHACHTER
Matter:        Motion to Extend time to Assume, Assign or Reject Unexpired Leases of Non-Residential Real Property

Current as of 08/7/2024 at 3:37 PM

Printed for Wednesday, August 14, 2024

Pursuant to 11 U.S.C. Section 365(d)(4) Filed by New Way Machine Components, Inc. Represented by
ROBERT W. SEITZER (Counsel).

| 43 | 24-11423-AMC | Kelley A Rodriguez | CH 7 |
|---|---|---|---|

Trustee: SHUBERT

Moving:  ROBERT W. SEITZER
Opposing:
Debtor or Plaintiff Attorney:    MICHAEL A. CATALDO
WALTER WEIR, JR.
Matter:    Objection to Debtor's Claim of Exemptions Filed by CHRISTINE C. SHUBERT (related document(s)23).

| 44 | 24-11471-AMC | Nettie R Lucas | CH 7 |
|---|---|---|---|

Trustee: SEITZER

Moving:  KERI P EBECK
Opposing:
Debtor or Plaintiff Attorney:    BRAD J. SADEK
Matter:    Motion for Relief from Stay as to the 2022 Honda Pilot.Filed by American Honda Finance Corporation
Represented by KERI P EBECK (Counsel).

| 45 | 24-11854-AMC | William Butler | CH 7 |
|---|---|---|---|

Trustee: SEITZER

Moving:
Opposing:
Debtor or Plaintiff Attorney:    SHARON S. MASTERS
Matter:    Expedite Hearing (Related Doc # 20) In Re:Motion to Withdraw as Attorney)

| 46 | 24-11854-AMC | William Butler | CH 7 |
|---|---|---|---|

Trustee: SEITZER

Moving:  KACIE CARTWRIGHT
Opposing:
Debtor or Plaintiff Attorney:    SHARON S. MASTERS
Matter:    Motion to Compel the return of fees paid by the Debtor to Sharon S. Masters, Esq. and for the
reimbursement of costs Filed by United States Trustee Represented by KACIE CARTWRIGHT (Counsel).

| 47 | 24-11991-AMC | In Home Program, Inc. | CH 11 |
|---|---|---|---|

Moving:  KACIE CARTWRIGHT
Opposing:
Debtor or Plaintiff Attorney:    Albert Anthony Ciardi, III
DANIEL S. SIEDMAN
Matter:    Motion for Appointment of Consumer Privacy Ombudsman Filed by United States Trustee Represented by
KACIE CARTWRIGHT (Counsel).

FIRST-CLASS MAIL

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

Just now getting
June 23rd, 2024
Already Appealed

OFFICIAL BUSINESS
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

SUN-26008 0313-2 pdf900 24-11304
Florence E. Mason, POA Clifton Mason
523 E. Chestnut Street
Coatesville, PA 19320



023454  487 1 SP 0.640  19805  5 9  10168-1-23717

ılıllı·ıllı·llllıllıllılllılllllı·ıllıllıll

**DEUTACHE BANK NATIONAL TRUST**
**1001 ENTER ROAD #220**
**WILMINGTON, DE. 19805**

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the street address that the debtor provided contains an error.   To ensure correct delivery of this and future notices:

| IF YOU ARE THE INTENDED NOTICE RECIPIENT | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| 1.   Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures.<br>2.   You may sign up for electronic noticing at https://bankruptcynotices.uscourts.gov or<br>3.   You may register a preferred physical address at https://bankruptcynotices.uscourts.gov<br>Enter all variations of your name and address(es) that you want redirected to your electronic or preferred physical address.   Make sure that you enter the name and address that were on <u>this</u> notice to ensure that future notices to this incorrect address will be re-directed. | 1.   Find an updated address and send the attached document to that address.<br>2.   Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |

023454      26008023477010



SUN-26008 0313-2 pdf900 24-11304
Florence E. Mason,POA Clifton Mason
523 E. Chestnut Street
Coatesville, PA 19320

023454  487 1 SP 0.640  19805  5 9  10168-1-23717

DEUTACHE BANK NATIONAL TRUST
1001 ENTER ROAD #220
WILMINGTON, DE. 19805

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the street address that the debtor
provided contains an error.   To ensure correct delivery of this and future notices:

| IF YOU ARE THE INTENDED NOTICE RECIPIENT | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| 1. Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures.<br>2. You may sign up for electronic noticing at https://bankruptcynotices.uscourts.gov or<br>3. You may register a preferred physical address at https://bankruptcynotices.uscourts.gov<br>Enter all variations of your name and address(es) that you want redirected to your electronic or preferred physical address.   Make sure that you enter the name and address that were on this notice to ensure that future notices to this incorrect address will be re-directed. | 1. Find an updated address and send the attached document to that address.<br>2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |

023454    26008023477010



WED-28408 0313-2 167 24-11304
BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411

005095  5095 1 AB 0.544  19320  7 4  10186-1-5471

Florence E. Mason, POA Clifton Mason
523 E. Chestnut Street
Coatesville, PA 19320-3213

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

FIRST-CLASS MAIL

Just now getting
August 5th 2024
Case Already under

BUSINESS
NKRUPTCY COURT
RIVATE USE, $300
of a PROCEEDING
he
NKRUPTCY COURT

005095     28408005101



**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Florence E. Mason,POA
Clifton Mason and Florence
Mason,POA Clifton Mason

Debtor(s)

Case No: 24–11304–amc

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

TWO Application to Proceed in Bankruptcy Court Without
Prepaying Fees or Costs.

on: 7/24/24

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For
connection dial in information see, Standing Order
M–20–3003

For The Court

Date: 7/1/24

Timothy B. McGrath
Clerk of Court

*Just now getting
August 5th 2024
Case Already under*

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

**FIRST-CL**

005095

28408005100011

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Florence E. Mason, POA
Clifton Mason and Florence
Mason, POA Clifton Mason

      Debtor(s)

Case No: 24-11304-amc

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

TWO Application to Proceed in Bankruptcy Court Without
Prepaying Fees or Costs.

on: 7/24/24

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For
connection dial in information see, Standing Order
M-20-3003

For The Court

Date: 7/1/24

Timothy B. McGrath
Clerk of Court

74-66, 68
Form 167

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| FLORENCE E. MASON POA | : | Case No.: 24-11304-AMC |
| CLIFTON MASON | : | |
| | : | **NOTICE TO THE COURT OF** |
| Debtor, | : | **DEBTOR BEING FORCED UNDER** |
| | : | **DURESS TO PROCEED IN** |
| | : | **MULTIPLE CASES INVIOLATION OF** |
| | : | **THE PROTECTION  OF THE** |
| | | **AUTOMATIC STAY** |

TO OFFICE OF THE CLERKS:

Debtor's Authorize Representative and Agent puts this court on Notice of
the recent filing within the Superior Appellate Court of Pennsylvania Rules to
Show Cause Order filed against the Debtor to unlawfully attempt to dismiss
the Debtor Appeals that was filed prepetition against the FRAUDULENT
JUDGMENT that NEVER WAS WITHIN THE COURT OF COMMON PLEASE IN
CHESTER COUNTY THAT CONTRAVENED THE CASE ACT AND IN CONTEMPT
OF CONGRESS. DEFILING THE COURTS ITSELF & PREJUDICING THE PROPER
ADMINISTRATION OF JUSTICE.

Debtor's Authorize Representative and Agent informed the Superior
Appellate Court on several occasions of the Notice of Bankruptcy. Debtor
made another attempt to prevent their **_onslaught and the TAINT_** OF THE
UNDUE INFLUENCE BY THE DISQUALIFIED NON-ATTORNEY(S) OF RECORDS:
POWERS, KIRN LLC's JILL  MANUEL-COUGHLIN, HARRY B. REESE, AND
KARINA VELTER, IN COLLUS-SION THE LAW FIRM OF BLANK ROME LLP's
MICHALE T. TRAINOR, AND ROBERT P. LEIBER, JR.,  HAS VIOLATED THE
PROTECTION OF THE AUTOMATIC STAY AFTER THEY COULD NOT GET WHAT
THEY WANTED IN THE BANKRUPTCY COURT THEY WENT AFTER THE
SUPERIOR COURT. FORCING SAID Authorized Agent to have to Defend in (2)

two sets of Courts. (**an act that is not within the courts Normal, usual manner of that Court speared by Vindictiveness & Witch Hunt**) In which the law does not allow. The law says that permitting a Case to proceed through two different Courts at the same time creates a Host of both legal and practical problems for the parties and for the Courts. Id at *10-11 in _Watson vs. Labor Smart Inc_ (2017).

**UNDER THREAT, DURESS & COERCION**, PETITIONER AS AUTHORIZED AGENT FOR THE AFOREMENTIONED DEBTOR WE GIVEN YOU NOTICE AS THEY'VE THREATEN US TO DO. SO, SERVICE IS HEREBY COMPLETE AND MADE UPON THIS COURT AND IS TO BE PLACED INTO ITS RECORDS AS A PERMANENT PART THEREOF AS JUDICIAL NOTICE UNDER RULE 201.

Sincerely,
Without Prejudice U.C.C. 1-308; All Rights Reserved:

/s/: Florence E. Mason POA
Clifton Mason

# IN THE SUPERIOR COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COPY
AUG 19 2024
EASTERN DISTRICT

AUG 19 2024
EASTERN DISTRICT

PENNYMAC LOAN SERVICES, ET. AL.,
              RESPONDENT(S),

      vs.

MASON, TYRAL, CLIFTON MASON,
AND FLORENCE E. MASON,
          Petitioner(s),

PA Sup. Case No. #er:
Case No. #er: 1028-EDA-2024_

Ct of Comm. Pleas Case No. #er:
2022-03983-RC

ILLEGAL FORECLOSURE
CONTRAVENING THE CARES ACT

**OBJECTION TO PER CURIAM ABUSIVE/ARBITRARY & CAPRICIOUS ORDER OF AUGUST THE FIRST AFTER ILLEGALLY BLOCKING THE DEMAND FOR LEAVE OF APPEAL OF ALLOWANCE FILED ON JULY 18TH, 2024 ILLEGALLY KEPT FROM THE RECORDS FABRICATING THE FACTUAL RECORDS BEING BAD CUSTODIANS THEREOF THIS CASE AND OBSTRUCT-ING ACCESS TO THE COURTS AND PROPER REVIEW OF THIS COURT'S UNCONSTITUTIONAL ORDERS:**

    **The Spirit of Substantial Justice is Rooted in the Latin maxim "**<u>FIAT JUSTITA RUAT CAEHEM</u>** which means, "**<u>LET JUSTICE BE DONE THOUGH THE HEAVENS MAY FALLS</u>**" In Fact, English poet and philosopher Walter Savage Landor wrote many years again, "When law becomes a science and SYSTEM, IT CEASE TO BE JUSTICE" THIS DAM WELL IS NO JUSTICE/. JUST LIKE THE PER CURIAM, THE LAW IS RENDERED LIFELESS. AND APPELLANT HAVE CHALLENGED ALL YOUR FRIVOLOUS ORDERS AS UNCONSTITITUONAL BY CONSTITUTONAL CHALLENGE THEREFORE YOU HAVE NO RIGHTS NOR AUTHORITY TO NOT GIVE THIS APPELLANT HER JUST DO IN COURT.**

    **UNDER THE LAW WHETHER THIS IS A FINAL ORDER OR NOT. SAID APPELLANT HAS A LAWFUL RIGHT TO HAVE REVIEW OR BY WAY OF CHALLENGE A HIGH COURT TO EXAMINER YOUR ORDERS WHETHER THEY ARE CONSTITUTIONAL OR NOT.**

## <u>FRUSTRATION HAS NOW ENTERED THE ROOM</u>

THIS PER CURIAM IS MAD THAT IT COULD NOT JUST DISMISS OUR APPEAL AFTER IT UNLAWFULLY FAILED TO PUT OUR PREVIOUS FILINGS ON THE DOCKET, RIGHT? NOW, YOU COME UP THIS B.S. IRREGULAR EXTRA PROCEEDINGS TO TRY & SEE WHAT YOU CAN GET AWAY WITH NEXT. LOL!

It's as if Justice cannot be found in the City of Brotherly Love when it comes to the People Standing up to big Corporation under the Financial Constraints and Purse String of the Courts. The People in the Court's preview is too Small & Can't Understand Legal Jargon to stand up to well-to-do Big Corporations deemed ***TOO BIG TO FALL UNDER THE GUISE OF SHAM COURT PROCEEDINGS OF PROTECTION & UNLAWFUL COMFORT***. In comparison, they get away with Breaking the Law violating Constitutional Rights and placing litigants into Irregular Judicial proceedings to their benefit and profit outside the rule of law and violating the Substantive inviolate rights of the People standing against them and those who don't even know they could in an attempt to obtain the allusive concept of obtaining Justice.

IF COURTS ARE TO REGARD THE CONSTITUTION BEING SUPERIOR TO ANY ORDINARY ACT OF LEGISLATURE THE CONSTITUTION AND NOT SUCH ORDINARY POLITICAL /CLUB MEMBER AFFILIATION ACT MUST GOVERN THE CASE TO WHICH TTHEY BOTH APPLY. *MARBURY VS. MADISON*, 5 1 CRANCH, 137 (1803) "WHERE RIGHTS SECURED BY THE CONSTITUION ARE INVOLV-ED, THERE CAN BE NO RULE MAKING OR LEGILATION WHICH WOULD ABROGATE THEM. *MIRANDA VS. ARIZONA*, 384 U.S. 436, 491.

**GOOD CAUSE SHOWN**

**CAUSE SUBSTANTIVE CONSTITUTIONAL RIGHTS WITHOUT A REMEDY IS AN OXYMORON:**

**Appellant's had rights to appeal the Unconstitutional & Frivolous previous order of the Per Curiam under the grounds of Interlocutory Appeals as of RIGHT; as stated herein below;** *210 PA CODE RULE 311*:

***If the order does not dispose of all claims and all parties, that is, the order is not final, but rather interlocutory, it is appealable pursuant to Pa.R.A.P. 311***. Failure to appeal an interlocutory order appealable as of right may result in waiver of objections to the order. Rule 311. Interlocutory Appeals as of Right. Pa.R.A.P. 341(c); Appellant has never failed to Object to this Court's frivolous unconstitutional orders, and was always timely. The Clerks are the proximate Cause for their not being of

record the filings of July 18th, 2024, attached hereto at length as fully set & incorporated herein as Appellant's **Exhibit "A"**; and the docket report showing illegally No Entry of such filings by the Court to the records of the courts' in _**violation of Rule 5(d)(4)**_: Acceptance by the Clerks. The Clerk Must not REFUSE TO FILE A PAPER BECAUSE IT IS NOT IN THE FORM prescribed by these rules or by a local rule or PRACTICE. **(a) General rule. —An appeal may be taken as of right and without reference to Pa.R.A.P. 341(c) from**: **(8) Other cases. —An order [which is made appealable by statute or general rule] that is made final or appealable by statute or general rule, even though the order does not dispose of all claims and of all parties.**

**(e) Orders [O]overruling [P]preliminary [O]objections in [E]eminent [D]domain [C]cases.—An appeal may be taken as of right from an order overruling preliminary objections to a declaration of taking and an order overruling preliminary objections to a petition for appointment of a board of viewers.**

**(f) Administrative [R]remand.—_An appeal may be taken as of right from_: (1) an order of a common pleas court or government unit remanding a matter to an administrative agency or _hearing officer for execution of the adjudication of the reviewing tribunal in a manner that does not require the exercise of administrative discretion_; or (2) an order of a common pleas court or government unit remanding a matter to an administrative agency or hearing officer that decides an issue [which] that would ultimately evade appellate review if an immediate appeal is not allowed.**

THE MERE FACT OF THESE CLERKS CHOOSE BE IT BY THIS PER CURIAM DIRECTION OR THAT OF THEIR OWN IS AN "_**ILLEGAL GOVERNMENT ACT**_" THAT HAS BROKEN FEDERAL & CONSTITUTIONAL LAWS AND HAS UNREASONABLY SPAWN THE COST OF LITIGATION, OBTSTRUCTED THE EXPEDITIOUS & SPEEDY ADMINISTRATION OF THIS APPEAL.AND PROBABLY WOULD HAVE MADE THIS EXERCISE IN FRUITILITY UNNECESSARY. AN ACT OF GOVERNMENT THAT VIOLAT-ED THE SUBSTANTIVE RIGHTS OF THESE APPELLANTS BY WAY & THROUGH TORTORIOUS INTERFERENCE BY OFFICE OF THE CLERKS; & A CRIMINAL OFFENCE FOR ALTERING, MUTILATING GOVERNMENT PROPERTY UNDER TITLE 18 U.S.C. § 1519 FOR DES-TRUCTION, ALTERATION, OR FALSIFICATION OF RECORDS IN FEDERAL INVESTIGAT-

ion of records "*with the intent to impede, obstruct,* or influence the investigation *or proper administration of any matter*" within the jurisdiction of federal agencies or departments. Conviction on this count carries a maxi-mum penalty of 20 years in prison. 1666. Destruction Of Government Property --18 U.S.C. § 1361

# Section 1361 is a specific intent crime for Malic-ious Mischief against Government Property

Section 1361 is a specific intent crime, see *United States v. Jones*, 607 F.2d 269, 273-74 (9th Cir. 1979), cert. denied, 444 U.S. 1085 (1980), and the government must prove that the defendant acted willfully; that is intentionally, with knowledge that he/she is violating a law. **That protects "any property" of the United States or an agency or department thereof, or any property being manufactured or constructed for the United States or an agency or department thereof, from willful depredation or attempted depredation.**

**AND NOW COMES,** :Florence -Elizabeth :Mason, in her Proper Persona, as Sui Juris and Accommodating/Necessary Party & relator of information and facts & Beneficial Equitable Title-Holder, living soul, attestant, free woman upon the free soil of the "*Free Will*" of the Republic of Pennsylvania: before this Bankruptcy Court, and Authorized Representative in accords with *Rule 102 and 131* of the Pennsylvania Code of Civil Procedures, and one of the inherited constituents of, "We the People and Beneficiary" over the UNREALED & INTENTIONALLY UNDISCLOSED Minor Accounts: CLIFTON MASON, FLORENCE E. MASON, AND FLORENCE E. MASON, POA FOR CLIFTON MASON, any and all derivatives thereof; Unlawful INCOMPETENT forced placed sureties and grantor(s)/COERCED TRANSMITTING UTILITIES by DECEPTION for the illicit incorporated STATE OF PENNSYLVANIA INC., aka PA, OTHER  UNKNOWN COMMERCIAL INCORPORATIONS, AND PENNYMAC LOAN SERVICES, LLC, AND CO-CONSPIRATOR(S)/OFFICER(S) OF THE COURT. All Rights

134

Restored and Reserved, Never Waived, "not "*Pro Se*" entering said court by "*Special Appearance*" FOR THE SOLE PURPOSE OF VINDICATIONS OF RIGHTS & PROTECTION OF PROPERTY UNDER FEDERAL LAW BANKRUPTCY LAWS & THE CARES ACT: under Threat, Duress & Coercion by The Employees & Attorney(s) of the law firm of POWERS, KIRN LLC & BLANK ROME LLP OF PENNYMAC LOAN SERVICES; not by General.  Non-Confirming Victim(s) of Prejudice and Governmental & BIG BUSINESS Biasness & Excitement & *Unlawful ATTEMPTED WINDFALL(S) & INTENTIONAL VIOLATION OF THE PROTECTION OF THE AUTOMATIC STAY & UNLAWFUL COLLUSION, JUDICIAL BIAS & DISCRIMINATION, EVIDENCE OF FOUL UNFAIR PLAY*; moves the Appellate Bankruptcy District Court to accept these filing for the Clerks knew that had the wrong address but was trying to SET DEBTOR UP TO FAIL AND BE THE PROXIMATE CAUSE OF ERRONEOUS BANKRUPTCY DISMISSAL AND UNLAWFUL/PREJUDICIAL LIFTING OF THE AUTOMATIC STAY TO STILL DEBTORS PROPERTY, *in an effort to* Prevent further ongoing & continued *Manifestation of Injustice* with the above styled mentioned proceedings, in *Plain, Constitutional Structure & manipulated/ manufactured error(s)* of the lower BANKRUPTCY COURT, CHIEF JUDGE, OFFICE OF THE CLERK, BANKRUPTCY CHAPTER 13 TRUSTEE, Chester County Court of Common Pleas, and the Chester County Sheriff Office, THE SUPERIOR COURT AND ITS PER CURIAM, ATTORNEY(S) BLANK ROME LLP, POWERS, KIRN LLC, AND MORE discriminatory harassment & beratement, unlawful attempted intimidation of this Petitioner and Challenger as Affiant Victim(s) & Aggrieved Parties, and they aver as follows:

"IT is a settled and invariable Principle," CHIEF JUSTICE MARSHAL once wrote,

"that EVERY RIGHT, WHEN WITHHELD, *MUST HAVE A REMEDY*."

*Title 42 sect. 14141*. --- It shall be unlawful for any governmental authority, or any agent thereof, or any person acting on behalf of a governmental authority, to engage in a pattern or practice of conduct by law enforcement officers or by officials or employees of any governmental agency with responsibility for the administration of juvenile justice or the incarceration of juveniles that deprives persons of rights, privileges, or immunities secured or protected by the Constitution or laws of the United States; (i.e. *ALL PEOPLE HAVING A RIGHT TO BE HEARD FOR EVERY QUESTION OF LAW UPON HIS/HER INJURY, THE CARES ACT, DISASTER RELIEF & FEDERAL LAWS*). This statue also gives the Department of Justice authority to seek civil remedies in cases where law

135

enforcement agencies have POLICIES OR PRACTICES that FORSTERS A PATTERN OF MISCONDUCT (SUCH AS THIS SUPERIOR APPELLATE COURT'S PER CURIAM & OFFICE OF THE CLERKS AS STATED HERE) BY EMPLOYEES [cited in relev-ant parts]. Re-codified to at **_34 U.S.C. 12601 (a)_ UNLAWFUL CONDUCT**.

**_Section 242 of Title 18 U.S.C._ Deprivation of rights under color of law**.

Makes It a crime for one or more persons acting under color of law willfully to deprive or conspire to deprive another person of any right protected by the Constitution or laws of the United States. (**_18 U.S.C. §§ 241, 242_**). "Under color of law" means that the person doing the act is using power given to him or her by a governmental agency (local, State, or Federal). A law enforcement officer acts "under color of law" even if he or she is exceeding his or her rightful power. The types of law enforcement misconduct covered by these laws include excessive force, sexual assault, intentional false arrests, theft, or the intentional fabrication of evidence resulting in a loss of liberty to another.

**_Title 18 U.S.C. sect. 242_**:

  Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possessi-on, or District to the deprivation of any rights, privileges, or immunities secur-ed or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or impris-oned not more than ten years, or both; and if death results from the acts

committed in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death. (June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284, title I, § 103(b), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7019, Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103–322, title VI, § 60006(b), title XXXII, §§ 320103(b), 320201(b), title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104–294, title VI, §§ 604(b)(14)(B), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.); *ALSO, PURSUANT TO TITLE 18 U.S.C. sect. 285*: Crimes and Criminal Procedures.

**Whoever, without authority, takes and carries away from the place where it was filed, deposited, or kept by authority of the United States, any certificate, affidavit, deposition, statement of facts, power of attorney, receipt, voucher, assignment, or other document, record, file, or paper prepared, fitted, or intended to be used or presented to procure the payment of money from or by the United States or any officer, employee, or agent thereof, or the allowance or payment of the whole or any part of any CLAIM, ACCOUNT, OR DEMAND AGAINST THE UNITED STATES, whether the same has or has not already been so used or presented, Whether such claim, account, or demand, or any part thereof has or has not already been allowed or paid; or**

**Whoever presents, uses, or attempts to use any such document, record, file or paper so taken and carried away, to procure the payment of any money from or by the United States, or any officer, employee, or agent thereof, or the allowance or payment of the whole or any part of any claim, account or demand against the United States – SHALL BE FINED under this title or imprisoned not more than five years, or both.**

THE RULING OF THIS PER CURIAM IS A CLEAR SHOWING OF SAID

**COURT AKA PER CURIAM'S CAPACITY OF CRUELTY AND OPPRESSIIVE ABUSE OF ALLEGED AUTHORITY. "ALL LAWS REPUGNANT TO THE CONSTITUTION ARE NULL AND VOID.**" *MARBURY VS. MADISON*, 5 U.S. 1 CRANCH 137 (1803); AND IT IS WELL-SETTLED IN LAW: THAT ANY PERSON WHO WILLFULLY CAUSES LOSS OR INJURY TO ANOTHER IN MANNER THAT IS CONTRARY TO MORALS, GOOD CUSTOMERS, OR PUBLIC POLICY SHALL BE LIABLE AND AMENDMABLE UNTO LAW FOR FAILING TO ENSURE THAT LITIGANTS AKA ALLEGED "PRO SE(S)" *GET A "FAIR TRIAL"*.  AND WILL ALSO BE AMENDABLE TO THAT CITIZEN PER THE PA STATUTORY, FEDERAL & CONSTITUTIONAL LAWS. This abusive, arbitrary and capricious order of this collective/ COLLUSIONARY PER CURIAM **has no authority** for the 1st Amendment of the Constitution says, that Your Court is PROHIBITED & FORBID-DEN to abridge the Freedom of Speech, or the press (aka any writing that is Public in a Public forum like the records of this Court) or the RIGHT OF THE PEOPLE PEACABLY TO ASSEMBL AND TO PETITION The GOVENREMENT FOR A REDRESS OF GRIEVANCES.

For this Court to bold face THREATEN to quash our Appeal, you don't have the authority NOR THE POWER, that you want everyone to be TRICKED IN BELIEVING THAT YOU HAVE. For THE LAW SAYS: "IT IS WELL-SETTLED THAT COURTS ARE CONSTITUTED BY AUTHORITY AND THEY CAN NOT GO BEYOND THAT; POWER DELEGATED TO THEM. IF THEY ACT BEYOND THAT AUTHORITY, AND CERTAINLY IN CONTRAVENTION OF IT, THEIR JUDGMENTS AND ORDERS ARE REGARDED AS NULLITIES; THEY ARE NOT VOIDABLE, BUT SIMPLY VOID, AND THIS EVEN PRIOR TO REVERSAL." SEE *WILLIAMSON vs. BERRY*, 8 HOW. 945, 540 120 L. ED. 1170, 1189 (1850). I WILL MANDAMUS YOUR COURT ALL THE WAY UP TO THE U.S. SUPREME COURT, FOR CONSTITUTIONAL INFORMATIES, DEFECTS, AND UNCONSTITUTIONAL POLICIES & PROCEDURES THAT WORKS AGAINST THE AMERICAN PEOPLE/CITIZEN'S AND YOUR UNOFFICIAL FALSE VOIDED ACT OF REIGN & TERROR IS NO DETERENCE TO US AND THE AMIERICAN PEOPLE. OUR IMPORTUNITY WILL NOT BE DENIED AND WE WILL HAVE OUR DAY IN COURT TO ADDRESS THE FRAUD UPON THE COURT THAT YOU ALL ARE TRYING TO PROTECT AND COVER UP FOR YOUR PEERS & COLLEAGUE. NO MATTER HOW HARD YOU TRY, HOP, JUMP & HOLLAR ACCOUNTABILITY WILL BE AT HAND. UNJUSTIFIED & UNWARRANTED LEGAL POSITION

OF THIS SUPERIOR APPELLATE COURT. Said Per Curiam is still adopting a legal position that UNDERMINE IT'S DUTY TO BE IMPARTIAL & DEFEND THE CONSTITUTION AND PROTECT THE PEOPE, PRO SE LITIGANTS AND THIS APPELLANT FROM STEALTHY CONSTITUTIONAL ENCROACHMENT. NOT UNLAWFULLY ABUSING AND MISUSING ITS ALLEGED AUTHORITY TO COME AFTER AND ASSAULT THIS APPELLANT.  ESTABLISHING THE EXISTENCE OF DIRECTT CONFLICT OF INTEREST…, AND THE APPEARANCE OF JUDICIAL BIAS AND IMPROPRIETY OF THE ENTIRE SUPERIOR APPELLATE COURT OF PENNSYLVANIA OF PHILADELPHIA COUNTY.

This Appellant and her sons' taking their legal defenses into their own hands, forcing the process to be Constitutional as it is mandated and required to be. For the laws say that it abhors technicalities to prevail over substantial justice. And for this Court to dismiss without sufficient probable cause to deny application of justice and fair play. Is not sound judgment of this court nor it's Per Curiam.  As it is said that the law abhors technicalities or unfounded defects that impede the cause of Justice. This Appellant reminds this Appellate Court of its duty to do Substantial Justice and sanction this challenge and Response to it's rule to show cause and allow the filing of these crucial and core documents that need to be addressed for the betterment of the General Public's Interest. "***We the People***".

***WHEREFORE***, for the show of Good Cause consistence and in line with the Constitution Federal & State these Appellant(s) moves this Appellate TO END ITS WHICHHUNT and move forward to the Appellant process to unearth the Fraud upon the Court that occurred within the cause of action within the Court of Common Pleas perpetrated by Officers of the Courts' Passing False Securities, Committing Acts of Perjury & Suborning Perjury and submitting Fraudulent & Forged Documents upon the records of the Courts. Or Appellant(s) will keep going to till they Bring Everyone to Justice for aiding & abetting the assistance of Fraud and will move the Supreme Court of Pennsylvania to Open AND MAKE AN OFFICIAL INVESTIGATION/INQUIRY INTO THE CROOKEDNESS, CORRUPTION; as a matter of right; and matter of law; and in the Interest of Justice being Served; and Justice being DONE!

You can't stop us, really, we can just appeal past you, Appeal to the District Court and so on until Just can and will be heard. Show of Good Cause is this: PENNSYLVANIA CONSTITUTION ARTICLE I sect. XI says, "Courts to be open, suits against the Commonwealth. All Courts SHALL be open, and EVERY MAN FOR AN INJURY DONE HIM IN HIS LANDS, GOODS, PERSON OR REPUTATION SHALL HAVE REMEDY BY DUE COURSE OF LAW, AND RIGHT AND JUSTICE ADMINISTERED WITHOUT SALE, DENIAL OR DELAY. SUITS MAY BE BROUGHT AGAINST THE COMMONWEALTH IN SUCH MANNWER, IN SUCH COURTS AND IN SUCH CASES AS

OF THIS SUPERIOR APPELLATE COURT. Said Per Curiam is still adopting a legal position that UNDERMINE IT'S DUTY TO BE IMPARTIAL & DEFEND THE CONSTITUTION AND PROTECT THE PEOPE, PRO SE LITIGANTS AND THIS APPELLANT FROM STEALTHY CONSTITUTIONAL ENCROACHMENT. NOT UNLAWFULLY ABUSING AND MISUSING ITS ALLEGED AUTHORITY TO COME AFTER AND ASSAULT THIS APPELLANT.  ESTABLISHING THE EXISTENCE OF DIRECTT CONFLICT OF INTEREST…, AND THE APPEARANCE OF JUDICIAL BIAS AND IMPROPRIETY OF THE ENTIRE SUPERIOR APPELLATE COURT OF PENNSYLVANIA OF PHILADELPHIA COUNTY.

This Appellant and her sons' taking their legal defenses into their own hands, forcing the process to be Constitutional as it is mandated and required to be. For the laws say that it abhors technicalities to prevail over substantial justice. And for this Court to dismiss without sufficient probable cause to deny application of justice and fair play. Is not sound judgment of this court nor it's Per Curiam.  As it is said that the law abhors technicalities or unfounded defects that impede the cause of Justice. This Appellant reminds this Appellate Court of its duty to do Substantial Justice and sanction this challenge and Response to it's rule to show cause and allow the filing of these crucial and core documents that need to be addressed for the betterment of the General Public's Interest. "**_We the People_**".

**WHEREFORE**, for the show of Good Cause consistence and in line with the Constitution Federal & State these Appellant(s) moves this Appellate TO END ITS WHICHHUNT and move forward to the Appellant process to unearth the Fraud upon the Court that occurred within the cause of action within the Court of Common Pleas perpetrated by Officers of the Courts' Passing False Securities, Committing Acts of Perjury & Suborning Perjury and submitting Fraudulent & Forged Documents upon the records of the Courts. Or Appellant(s) will keep going to till they Bring Everyone to Justice for aiding & abetting the assistance of Fraud and will move the Supreme Court of Pennsylvania to Open AND MAKE AN OFFICIAL INVESTIGATION/INQUIRY INTO THE CROOKEDNESS, CORRUPTION; as a matter of right; and matter of law; and in the Interest of Justice being Served; and Justice being DONE!

You can't stop us, really, we can just appeal past you, Appeal to the District Court and so on until Just can and will be heard. Show of Good Cause is this: PENNSYLVANIA CONSTITUTION ARTICLE I sect. XI says, "Courts to be open, suits against the Commonwealth. All Courts SHALL be open, and EVERY MAN FOR AN INJURY DONE HIM IN HIS LANDS, GOODS, PERSON OR REPUTATION SHALL HAVE REMEDY BY DUE COURSE OF LAW, AND RIGHT AND JUSTICE ADMINISTERED WITHOUT SALE, DENIAL OR DELAY. SUITS MAY BE BROUGHT AGAINST THE COMMONWEALTH IN SUCH MANNWER, IN SUCH COURTS AND IN SUCH CASES AS140

THE LEGISLATURE MAY BY LAW DIRECT." SO, BINDING UPON THIS APPELLATE COURT.
YOU ARE CONSTITUTIONALLY MANDATED TO NOT ABSCORN FROM THESE
PROCEEDINGS.

These Affiant Victim(s) and Witnesses to Criminal Activities further sayeth Naught.

Dated this __14th__ day of __August____, in the Year of Our Lord, 2024;

Respectfully Submitted;

U.C.C. 1-308 Without Prejudice, All Rights Restored
& Reserved, Never Waived,


_____

Clifton Mason, Principal given Authority to my Designated
Power of Attorney and Authorized Representative:
**:Florence -Elizabeth :Mason**, Mother in Propria Personal Sui Juris

And,


_____

Tyral Mason, Principal given authority to my Designated
Power of Attorney and Authorized Representative:
**:Florence -Elizabeth :Mason**, Mother in Propria
Persona Sui Juris

_/s/::Florence -Elizabeth :Mason,_____
**:Florence -Elizabeth Mason. Power of Attorney**
FOR CLIFTON MASON, In Propria Persona Sui Juris

# V E R I F I C A T I O N

I, **:Florence -Elizabeth :Mason**, do hereby verify that the Statements
made in the foregoing: **OBJECTION TO PER CURIAM ABUSIVE/ARBITRARY &
CAPRICIOUS ORDER OF AUGUST THE FIRST AFTER ILLEGALLY BLOCKING THE
DEMAND FOR LEAVE OF APPEAL OF ALLOWANCE FILED ON JULY 18TH, 2024 ILLEGAL-
LY KEPT FROM THE RECORDS FABRICATING THE FACTUAL RECORDS BEING BAD
CUSTODIANS THEREOF THIS CASE AND OBSTRUCTING ACCESS TO THE COURTS
AND PROPER REVIEW OF THIS COURT'S UNCONSTITUTIONAL ORDERS:** are true &
Correct to the best of my abilities, and first-hand knowledge and belief as I under-
stand it to be. I understand that false statements [Should also pertain to the FRIVOL-
OUS Complaining & their Attorney as well] herein are made subject to the penalties

Authorities.

Dated this __14th__ day of __August_____, in the Year of Our Lord, 2024.

Respectfully,

U.C.C. 1-308 Without Prejudice, All Rights Restored
& Reserved, Never Waived,

_____

Clifton Mason, Principal given Authority to my Designated
Power of Attorney and Authorized Representative:
:Florence -Elizabeth :Mason, Mother in Propria Personal Sui Juris

And,

_____

Tyral Mason, Principal given authority to my Designated
Power of Attorney and Authorized Representative:
:Florence -Elizabeth :Mason, Mother in Propria
Persona Sui Juris

_/s/::Florence – Elisabeth :Mason,_____

: Florence -Elizabeth :Mason. **POA** &
Authorized Representative in Propria Persona Sui Juris

## CERTIFICATE & AFFIDAVIT OF SERVICE

I, _:Florence -Elzabeth :Mason_, hereby certify that a true and correct
copy of this: **OBJECTION TO PER CURIAM ABUSIVE/ARBITRARY & CAPRICIOUS
ORDER OF AUGUST THE FIRST AFTER ILLEGALLY BLOCKING THE DEMAND FOR
LEAVE OF APPEAL OF ALLOWANCE FILED ON JULY 18TH, 2024 ILLEGALLY KEPT
FROM THE RECORDS FABRICATING THE FACTUAL RECORDS BEING BAD CUSTOD-
IANS THEREOF THIS CASE AND OBSTRUCTING ACCESS TO THE COURTS AND
PROPER REVIEW OF THIS COURT'S UNCONSTITUTIONAL ORDERS:** in referenced
case was sent to the following recipients by the following methods of
service by certified return receipt on or before *August 30th, 2024*; and
electronically or within the courthouse on or before *August 20th, 2024*;
cc:

THE SUPERIOR COURT OF PENNSYLVANIA
OFFICE OF THE PROTHONOTARY

530 WALNUT STREET, SUITE 315
PHILADELPHIA, PA. 19106
ATTN: OFFICE OF THE CLERKS & JUDGE'S CHAMBERS

CHESTER COUNTY SHERIFF DEPARTMENT
201 MARKET STREET, STE. 1201
W. CHESTER, PA. 19382-0991
ATTN: DEPARTMENT OF REAL ESTATE BECKY
SOLICTOR MATT POLAHA, SUPERVISOR DEBRA HUNTER,
MCMAIN LAW FIRM & SHERIF KEVIN DYKES

COURT OF COMMON PLEAS
CHESTER COUNTY CHESTER COUNTY JUSTICE CENTER
201 W. MARKET STREET P.O. BOX 2740
WEST CHESTER, PA. 19380-0989
ATTN: OFFICE OF THE CLERKS [CIVIL DIV,]
& JUDGE SARAH BLACK'S CHAMBERS

POWERS KIRN, LLC
EIGHT NESHAMINY INTERPLEX, SUITE 215
TREVOSE, PA. 19053
ATTN: HARRY B. REESE, ESQUIRE, AND
KARINA VELTER, ESQUIRE, AND
THE MANAGING ATTORNEY JILL COUGHLIN

BLANK ROME LLP
ONE LOGAN SQUARE
130 N. 18TH STREET
PHILADELPHIA. PA. 19103
ATTN: MICHAEL P. TRAINOR AND
ROBERT T. LIEBER JR.

PENNYMAC LOAN SERVICES, LLC
P.O. BOX 514387
LOS ANGELES, CA. 90051-4387
          AND
6101 CONCOR DRIVE
MOORPARK, CA. 93201

Respectfully Submitted,

/s/: *Florence - Elizabeth :Mason,*

: Florence -Elizabeth Mason,

In Propria Persona Sui Juris

# EXHIBIT "A"

# RULE TO SHOW CAUSE BEING RESPONDED TO:

**Superior Court of Pennsylvania**

Eastern District

530 Walnut Street
Suite 315
Philadelphia, PA 19106
(215) 560-5800
Fax:(215) 560-3083
www.pacourts.us/courts/superior-court

Benjamin D. Kohler, Esq.
Prothonotary
Letitia Santarelli, Esq.
Deputy Prothonotary

August 1, 2024

Florence-Elizabeth Mason, Tyral Mason and Clifton Mason
523 East Chestnut Street
Coatesville, PA 19320

RE:    Pennymac Loan Services v. Mason, T.
       No. 1028 EDA 2024
       Trial Court Docket No: 2022-03983-PC

Dear Florence-Elizabeth Mason, Tyral Mason and Clifton Mason:

Enclosed please find a copy of an order dated August 1, 2024 entered in the above-captioned matter.

Very truly yours,

Letitia Santarelli, Esq.
Deputy Prothonotary

/ap
Enclosure
cc: Robert Thomas Lieber Jr., Esq.
    Jill Manuel-Coughlin, Esq.
    Harry Burnett Reese, Esq.
    Michael Patrick Trainor, Esq.

Filed 08/01/2024

PENNYMAC LOAN SERVICES, LLC          :  IN THE SUPERIOR COURT OF
                                     :       PENNSYLVANIA
                                     :
            v.                       :  Chester County Civil Division
                                     :  2022-03983-RC
                                     :
TYRAL MASON, AND CLIFTON MASON       :
                                     :
                                     :     No. 1028 EDA 2024
                                     :
APPEAL OF: TYRAL MASON AND           :
CLIFTON MASON                        :
                                     :

### **ORDER**

Upon consideration of the docketing statement and notice of appeal filed by *pro se* Appellants, Tyral and Clifton Mason, Appellants appeal from the March 15, 2024 order striking filings made by non-party Florence-Elizabeth Mason, on February 1, 2024.

An appeal properly lies only from a final order unless otherwise permitted by rule or statute. *McCutcheon v. Philadelphia Elec. Co.*, 788 A.2d 345, 349 (Pa. 2002). A final order is one that disposes of all claims in and parties to an action. Pa.R.A.P. 341(b)(1). Here, it appears that the March 15, 2024 order is not a final order.

Accordingly, Appellants are directed to show cause, in a response filed of record in this Court with a copy to opposing counsel, as to why the order is appealable and should not be quashed. The response shall be filed within **fourteen (14) days** of the date of this Order. Failure to comply with this Order may result in quashal of the appeal without further notice.

PER CURIAM

- 1 -

Form PL239 (03/22)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                        )
    Florence E. Mason, POA Clifton Mason  )     Case No. 24−11304−amc
                       )
                       )
    Florence Mason, POA Clifton Mason    )     Chapter: 13
                       )
   Debtor(s).                  )     Civil Case Number. 24−2512 AND 24−2515 AND

                               U.S. Court Of Appeals,Third Circuit 24-2504 & 24-2505

### Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☐ Certificate of appeal from order entered by the Honorable Ashely M. Chan
Notice of appeal filing fee ☐ paid   ☐ not paid

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan  Report and
☐ recommendation entered by the Honorable Ashely M. Chan
☑ Other Notice to the Court of Debtor Being Forced Under Duress to Proceed in Multiple Cases  Inviolation of the Protection of the Automatic Stay.
Kindly acknowledge receipt on the copy of the letter provided.

Date: August 20, 2024                  For The Court

                                    Timothy B. McGrath
                                    Clerk of Court

---

Received Above material or record tile this day: _____
Civil Action No. _____       Signature: _____
Miscellaneous No. _____    Date: _____
Assigned to Judge _____